IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC, <br><br> Plaintiff, <br><br> v. <br><br> RELATED FUND MANAGEMENT, LLC; JAMES KRAUS; LUCAS BELINKIE; PRESTON CALLEN; WILLIAM C. CHANEY; and RYAN HOPE, <br><br> Defendants. | § § § § § § § § § § § § § § § § Case No. 1:25-cv-8892-VEC |

**PLAINTIFF'S MOTION TO EXTEND WORD LIMIT FOR APEX GROUP CAPITAL ADVISORS LLC'S OMNIBUS OPPOSITION BRIEF TO DEFENDANTS' MOTIONS TO DISMISS**

Pursuant to Individual Practice Rule 4(B), Plaintiff Apex Group Capital Advisors LLC ("Apex Capital") hereby moves for an order permitting Apex Capital to file, in opposition to the five Motions to Dismiss filed by Defendants Related Fund Management, LLC and James Kraus, Lucas Belinke, Preston Callen, William C. Chaney and Ryan Hope (Dkts. 98, 101, 103, 106, 108), an omnibus opposition brief no greater than 13,000 words in length. As stated by Apex Capital during the January 9, 2026 Initial Conference, Apex Capital respectfully submits that the most efficient way to address the five Motions to Dismiss is through a combined opposition brief, as the factual basis and majority of arguments are common to all Defendants. In total, the word limit requested by Apex Capital of 13,000 words is far less than the 43,750 words to which Apex Capital would be entitled had it chosen to individually respond to each of Defendants' Motions to Dismiss.

<table>
<tr><td>Date: January 27, 2026</td><td>Respectfully submitted,<br><br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br><br>*/s/ Patricia Rothenberg*<br>Patricia Rothenberg<br>31 West 52nd Street<br>New York, NY 10019-6131<br>(212) 858-1149<br>patricia.rothenberg@pillsburylaw.com<br><br>Amy L. Ruhland<br>Abigail L. Griffith<br>401 W 4th Street<br>Suite 3200<br>Austin, TX 78701<br>(512) 580-9600<br>amy.ruhland@pillsburylaw.com<br>abby.griffith@pillsburylaw.com<br><br>*Attorneys for Apex Group Capital Advisors LLC*</td></tr>
</table>