UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC,<br><br>    Plaintiff,<br><br>              v.<br><br>RELATED FUND MANAGEMENT, LLC; JAMES KRAUS; LUCAS BELINKIE; PRESTON CALLEN; WILLIAM C. CHANEY; and RYAN HOPE<br><br>    Defendants. | Case No. 1:25-cv-8892-VEC |

**AFFIDAVIT OF CAYLIN CRAIG IN SUPPORT OF THE MOTION FOR ADMISSION PRO HAC VICE**

I, Caylin Craig, being duly sworn, hereby depose and say as follows:

1. I am an attorney at the law firm of Farrow-Gillespie Heath Wilmoth LLP.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state of Texas.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any Court.

7. My attorney bar number for the state of Texas is 24121552.

8. I respectfully submit that I should be permitted to appear pro hac vice as counsel for Defendant Lucas Belinkie and be allowed to argue or try this case in whole or in part.

Dated: January 30, 2026

Respectfully submitted,

_____
Caylin Cierra Craig
FARROW-GILLESPIE HEATH WILMOTH LLP
1900 North St. Paul Street, Suite 2100
Dallas, TX 75201
Tel: (214) 361-5600
Email: caylin.craig@fghwlaw.com

NOTARIZED:

Subscribed and sworn to me this the 30 day of January, 2026.

_____
NOTARY

SEAL:

Katie Jimenez
My Commission Expires
7/16/2029
Notary ID 135524226

2