**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC,<br><br>    Plaintiff,<br><br>            v.<br><br>RELATED FUND MANAGEMENT, LLC; JAMES KRAUS; LUCAS BELINKIE; PRESTON CALLEN; WILLIAM C. CHANEY; and RYAN HOPE<br><br>    Defendants. | Case No. 1:25-cv-8892-VEC |

### [PROPOSED] ORDER GRANTING ADMISSION PRO HAC VICE

The motion of Caylin Cierra Craig, for admission to practice Pro Hac Vice in the above action is **GRANTED**.

Applicant had declared that he is a member in good standing of the state of Texas and that his contact information is as follows:

> Caylin Cierra Craig
> FARROW-GILLESPIE HEATH WILMOTH LLP
> 1900 North St. Paul Street, Suite 2100
> Dallas, TX 75201
> Tel: (214) 361-5600
> Email: caylin.craig@fghwlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Lucas Belinkie, in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

2

Dated: _____        _____
                                     Valerie Caproni
                                     United States District Judge