UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC,<br><br>Plaintiff,<br><br>v.<br><br>RELATED FUND MANAGEMENT, LLC; JAMES KRAUS; LUCAS BELINKIE; PRESTON CALLEN; WILLIAM C. CHANEY; and RYAN HOPE<br><br>Defendants. | Case No. 1:25-cv-8892-VEC |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, Caylin Cierra Craig, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Lucas Belinkie in the above-caption action.

I am in good standing with the bar of the state of Texas, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any Court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 30, 2025

Respectfully submitted,

_____
Caylin Cierra Craig
FARROW-GILLESPIE HEATH WILMOTH LLP
1900 North St. Paul Street, Suite 2100
Dallas, TX 75201
Tel: (214) 361-5600
Email: caylin.craig@fghwlaw.com