AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| APEX GROUP CAPITAL ADVISORS LLC )<br>*Plaintiff* )<br>v. )<br>RELATED FUND MANAGEMENT LLC, ET AL )<br>*Defendant* ) | Case No.   25-CV-08892 (VEC) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lucas Belinkie.

Date: 02/06/2026

/s/ Caylin C. Craig
*Attorney's signature*

Caylin C. Craig (24121552)
*Printed name and bar number*

1900 N. Pearl Street, Suite 2100
Dallas, Texas 75201

*Address*

caylin.craig@fghwlaw.com
*E-mail address*

(214) 361-5600
*Telephone number*

(214) 203-0651
*FAX number*