

**MEMO ENDORSED**

Nicole Gueron
ngueron@cgr-law.com
Direct: 212.633.4312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2026

February 9, 2026

<u>Via ECF</u>

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1930
New York, NY 10007
CaproniNYSDChambers@nysd.uscourts.gov

      Re: *Apex Group Capital Advisors LLC v. Related Fund Management LLC*, et al., 25-cv-08892

Your Honor:

      We represent Defendants Related Fund Management LLC and James Kraus (the "Related Defendants"). We write with the consent of all parties to request an extension to February 26, 2026, for Defendants' deadline to file reply briefs in further support of their motions to dismiss the Amended Complaint. *See* ECF Nos. 98, 101, 103, 106, and 108. The current deadline to file reply briefs is February 12, 2026.

      This is Defendants' first request for an extension of the reply deadline. Plaintiff has consented to the request. Previously, Defendants Ryan Hope, Lucas Belinkie, and Preston Callen requested an extension to the briefing schedule, on consent of all parties, in advance of the deadline for the motions to dismiss. ECF No. 91; *see also* ECF No. 92.

      Defendants seek this extension due to one of the Related Defendants' counsel departing unexpectedly early for parental leave. We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/Nicole Gueron*
Nicole Gueron

cc: All Counsel of Record (via ECF)

Application GRANTED.

SO ORDERED.      2/10/2026

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE