UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>RELATED FUND MANAGEMENT, LLC; JAMES KRAUS; LUCAS BELINKIE; PRESTON CALLEN; WILLIAM C. CHANEY; and RYAN HOPE,<br><br>            Defendants. | Case No.  25-CV-08892 (VEC) |

**JOINT MONTHLY DISCOVERY REPORT**

Pursuant to the Civil Case Management Plan and Scheduling Order ("Case Management Order") [Dkt. 112], Plaintiff Apex Group Capital Advisors LLC ("Apex Capital") and Defendants Related Fund Management, LLC ("RFM"), James Kraus (together with RFM, the "Related Defendants"), Lucas Belinkie, Preston Callen, William C. Chaney, and Ryan Hope (collectively, "Defendants," and together with Apex, the "Parties") submit the following Joint Monthly Discovery Report:

    **A.**    **Actions Completed in the Last Month by the Parties**

Following the initial pretrial conference held by the Court on January 9, 2026, the Parties have undertaken the following actions:

    1.    On January 23, 2026, the Parties exchanged initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

    2.    The Parties met, conferred, and agreed to a discovery schedule as follows:

| Action | Deadline |
|---|---|
| Service of First Requests for Production of Documents and Interrogatories[1] | Friday, February 6, 2026 |
| Service of Responses and Objections to First Sets of Requests for Production of Documents and Interrogatories | Monday, March 9, 2026 |
| Substantial Completion of Document Production for First Sets of Requests for Production of Documents | Friday, April 24, 2026 |
| Commencement of Fact Depositions | Monday, June 1, 2026 |
| Meet & Confer Regarding Expert Identification | Tuesday, September 15, 2026 |
| Expert Identification | Friday, October 9, 2026 |
| Service of Plaintiff's Expert Report(s) | Friday, October 23, 2026 |
| Service of Defendants' Expert Reports | Tuesday, November 24, 2026 |

3. The Parties have met and conferred and exchanged drafts of an agreed Protective Order and an ESI Protocol.

4. On Friday, January 30, 2026, the Related Defendants served their first sets of requests for production of documents and interrogatories on Apex Capital.

5. On Friday, February 6, 2026, the Plaintiffs and the other Defendants exchanged initial requests for production of documents, and certain parties served interrogatories.

B. **Actions to be Completed in the Next Month by the Parties**

Consistent with the schedule outlined above, the Parties anticipate serving responses and objections to initial discovery requests by Monday, March 9, 2026, and beginning efforts to produce responsive documents.

---

[1] Notably, Apex agreed to these dates but reserved its right to serve discovery in a manner consistent with the Federal Rules of Civil Procedure and the Court's Case Management Order.

2

**C.     Disputes between the Parties**

At present, the parties do not foresee any discovery disputes requiring the Court's intervention.

| | |
|---|---|
| Date:   February 16, 2026 | /s/ *Abigail Griffith*<br>Amy L. Ruhland<br>Texas Bar No. 24043561<br>amy.ruhland@pillsburylaw.com<br>Abigail Griffith<br>Texas Bar No. 24113585<br>abby.griffith@pillsburylaw.com<br>401 W 4th Street, Suite 3200<br>Austin, TX 78701<br>(512) 580-9600<br><br>Patricia Rothenberg<br>Patricia.rothenberg@pillsburylaw.com<br>31 W. 52nd Street<br>New York, New York 10019<br>(212) 858-10000<br><br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br><br>*Attorneys for Apex Group Capital Advisors LLC*<br><br>/s/ *Nicole Gueron*<br>Nicole Gueron<br>David Kimball-Stanley<br>Elizabeth R. Baggott<br>CLARICK GUERON REISBAUM LLP<br>41 Madison Avenue, 23rd Floor<br>New York, NY 10010<br>Phone: (212) 633-4310<br>Fax: (646) 478-9484<br>ngueron@cgr-law.com<br>dkimballstanley@cgr-law.com<br>ebaggott@cgr-law.com<br>*Attorneys for Defendants Related Fund Management, LLC and James Kraus*<br><br>/s/ *Stephanie J. Lieberman*<br>Samuel J. Lieberman<br>Jennifer Rossan<br>Scott C. Ferrier<br>SADIS & GOLDBERG LLP |

3

551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-6675
*Counsel for Defendant Ryan Hope*

<u>*/s/ Wilson E. Wray, Jr.*</u>
Wilson E. Wray (pro hac)
Texas State Bar No. 00797700
wwray@atwoodmccall.com
ATWOOD & MCCALL, PLLC
8150 N. Central Expressway, Suite 1100
Dallas, Texas 75206
T: (972) 665-9600
F: (214) 736-2960
Samuel J. Lieberman
Jennifer Rossan
Scott C. Ferrier
SADIS & GOLDBERG LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-6675
*Attorneys for Defendant Preston Callen*

<u>*/s/ Laurie Patton*</u>
Laurie N. Patton (admitted pro hac vice)
5700 Granite Parkway, Suite 650
Plano, Texas 75024
(972) 324-0300
lpatton@spencerfane.com
Kunal Shah
SPENCER FANE LLP
43 West 43rd Street, Suite 268
New York, NY 10036-7424
(972) 324-0334
kshah@spencerfane.com
*Attorneys for Defendant William C. Chaney*

<u>*/s/ Stephanie Osteen*</u>
Stephanie K. Osteen (admitted *pro hac vice*)
Caylin Cierra Craig (admitted *pro hac vice*)
FARROW-GILLESPIE HEATH WILMOTH LLP
1900 North St. Paul Street, Suite 2100
Dallas, TX 75201
(214) 361-5600
Samuel J. Lieberman
Jennifer Rossan

4

        Scott C. Ferrier
        SADIS & GOLDBERG LLP
        551 Fifth Avenue, 21st Floor
        New York, NY 10176
        (212) 573-6675
        *Counsel for Defendant Lucas Belinkie*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 16, 2026, a copy of the foregoing was served on all counsel of record electronically via ecf.

        */s/ Abigail Griffith*
        Abigail Griffith

4920-9005-1983.v3