**MEMO ENDORSED**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2026
```

APEX GROUP CAPITAL ADVISORS LLC F/K/A
SANDSPOINT CAPITAL ADVISORS LLC,

    Plaintiff,

                 v.

RELATED FUND MANAGEMENT, LLC; JAMES
KRAUS; LUCAS BELINKIE; PRESTON CALLEN;
WILLIAM C. CHANEY; and RYAN HOPE

    Defendants.

Case No. 1:25-cv-8892-VEC

### EMPLOYEE DEFENDANTS' MOTION TO EXTEND WORD LIMIT FOR JOINT REPLY IN SUPPORT OF MOTIONS TO DISMISS AMENDED COMPLAINT

Pursuant to Individual Practice Rule 4(B), Defendants Lucas Belinkie, Preston Callen, William C. Chaney, and Ryan Hope (the "Employee Defendants") hereby move for an order permitting them to file a joint reply to Plaintiff Apex Group Capital Advisors LLC's ("Apex") omnibus opposition to the Defendants' motions to dismiss. (Dkt. No. 115). Pursuant to the Court's request at the January 9, 2026, Initial Conference, the Employee Defendants plan to submit one joint brief containing the arguments of all four Employee Defendants. Accordingly, the Employee Defendants request that the Court increase the 3,500 word limit for a Reply Brief, so they can jointly submit one Reply Brief containing up to 6,500 words.

Granting this motion will promote judicial economy, because it will allow the Employee Defendants to submit one Reply Brief containing 6,500 words, instead of four separate Reply Briefs containing a total of up to 3,500 words each, or 14,000 total words. Therefore, Employee Defendants respectfully request leave to file one joint reply in support of their motions to dismiss, with a word limit of 6,500 words or less.

Dated: February 19, 2026

**SADIS & GOLDBERG LLP**

/s/ Samuel J. Lieberman
Samuel J. Lieberman
Jennifer Rossan
Scott C. Ferrier
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-8164
slieberman@sadis.com
jrossan@sadis.com
sferrier@sadis.com

*Attorneys for Defendant Ryan Hope*

**FARROW-GILLESPIE HEATH WILMOTH LLP**

/s/ Stephanie K. Osteen
Stephanie K. Osteen (*pro hac forthcoming*)
Caylin Cierra Craig (*pro hac forthcoming*)
1900 North St. Paul Street, Suite 2100
Dallas, TX 75201
(214) 361-5600
stephanie.osteen@fghwlaw.com
caylin.craig@fghwlaw.com

**SADIS & GOLDBERG LLP**
Samuel J. Lieberman
Jennifer Rossan
Scott C. Ferrier
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-8164
slieberman@sadis.com
jrossan@sadis.com
sferrier@sadis.com

*Attorneys for Defendant Lucas Belinkie*

Respectfully submitted,

**ATWOOD & MCCALL PLLC**

/s/ Wilson E. Wray, Jr.
Wilson E. Wray, Jr. (admitted *pro hac vice*)
8150 North Central Expressway, Suite 1100
Dallas, TX 75206
(972) 665-9600
wwray@atwoodmccall.com
apennington@atwoodmccall.com

**SADIS & GOLDBERG LLP**
Samuel J. Lieberman
 Jennifer C. Rossan
Scott Ferrier
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-8164
slieberman@sadis.com
jrossan@sadis.com
sferrier@sadis.com

*Attorneys for Defendant Preston Callen*

**SPENCER FANE LLP**

/s/ Laurie N. Patton
Laurie N. Patton (admitted *pro hac vice*)
5700 Granite Parkway, Suite 650
Plano, Texas 75024
(972) 324-0300
lpatton@spencerfane.com

Kunal Shah
43 West 43rd Street, Suite 268
New York, NY 10036-7424
(972) 324-0334
kshah@spencerfane.com

*Attorneys for Defendant William C. Chaney*

---

Application GRANTED.

SO ORDERED.  2/19/2026

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2