**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC,<br><br>  Plaintiff,<br><br>         v.<br><br>RELATED FUND MANAGEMENT, LLC; JAMES KRAUS; LUCAS BELINKIE; PRESTON CALLEN; WILLIAM C. CHANEY; and RYAN HOPE<br><br>  Defendants. | Case No. 1:25-cv-8892-VEC<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Elizabeth C. Conway of Spencer Fane LLP, hereby enters an appearance as counsel of record for Defendant William C. Chaney in the above-captioned action. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: February 27, 2026

Respectfully submitted,

SPENCER FANE LLP

By: /s/ Elizabeth C. Conway
    Elizabeth C. Conway
    711 Third Avenue, 17th Floor
    New York, NY 10017
    Telephone: 212-907-7300
    Facsimile: 212-754-0330
    econway@spencerfane.com