**S A D I S**

Scott Ferrier, Esq.
Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
Phone: 212.573.8021
sferrier@sadis.com

April 16, 2026

**VIA ECF**
The Honorable Valerie Caproni
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1930
New York, NY 10007-1312

   Re: *Apex v. Related et al.,* 1:25-cv-08892-VEC – Stipulated Protective Order and
      ESI Protocol

Dear Judge Caproni:

   Pursuant to the Individual Practices ¶2(D), I am attaching as Exhibit 1 the parties Stipulated Confidentiality Agreement and Protective Order, and I am attaching as Exhibit 2 the parties Stipulated and Ordered ESI Protocol. The parties request that both documents be So Ordered. Word versions of both documents will be emailed separately to your chambers.

        Respectfully Submitted,

        /s/ *Scott C. Ferrier*
        Scott C. Ferrier