AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | | |
|---|---|---|
| Apex Group Capital Advisors LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-cv-08892 (VEC) |
| Related Fund Management LLC et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Apex Group Capital Advisors LLC                                                                      .

Date:      04/23/2026

/s/ Brian L. Beckerman
*Attorney's signature*

Brian L. Beckerman
*Printed name and bar number*

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, New York 10019

*Address*

brian.beckerman@pillsburylaw.com
*E-mail address*

(212) 858-1000
*Telephone number*

(212) 858-1500
*FAX number*