UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

APEX GROUP CAPITAL ADVISORS LLC     :
F/K/A SANDSPOINT CAPITAL ADVISORS   :
LLC,                                          :

                    Plaintiff,   :

                              :
        -against-           :
                              :

RELATED FUND MANAGEMENT LLC;    :
JAMES KRAUS; LUCAS BELINKIE; PRESTON :
CALLEN; WILLIAM C. CHANEY; and RYAN   :
HOPE,                                 :

                              :
                  Defendants.  :

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/27/2026____

25-CV-08892 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

        WHEREAS the parties appeared before the Court for a teleconference on Monday, April 27, 2026, at 12:00 p.m., to discuss a discovery dispute.

        IT IS HEREBY ORDERED that the parties must meet and confer again to attempt to resolve this issue.  If the issue cannot be resolved, **no later than Friday, May 1, 2026**, Defendants must submit (1) the list of categories of trade secrets, as provided by Plaintiff and referenced during the teleconference, and (2) a joint letter of no more than three pages describing why Defendants believe that Plaintiff has not identified the alleged trade secrets with the required reasonable particularity at this stage in the litigation/discovery process under Second Circuit law.  If Defendants make a submission, Plaintiff's response (of no more than three pages) is due **no later Friday, May 8, 2026**.

**SO ORDERED.**

Date:  **April 27, 2026**
         **New York, New York**

_____
         **VALERIE CAPRONI**
         **United States District Judge**