# EXHIBIT 2

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| APEX GROUP CAPITAL ADVISORS LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| IQEQ US MANAGEMENT CO, LLC, LUCAS | ) | |
| BELINKIE, PRESTON CALLEN, WILLIAM C. | ) | |
| CHANEY, & RYAN HOPE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF

Plaintiff Apex Group Capital Advisors LLC ("Apex"), by its undersigned counsel, brings this Complaint against IQEQ US Management Co, LLC ("IQ-EQ"), Lucas Belinkie ("Belinkie"), Preston Callen ("Callen"), William C. Chaney ("Chaney"), and Ryan Hope ("Hope") (Belinkie, Callen, Chaney, and Hope are referred to herein collectively as the "Individual Defendants" and, with IQ-EQ, collectively as "Defendants"), and states as follows:

## THE PARTIES

1. Apex is a limited liability company, with offices maintained throughout the United States, including in Texas.

2. Apex is a single-source financial solutions provider that works with asset managers, allocators, financial institutions, and family offices.

3. Apex does business at and maintains an office located at 500 East John Carpenter Fwy, Suite 500, Irving, TX 75062.

91.    "Related" is the name of the largest company served by the Individual Defendants while employed at Apex.

92.    In addition, in October 2024, shortly after he had announced his intention to resign from Apex, Belinkie asked that Apex's IT department assist Related in obtaining full access to a database that contained that client's data.  Apex's IT department was unable to provide the requested access, as information related to other Apex clients was also contained in that database. The Apex employees who were to take over the relationship after Belinkie left Apex were made aware of this request until much later in the process.  Moreover, the request was highly unusual.

93.    The information Belinkie sought on false pretenses contained Apex's confidential and trade secret information concerning one of Apex's clients.

94.    On information and belief, Apex believes that Belinkie requested this information for the improper purpose of using Apex's confidential and trade secret information for the purpose of servicing that client after Belinkie and the other Individual Defendants had joined IQ-EQ.

95.    Apex's preliminary forensic review of Belinkie's computer activity has revealed that, like Chaney, Belinkie was downloading a substantial amount of information to an unknown destination during the approximately six-week period between his notice of resignation and the last day of his employment at Apex.

96.    Apex's preliminary forensic examination revealed that the three highest days of download activity occurred approximately one week after he gave his notice of resignation, on the day before his last day of employment, and on his last day of employment at Apex.

97.    Of the more than 3,000 files and folders Belinkie downloaded during this period, over 200 had the word "related" in either the file or folder identification path.

98.    On November 20, 2024, less than two weeks before he gave his notice of resignation, Callen downloaded more than 2,600 files or folders, or almost 20% of the approximately 12,260 folders and files he downloaded between October and December 20, 2024, his last day of employment with Apex.  More than 50% of the files/folders Callen downloaded during the October-December time frame – approximately 6,380 files/folders – were downloaded on December 19, 2024, the day before his last day working for Apex.

99.    More than 10% (about 1,420) of the files and folders Callen downloaded during this time period had the word "related" in either the file or folder identification path. More than 800 of those files/folders with "related" in the path were downloaded on December 19, 2024, the day before his last day working for Apex.

100.    Not to be outdone, on November 20, 2024, the day Hope gave his notice of resignation, he downloaded to an as-of-yet undetermined destination over 7,000 files and folders. On the two days before his final day of work at Apex, Hope downloaded another approximately 11,550 files and folders.  The more than 18,000 files and folders downloaded over those three days was more than 2/3 of all the downloads Hope did from October through his last date of employment at Apex.

101.    The term "related" appeared in the file or folder path of more than 2,600 of the files/folders downloaded by Hope; more than 1,900 of those downloads occurred on three days – the day Hope gave his notice of resignation and the two days immediately preceding his last day of employment with Apex.

102.    Given the emergent nature of this action, Apex's investigation is ongoing and, upon information and belief, will only continue to reveal further wrongdoing.