# EXHIBIT 3

Docusign Envelope ID: 9298C484-CC97-4EA4-BB22-6504377277DE

Case 1:25-cv-08892-VEC    Document 142-3    Filed 05/01/26    Page 2 of 13
Case 3:25-cv-01627-X    Document 37    Filed 07/26/25    Page 5 of 228    PageID 1055

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:25-cv-01627-X |
| RELATED FUND MANAGEMENT, LLC; JAMES KRAUS; LUCAS BELINKIE; PRESTON CALLEN; WILLIAM C. CHANEY; and RYAN HOPE | § § § § § § | |
| Defendants. | § | |

**DECLARATION OF MARIA VON HORVATH**
**IN SUPPORT OF AMENDED MOTION FOR PRELIMINARY INJUNCTION**

1.      My name is Maria Von Horvath.  I am over eighteen (18) years of age and am legally competent to make this Declaration, which is true and correct and based on my personal knowledge.

2.      I am the Local Managing Director for Apex Group in Dallas, Texas.  In my capacity as Local Managing Director, I am responsible for overseeing various client teams, including those operating in portfolio management and fund accounting.  After Apex Group acquired SandsPoint Capital Advisors LLC ("SandsPoint") in August 2022, SandsPoint employees Lucas Belinkie, Preston Callen, William C. ("Clark") Chaney, and Ryan Hope became employees of Apex Capital Advisors LLC ("Apex Capital"), an Apex Group subsidiary, in the company's Dallas office. Throughout this Declaration, unless otherwise specified, I refer to Apex Group and Apex Capital Advisors LLC collectively as "Apex."

3.      While they were employed by SandsPoint, Lucas Belinkie, Clark Chaney, Preston Callen, and Ryan Hope (who are referred to collectively in Plaintiff's Amended Motion for Entry of Preliminary Injunction ("Motion") as the "Former Employees") worked on the account of Related Fund Management, LLC ("Related"), which I understand was a significant SandsPoint client.   Because of their institutional knowledge and industry experience, when the Former Employees became employees of Apex Capital, they continued to work on Related's account.

4.   Each of the Former Employees entered into a written employment agreement with Apex.  A true and correct copy of Lucas Belinkie's Employment Agreement is attached to this declaration as Exhibit A.  A true and correct copy of Preston Callen's Employment Agreement is attached to this declaration as Exhibit B.  A true and correct copy of William Chaney's Employment Agreement is attached to this declaration as Exhibit C.  A true and correct copy of Ryan Hope's Employment Agreement is attached to this declaration as Exhibit D.

5.      As employees of Apex Capital, the Former Employees were given access to various company files that Apex would consider highly confidential and proprietary, including Apex's financial, organizational, and operational information; the revenues, gross and net income, compensation and profitability of Apex and its employees, customers, and affiliates; investment research reports; the identity of Apex's clients, customers, prospective clients, and prospective customers; information about customers' preferences, business plans, and strategies; and strategic methods for specific client servicing, including deliverables data and strategic plans.  All of this information is critical to Apex's business and gives it a competitive advantage in the marketplace.

6.      In my experience, the information to which the Former Employees had access is critical to Apex's business and commercial success and would be a harmful tool in the hands of

Docusign Envelope ID: 9298C484-CC97-4EA4-BB22-6504277277DE

Case 1:25-cv-08892-VEC    Document 142-3    Filed 05/01/26    Page 4 of 13
Case 3:25-cv-01627-X    Document 37    Filed 07/26/25    Page 7 of 228    PageID 1057

Apex's competitors. As a result, Apex and its parent company, Apex Group, work hard to protect the confidentiality of this information and to prevent employees from misusing it.

7. For that reason, Apex is careful to maintain the confidentiality of its proprietary data. Apex also requires all employees to abide by written policies and procedures regarding data management, information security, and content access standards. Attached as Exhibit E is a true and correct copy of Apex Group's Data Privacy and Data Protection policy, which defines what the company considers "Confidential Data" that may not be shared with third parties. Attached as Exhibit F is a true and correct copy of Apex's Code of Conduct and Ethics Policy, which also requires employees to treat the information they receive in the course of their employment as confidential. In addition, and among other things, Apex uses password-protected, secure, cloud-based systems, networks, and computers to store and maintain the confidentiality of its proprietary data. Apex further limits access to its secure system to employees and other authorized individuals. And finally, Apex limits employee access to information that is reasonably needed to perform their duties on behalf of Apex.

8. Apex's efforts and successes have allowed it to develop goodwill and relationships with its customers in the markets in which it operates. In turn, these efforts and successes benefit Apex's employees, who develop relationships with Apex's key customers and receive confidential information regarding those customers.

9. Apex acquired SandsPoint in August 2022. At that time, Related was one of SandsPoint's largest clients, generating a substantial portion of the company's annualized net revenue. As a result, SandsPoint's enterprise value for acquisition purposes was driven in large part by the company's existing and long-term relationship with Related. For that reason, it was important to retain key SandsPoint personnel in the acquisition, including the Former Employees.

To do so, Apex promised and paid large retention bonuses to key SandsPoint personnel as part of the acquisition.

10.    Following the acquisition, SandsPoint changed its name to Apex Capital Advisors LLC.  Apex and Related executed a new Master Services Agreement at that point as well.  A true and correct copy of the Master Services Agreement is attached hereto as Exhibit G.  All legacy SandsPoint personnel, including the Former Employees, continued in their same capacities and became employees of Apex Capital under the same terms and conditions set forth in the employment agreements the employees had signed while at SandsPoint.

11.    Prior to Apex's acquisition of SandsPoint, Related had been a client of SandsPoint for many years pursuant to a services agreement between the companies, and the Former Employees had been employed by SandsPoint to work on Related's accounts.

12.    Between October and December 2024, the Former Employees began giving notices of their resignation from Apex Capital.

13.    Lucas Belinkie ("Belinkie") gave his notice of his resignation on October 24, 2024. At the time, he was Head of Real Assets Product – Americas for Apex Capital and primarily worked (as he had at SandsPoint) on Related's accounts.  Belinkie's last day at Apex Capital was December 4, 2024.  He did not disclose where he was going to work.  Shortly after learning that Chaney, Hope, and Callen had joined IQ-EQ, my team investigated to determine whether Belinkie had also taken a position at IQ-EQ.  Through a telephone call placed by one of my team members, we obtained confirmation that he had.

14.    Clark Chaney ("Chaney") gave his notice of resignation one week later, on October 30, 2024.  At the time, he was a Senior Manager, Real Assets.  His last day at Apex Capital was December 13, 2024.  When he left, Chaney told Apex management that he was upset that Belinkie

Docusign Envelope ID: 9298C484-CC97-4EA4-BB22-6504377277DE

Case 1:25-cv-08892-VEC    Document 142-3    Filed 05/01/26    Page 6 of 13
Case 3:25-cv-01627-X    Document 37    Filed 07/26/25    Page 9 of 228    PageID 1059

had resigned, that he planned to take some time off, and that he had nothing else lined up for work. I later learned that Chaney had received an encrypted offer letter from IQ-EQ around October 21, 2024, before either he or Belinkie gave their notices of resignation.

15.     Ryan Hope ("Hope") gave his notice of resignation on November 20, 2024.  At the time, he was a Manager, Real Assets.  Like Chaney, Hope's last day of work at Apex Capital was December 13, 2024.  Chaney reported Hope's resignation to me by email, explaining that Hope had "found another opportunity and made it clear there is nothing we can do to get him to stay." Neither Chaney nor Hope described to me what "opportunity" Hope was taking.

16.     Preston Callen ("Callen") gave his notice of resignation on December 4, 2024.  At the time, Callen was an Assistant Manager, Real Assets.  Callen also resigned to Chaney, who reported Callen's resignation to me by email.  According to Chaney, Callen "found another opportunity and made it clear there is nothing we can do to get him to stay."  Callen's last day at Apex Capital was December 20, 2024.

17.     Between November 29, 2024, and January 31, 2025, 11 more Apex employees who were working on Related's account resigned.  At some point during this period, my colleagues in management and I reported several of the recent resignations to Related's Chief Financial Officer, James Kraus.  In response, Kraus told us that he anticipated five more resignations but would not disclose how he could possibly know that information, beyond claiming, "I have my sources."

18.     On January 14, 2025, Kimarley Wilson, a Controller at Related, inadvertently sent an email containing an attached email string to a distribution group at Apex.  A true and correct copy of Kimarley Wilson's email is attached to this declaration as Exhibit H.

19.     In April 2025, Related terminated its relationship with Apex Capital and moved its business to Apex's direct competitor in Dallas, IQ-EQ.  By that time, I was aware that the Former

Docusign Envelope ID: 9298C484-CC97-4EA4-BB22-6504377277DE

Case 1:25-cv-08892-VEC    Document 142-3    Filed 05/01/26    Page 7 of 13
Case 3:25-cv-01627-X    Document 37    Filed 07/26/25    Page 10 of 228    PageID 1060

Employees had moved to IQ-EQ, and I believed that they had likely coordinated their departure to coincide with Related's movement of its business to IQ-EQ. As a result, I personally assisted in conducting an investigation to determine whether the Former Employees had accessed or stolen any confidential or proprietary information from Apex prior to their departures.

20.    There was a particular incident involving Belinkie that led me and others in Apex's management to believe that an investigation was necessary. Specifically, after Belinkie gave his notice of resignation, he asked Apex's IT department to help him extract Apex's proprietary database. That database, which Apex acquired for use by its subsidiaries by purchasing a costly license, contains highly confidential client data, and accounting and auditing processes.

21.    Because Apex's business involves servicing private investment funds, Apex has implemented stringent controls to preserve the confidentiality of the information about those funds contained in its database, as is required under relevant securities laws and client confidentiality agreements. Misusing that information is against Apex's policies, including the Apex Group Code of Conduct and Ethics Policy.

22.    Belinkie's request to extract the database—or any information from it—was highly unusual, required a comprehensive approval process, and—in light of his recent resignation—raised red flags. Consequently, Apex rejected the request.

23.    Our investigation of the Former Employees revealed that, in the six weeks between Belinkie's notice of resignation and his departure from Apex Capital, Belinkie downloaded a substantial amount of information from his work computer to an unknown destination. The three highest days of download activity occurred approximately one week after he gave his notice of resignation, on the day before his last day of employment, and on his last day of employment at

Docusign Envelope ID: 9298C484-CC97-4EA4-BB22-6504377277DE

Case 1:25-cv-08892-VEC   Document 142-3   Filed 05/01/26   Page 8 of 13
Case 3:25-cv-01627-X   Document 37   Filed 07/26/25   Page 11 of 228   PageID 1061

Apex Capital.  This pattern of download activity is unusual and not consistent with his normal course of business.

24.     Among the files Belinkie downloaded are:

a. Americas Consolidated_Client List and Collection terms_Genstar Dashboard-v2.xlsx.  This document is a consolidated client list of all Apex's clients in the Americas along with the account managers for each client. The document includes Apex's confidential business information that a competitor could use to its advantage.

b. Billing Sheet – July 2024 – Suntx.xlsx.  this document contains a billing sheet showing what Apex was billing Related over the course of the relationship.  This document includes Apex's confidential business information that a competitor could use to its advantage.

c. SandsPoint Apex Capital Advisors Employee Contracts with Integration Award infor as of 05.03.2024.xlsx.  This document contains an Excel spreadsheet showing all of the employees and the integration bonuses received by those employees.  This document includes Apex's confidential business information that a competitor could use to its advantage.

d. SP P& L Analysis – February 2024.xlsx.  This document includes Apex's review of the profit and losses for SandsPoint's business.  This document includes Apex's confidential business information that a competitor could use to its advantage.

25.     The files are just a few examples of the files downloaded by Belinkie. Belinkie's downloads also include, but are not limited to, files concerning Apex's billing practices, personnel,

Von Horvath Declaration—Page 7

Docusign Envelope ID: 9298C484-CC97-4EA4-BB22-6504377277DE

salary and compensation, and clients. They also include security information concerning Apex's proprietary database and information concerning SandsPoint's integration into Apex.  All of the files listed above contained data used in Apex Capital's relationship with Related and other clients, and Belinkie would have been made aware that Apex Group's company policy and the agreement between Apex Capital and Related limited his access to and use of those files and prohibited him from exporting those files or from using those files outside of his work for Apex.  Belinkie did not obtain written permission from Apex to disclose these files to any third party.

26.    The day before Chaney submitted his resignation notice, he downloaded 1,021 files from his work computer to a device ("laptop11") that was not issued by Apex.  The three highest days of download activity occurred on the day before he gave his notice of resignation, on the day before his last day of employment, and on his last day of employment at Apex Capital.  This pattern of download activity is unusual and not consistent with his normal course of business.

27.    Among the files that Chaney downloaded to laptop11 are the following:

a.    Portfolio Management Responsibilities.docx. Chaney downloaded this file to laptop11 at approximately 7:34 p.m. on October 29, 2024.  I personally reviewed this file and accessed it from the same location in Apex's system from where Chaney downloaded it.  This document contains descriptions of Apex's valuation processes and includes Apex's confidential business information that a competitor could use to its advantage.

b.    SandsPoint Pricing RFM – 3.15.22.docx.  Chaney downloaded this file to laptop11 at approximately 7:34 p.m. on October 29, 2024.  This file contains Apex's pricing information and client strategy and includes Apex's confidential business information that a competitor could use to its advantage.

Docusign Envelope ID: 9298C484-CC97-4EA4-B532-6F94377277DE

c.  SP Pref Equity Valuation Process Memo - 2Q23.docx.  Chaney downloaded this file to laptop11 at approximately 8:08 p.m. on October 29, 2024.  This file describes Apex's valuation process, including the company's valuation methodology and process for preparing regular client updates.  This file includes Apex's confidential business information that a competitor could use to its advantage.

d.  Loan Servicing Pitch Bullet Points.docx.  Chaney downloaded this file to laptop11 at approximately 8:05 p.m. on October 29, 2024.  This file contains sales and pitch discussion points for Apex's loan servicing platform and includes Apex's confidential business information that a competitor could use to its advantage.

e.  State Street Consulting Tracker – 2.8.23.xlsx.  Chaney downloaded this file to laptop11 at approximately 7:42 p.m. on October 29, 2024.  This file contains financial information associated with Apex consultants, including revenue, invoices, and fees  associated with Apex consultants.  This file includes Apex's confidential business information that a competitor could use to its advantage.

f.  SandsPoint Instructional Guide_FINAL - PW Update.pdf.  Chaney downloaded this file to laptop11 at approximately 8:47 p.m. on October 29, 2024.  This file contains step-by-step instructions for Apex's asset management tasks and includes Apex's confidential business information that a competitor could use to its advantage.

g.  SandsPoint Consulting Revenue Projections - 2022 & 2023 - 12.1.22.xlsx.  Chaney downloaded this file to laptop11 at approximately 7:38 p.m. on October

Docusign Envelope ID: 9298C484-CC97-4EA4-BB32-6F04377277DE

29, 2024.  This file contains detailed client financial information and methods that Apex uses to project revenue.  This file includes Apex's confidential business information that a competitor could use to its advantage.

28.  The files listed above are just a few examples of the types of files that Chaney downloaded to laptop11 on October 29, 2024.  All of the files listed above contained data used in Apex Capital's relationship with Related and other clients, and Chaney would have been made aware that Apex Group's company policy and the agreement between Apex Capital and Related limited his access to and use of those files and prohibited him from exporting those files to a personal device or from using those files outside of his work for Apex.

29.  Among the other documents that Chaney downloaded to laptop11 were guidelines and templates for employee recruiting, bullet points for a pitch for new business, and draft statements of work.  Chaney also downloaded performance evaluations for other employees, including some who remain Apex employees, and several employee contact lists.  Chaney was not authorized to download any of these files to a non-work device, nor did he obtain written permission from Apex to disclose these files to any third party.  The documents Chaney downloaded to laptop11 without authorization included highly confidential and proprietary information.

30.  Between October 22, 2024, and December 13, 2024, Hope downloaded more than 24,000 documents from Apex's systems.  The documents included bank statements, financial statements, audits, valuation documents, capital call documentation, closing binders, corporate agreements, and organization charts.  In addition, he downloaded highly confidential Apex company documents, such as company procedures, fee information, and employee handbooks.

Docusign Envelope ID: 9298C484-CC97-4EA4-B532-6F04377277DE

31.    On the day Hope gave his notice of resignation alone, he downloaded over 7,000 files and folders from his work computer to an unknown destination.  In the two days before his final day of work at Apex Capital, Hope downloaded another approximately 11,550 files and folders.  The more than 18,000 files and folders downloaded over those three days was more than 2/3 of all the downloads Hope completed from October through his last date of employment at Apex Capital.  This pattern of download activity is unusual and not consistent with his normal course of business.  Many of the documents and files downloaded by Hope without authorization included highly confidential and proprietary information.

32.    On November 20, 2024, less than two weeks before Callen gave his notice of resignation, he downloaded more than 2,600 files and folders, or almost 20% of the approximately 12,260 folders and files he downloaded between October and December 20, 2024, his last day of employment with Apex Capital.  More than 50% of the files/folders Callen downloaded during the October-December time frame—approximately 6,380 files/folders—were downloaded on December 19, 2024, the day before his last day working for Apex Capital.  This pattern of download activity is unusual and not consistent with his normal course of business.  Hope did not obtain written permission from Apex to disclose these files to any third party.  Many of the documents and files downloaded by Callen without authorization included highly confidential and proprietary information.

33.    On January 17, 2025, Apex, through counsel, sent letters to each of the Former Employees that, among other things, demanded the immediate return of any Apex confidential information or trade secrets in the possession, custody, or control of any Former Employee.  Apex also demanded that the Former Employees comply with their contractual non-compete obligations

Docusign Envelope ID: 9298C484-CC97-4EA4-BB22-6F04377277DE

by terminating their employment with IQ-EQ, a direct competitor of Apex. True and correct copies of those letters are attached hereto as Exhibit I.

34.    On January 24, 2025, Apex received a response to its letters from outside counsel to the Former Employees. Among other things, the Former Employees committed to returning any of Apex's confidential information or trade secrets in their possession, custody, or control. A true and correct copy of that response is attached hereto as Exhibit J.

35.    To date, the Former Employees have not returned most of the materials improperly downloaded by the Former Employees (including Apex's highly confidential information and proprietary information discussed herein).

36.    I declare under penalty of perjury that the foregoing is true and correct.

Dated:    July 25, 2025                    Signed:    _Maria Von Horvath_
                                                    Maria Von Horvath