**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC,** | § § § § | |
| *Plaintiffs*. | § § § | **1:25 CV-08892 VEC** |
| **v.** | § § | |
| **RELATED FUND MAAGEMENT, LLC, JAMES KRAUS, LUCAS BELINKIE, PRESTON CALLEN, WILLIAM C. CHANEY AND RYAN HOPE,** | § § § § § § | **DECLARATION OF AUSTIN F. PENNINGTON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| *Defendants*. | § § | |

I Austin F. Pennington, hereby declare:

1.      I am an attorney admitted to practice before the Courts of the State of Texas. I am an Equity Partner at the law firm of Atwood & McCall, PLLC in Dallas, Texas. I submit this declaration in support of my motion for admission *pro hac vice* to participate in this matter on behalf of Defendant Preston Callen.

2.      As shown in the certificate of good standing attached hereto, I am a member in good standing with the bar of the State of Texas (**Exhibit A**) and Supreme Court of Texas (**Exhibit B**), having been admitted on June 1, 2012. My Texas bar number is 24081432.

3.      I have never been convicted of a felony.

4.      I have never been held in contempt of any court, nor have I been censured, suspended, disbarred, or denied admission or readmission by any court.

5.      I am not the subject of any present or past disciplinary proceedings in this or any other court.

**DECLARATION OF AUSTIN F. PENNINGTON IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE*** **PAGE 1**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 7, 2026

Respectfully submitted,

Austin F. Pennington
Texas State Bar No. 24081432

**ATWOOD & MCCALL, PLLC**
8150 N. Central Expressway, Suite 1100
Dallas, Texas 75206
T:  (972) 665-9600
F:  (214) 736-2960

**ATTORNEY FOR DEFENDANT
PRESTON CALLEN**

**DECLARATION OF AUSTIN F. PENNINGTON IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE*                                      PAGE 2**

# EXHIBIT A

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

May 06, 2026

Re: Austin Flint Pennington, State Bar Number 24081432

To Whom It May Concern:

This is to certify that Austin Flint Pennington was licensed to practice law in Texas on June 01, 2012, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253

# EXHIBIT B

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Austin Flint Pennington**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 1st day of June, 2012.

I further certify that the records of this office show that, as of this date

**Austin Flint Pennington**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature



and the seal of the Supreme Court of Texas at the City of Austin, this, the 6th day of May, 2026.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 1882C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.