UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC,<br><br>    *Plaintiffs*.<br><br>v.<br><br>RELATED FUND MAAGEMENT, LLC, JAMES KRAUS, LUCAS BELINKIE, PRESTON CALLEN, WILLIAM C. CHANEY AND RYAN HOPE,<br><br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **1:25 CV-08892 VEC**<br><br>**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF AUSTIN F. PENNINGTON** |

The motion of Austin F. Pennington for admission to practice *Pro Hac Vice* in the above-captioned action is hereby granted.

Applicant has declared that he is a member in good standing of the State Bar of Texas and the Supreme Court of Texas, and that his contact information is as follows:

Austin F. Pennington
Atwood & McCall, PLLC
8150 N. Central Expwy, Suite 1100
Dallas, Texas 75206
T:  (972) 665-9600
F:  (214) 736-2960
apennington@atwoodmccall.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Preston Callen in the above-captioned action;

IT IS HEREBY ORDERED that Austin F. Pennington is admitted to practice *Pro Hac Vice* in the above-captioned action in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated: _____          _____

                                  Valerie Caproni