# Exhibit B

| | |
|---|---|
| **From:** | Beckerman, Brian L. |
| **To:** | "Scott Ferrier" |
| **Cc:** | Ruhland, Amy L.; Sam Lieberman; Jennifer Rossan; Cameron Posillico; Laurie Patton; Conway, Elizabeth; Wilson E. Wray Jr.; Stephanie Osteen; Caylin Craig; David Kimball-Stanley; Nicole Gueron; Elizabeth Baggott; Griffith, Abby |
| **Subject:** | RE: Apex Group Capital Advisors v. Related Fund Management, et al., No. 25-cv-08892 - Memorialization of 4/29 Meet and Confer |
| **Date:** | Friday, May 1, 2026 9:42:00 PM |
| **Attachments:** | image001.png |

Scott,

We have tried to resolve this issue pragmatically and without involving the Court. In that spirit, Plaintiff agreed to identify its trade secrets by reference to the documents produced to date by Employee Defendants.

But we do not agree to cite legal authority or include language drawn from Employee Defendants' preferred case. It is not appropriate to incorporate case-specific language into what should be a simple, non-argumentative stipulation, only to then have Employee Defendants later point to that same authority as imposing a particular standard of disclosure here.

More specifically, you have previously cited *Rocket Pharms* as "requiring identification of the specific information comprising each trade secret contained in [each] such document and the specific location in the document where each trade secret can be found for 631 documents Defendants produced, and the alleged manner in which the documents were used or disclosed."

We don't agree that same standard applies here. Plaintiff will agree to identify which of the 364 documents produced by Employee Defendants to date constitute trade secrets, and if only a portion of a document contains trade secrets, Plaintiff will identify such information. If Employee Defendants agree with that approach, then we should be able to find agreement.

We would strongly prefer not to burden the Court with a dispute over the wording of a stipulation and think it would be a colossal waste of party and judicial resources, but we can't stop you from submitting a letter.

Best,

Brian

**From:** Scott Ferrier <sferrier@sadis.com>
**Sent:** Friday, May 1, 2026 8:34 PM
**To:** Beckerman, Brian L. <brian.beckerman@pillsburylaw.com>
**Cc:** Ruhland, Amy L. <amy.ruhland@pillsburylaw.com>; Sam Lieberman <slieberman@sadis.com>;
Jennifer Rossan <jrossan@sadis.com>; Cameron Posillico <cposillico@sadis.com>; Laurie Patton

<lpatton@spencerfane.com>; Conway, Elizabeth <econway@spencerfane.com>; Wilson E. Wray Jr. <wwray@atwoodmccall.com>; Stephanie Osteen <stephanie.osteen@fghwlaw.com>; Caylin Craig <caylin.craig@fghwlaw.com>; David Kimball-Stanley <dkimballstanley@cgr-law.com>; Nicole Gueron <ngueron@cgr-law.com>; Elizabeth Baggott <ebaggott@cgr-law.com>; Griffith, Abby <abby.griffith@pillsburylaw.com>
**Subject:** RE: Apex Group Capital Advisors v. Related Fund Management, et al., No. 25-cv-08892 - Memorialization of 4/29 Meet and Confer

Brian,

Then, we do not have an agreement on supplementation. We will be filing a letter raising the issue with the Court tonight.

Have a good weekend,
Scott

Scott Ferrier, Associate
Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176

sferrier@sadis.com
Cell Phone: 815.954.1582
Office Phone: 212.573.8021
Fax: 212.947.3796
**sadis.com**

 SADIS

---

**From:** Beckerman, Brian L. <brian.beckerman@pillsburylaw.com>
**Sent:** Friday, May 1, 2026 8:29 PM
**To:** Scott Ferrier <sferrier@sadis.com>
**Cc:** Ruhland, Amy L. <amy.ruhland@pillsburylaw.com>; Sam Lieberman <slieberman@sadis.com>; Jennifer Rossan <jrossan@sadis.com>; Cameron Posillico <cposillico@sadis.com>; Laurie Patton <lpatton@spencerfane.com>; Conway, Elizabeth <econway@spencerfane.com>; Wilson E. Wray Jr. <wwray@atwoodmccall.com>; Stephanie Osteen <stephanie.osteen@fghwlaw.com>; Caylin Craig <caylin.craig@fghwlaw.com>; David Kimball-Stanley <dkimballstanley@cgr-law.com>; Nicole Gueron <ngueron@cgr-law.com>; Elizabeth Baggott <ebaggott@cgr-law.com>; Griffith, Abby <abby.griffith@pillsburylaw.com>
**Subject:** Re: Apex Group Capital Advisors v. Related Fund Management, et al., No. 25-cv-08892 - Memorialization of 4/29 Meet and Confer

Please see my email below. We don't agree to language tracking any case.

Brian

---

**From:** Scott Ferrier <sferrier@sadis.com>
**Sent:** Friday, May 1, 2026 8:22:05 PM
**To:** Beckerman, Brian L. <brian.beckerman@pillsburylaw.com>
**Cc:** Ruhland, Amy L. <amy.ruhland@pillsburylaw.com>; Sam Lieberman <slieberman@sadis.com>; Jennifer Rossan <jrossan@sadis.com>; Cameron Posillico <cposillico@sadis.com>; Laurie Patton <lpatton@spencerfane.com>; Conway, Elizabeth <econway@spencerfane.com>; Wilson E. Wray Jr. <wwray@atwoodmccall.com>; Stephanie Osteen <stephanie.osteen@fghwlaw.com>; Caylin Craig <caylin.craig@fghwlaw.com>; David Kimball-Stanley <dkimballstanley@cgr-law.com>; Nicole Gueron <ngueron@cgr-law.com>; Elizabeth Baggott <ebaggott@cgr-law.com>; Griffith, Abby <abby.griffith@pillsburylaw.com>
**Subject:** RE: Apex Group Capital Advisors v. Related Fund Management, et al., No. 25-cv-08892 - Memorialization of 4/29 Meet and Confer

Hey Brian,

Here is a revised version without the case citation. The language still tracks the *Rocket* case, as it was my understanding that is what we should expect to receive in the next supplementation.

Best,
Scott

Scott Ferrier, Associate
Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176

sferrier@sadis.com
Cell Phone: 815.954.1582
Office Phone: 212.573.8021
Fax: 212.947.3796
sadis.com

 SADIS

---

**From:** Beckerman, Brian L. <brian.beckerman@pillsburylaw.com>
**Sent:** Friday, May 1, 2026 8:12 PM
**To:** Scott Ferrier <sferrier@sadis.com>
**Cc:** Ruhland, Amy L. <amy.ruhland@pillsburylaw.com>; Sam Lieberman <slieberman@sadis.com>; Jennifer Rossan <jrossan@sadis.com>; Cameron Posillico <cposillico@sadis.com>; Laurie Patton <lpatton@spencerfane.com>; Conway, Elizabeth <econway@spencerfane.com>; Wilson E. Wray Jr. <wwray@atwoodmccall.com>; Stephanie Osteen <stephanie.osteen@fghwlaw.com>; Caylin Craig <caylin.craig@fghwlaw.com>; David Kimball-Stanley <dkimballstanley@cgr-law.com>; Nicole Gueron <ngueron@cgr-law.com>; Elizabeth Baggott <ebaggott@cgr-law.com>; Griffith, Abby <abby.griffith@pillsburylaw.com>
**Subject:** RE: Apex Group Capital Advisors v. Related Fund Management, et al., No. 25-cv-08892 -

Memorialization of 4/29 Meet and Confer

Scott,

We do not agree to the inclusion of language tracking a particular case or to citing any authority within the letter itself.

This is intended to be a straightforward agreement regarding supplementation of interrogatory responses. Incorporating argumentative language or case citations is unnecessary and risks complicating what should be a simple agreement between the parties.
If you have alternative neutral language (without embedded legal argument) to propose, we're happy to consider it.

Best,
Brian

---

**From:** Scott Ferrier <sferrier@sadis.com>
**Sent:** Friday, May 1, 2026 7:41 PM
**To:** Beckerman, Brian L. <brian.beckerman@pillsburylaw.com>
**Cc:** Ruhland, Amy L. <amy.ruhland@pillsburylaw.com>; Sam Lieberman <slieberman@sadis.com>; Jennifer Rossan <jrossan@sadis.com>; Cameron Posillico <cposillico@sadis.com>; Laurie Patton <lpatton@spencerfane.com>; Conway, Elizabeth <econway@spencerfane.com>; Wilson E. Wray Jr. <wwray@atwoodmccall.com>; Stephanie Osteen <stephanie.osteen@fghwlaw.com>; Caylin Craig <caylin.craig@fghwlaw.com>; David Kimball-Stanley <dkimballstanley@cgr-law.com>; Nicole Gueron <ngueron@cgr-law.com>; Elizabeth Baggott <ebaggott@cgr-law.com>; Griffith, Abby <abby.griffith@pillsburylaw.com>
**Subject:** RE: Apex Group Capital Advisors v. Related Fund Management, et al., No. 25-cv-08892 - Memorialization of 4/29 Meet and Confer

Hey Brian:

So there is no misunderstanding here, we want to use the language from *Rocket Pharmas* for 1 &2.

The attached draft contains that language. Please let me know if you agree to this version.

Thank you,
Scott

Scott Ferrier, Associate
Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor

New York, NY 10176

sferrier@sadis.com
Cell Phone: 815.954.1582
Office Phone: 212.573.8021
Fax: 212.947.3796
sadis.com



---

**From:** Beckerman, Brian L. <brian.beckerman@pillsburylaw.com>
**Sent:** Friday, May 1, 2026 7:12 PM
**To:** Scott Ferrier <sferrier@sadis.com>
**Cc:** Ruhland, Amy L. <amy.ruhland@pillsburylaw.com>; Sam Lieberman <slieberman@sadis.com>; Jennifer Rossan <jrossan@sadis.com>; Cameron Posillico <cposillico@sadis.com>; Laurie Patton <lpatton@spencerfane.com>; Conway, Elizabeth <econway@spencerfane.com>; Wilson E. Wray Jr. <wwray@atwoodmccall.com>; Stephanie Osteen <stephanie.osteen@fghwlaw.com>; Caylin Craig <caylin.craig@fghwlaw.com>; David Kimball-Stanley <dkimballstanley@cgr-law.com>; Nicole Gueron <ngueron@cgr-law.com>; Elizabeth Baggott <ebaggott@cgr-law.com>; Griffith, Abby <abby.griffith@pillsburylaw.com>
**Subject:** RE: Apex Group Capital Advisors v. Related Fund Management, et al., No. 25-cv-08892 - Memorialization of 4/29 Meet and Confer

Scott,

See attached. With these changes, you may affix my e-signature and file.

Have a nice weekend.

Brian

---

**From:** Scott Ferrier <sferrier@sadis.com>
**Sent:** Friday, May 1, 2026 6:03 PM
**To:** Beckerman, Brian L. <brian.beckerman@pillsburylaw.com>
**Cc:** Ruhland, Amy L. <amy.ruhland@pillsburylaw.com>; Sam Lieberman <slieberman@sadis.com>; Jennifer Rossan <jrossan@sadis.com>; Cameron Posillico <cposillico@sadis.com>; Laurie Patton <lpatton@spencerfane.com>; Conway, Elizabeth <econway@spencerfane.com>; Wilson E. Wray Jr. <wwray@atwoodmccall.com>; Stephanie Osteen <stephanie.osteen@fghwlaw.com>; Caylin Craig <caylin.craig@fghwlaw.com>; David Kimball-Stanley <dkimballstanley@cgr-law.com>; Nicole Gueron <ngueron@cgr-law.com>; Elizabeth Baggott <ebaggott@cgr-law.com>; Griffith, Abby <abby.griffith@pillsburylaw.com>
**Subject:** RE: Apex Group Capital Advisors v. Related Fund Management, et al., No. 25-cv-08892 - Memorialization of 4/29 Meet and Confer

Brian,

Attached is a draft joint letter to the court regarding our agreement. Please let me know if I have your consent to sign and file.

Thank you,
Scott

Scott Ferrier, Associate
Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176

sferrier@sadis.com
Cell Phone: 815.954.1582
Office Phone: 212.573.8021
Fax: 212.947.3796
sadis.com



---

**From:** Beckerman, Brian L. <brian.beckerman@pillsburylaw.com>
**Sent:** Thursday, April 30, 2026 8:19 PM
**To:** Scott Ferrier <sferrier@sadis.com>; Griffith, Abby <abby.griffith@pillsburylaw.com>
**Cc:** Ruhland, Amy L. <amy.ruhland@pillsburylaw.com>; Sam Lieberman <slieberman@sadis.com>; Jennifer Rossan <jrossan@sadis.com>; Cameron Posillico <cposillico@sadis.com>; Laurie Patton <lpatton@spencerfane.com>; Conway, Elizabeth <econway@spencerfane.com>; Wilson E. Wray Jr. <wwray@atwoodmccall.com>; Stephanie Osteen <stephanie.osteen@fghwlaw.com>; Caylin Craig <caylin.craig@fghwlaw.com>; David Kimball-Stanley <dkimballstanley@cgr-law.com>; Nicole Gueron <ngueron@cgr-law.com>; Elizabeth Baggott <ebaggott@cgr-law.com>
**Subject:** RE: Apex Group Capital Advisors v. Related Fund Management, et al., No. 25-cv-08892 - Memorialization of 4/29 Meet and Confer

Scott,

As Defendants produce more documents, Plaintiff's will supplement their interrogatory responses accordingly. But the timing of our supplementation will depend on the timing of Defendants' document productions.

Best,
Brian

---

**From:** Scott Ferrier <sferrier@sadis.com>
**Sent:** Thursday, April 30, 2026 8:14 PM
**To:** Beckerman, Brian L. <brian.beckerman@pillsburylaw.com>; Griffith, Abby <abby.griffith@pillsburylaw.com>
**Cc:** Ruhland, Amy L. <amy.ruhland@pillsburylaw.com>; Sam Lieberman <slieberman@sadis.com>; Jennifer Rossan <jrossan@sadis.com>; Cameron Posillico <cposillico@sadis.com>; Laurie Patton <lpatton@spencerfane.com>; Conway, Elizabeth <econway@spencerfane.com>; Wilson E. Wray Jr.

<wwray@atwoodmccall.com>; Stephanie Osteen <stephanie.osteen@fghwlaw.com>; Caylin Craig <caylin.craig@fghwlaw.com>; David Kimball-Stanley <dkimballstanley@cgr-law.com>; Nicole Gueron <ngueron@cgr-law.com>; Elizabeth Baggott <ebaggott@cgr-law.com>
**Subject:** RE: Apex Group Capital Advisors v. Related Fund Management, et al., No. 25-cv-08892 - Memorialization of 4/29 Meet and Confer


Hey Brian,

For the "additional documents," I am referring to any additional documents that Apex produces or receives from Defendants in the forthcoming productions. Once document productions are substantially complete, and at least two weeks before depositions commence, Apex should update its disclosure to identify all documents produced in this case that it contends contain or constitute Apex trade secrets. If Apex contends that only part of a document contains an alleged trade secret, it should identify the specific portions of the document that allegedly contain that trade secret.

That timing is necessary so the Parties are not left to guess at depositions which documents Apex contends contain or constitute its alleged trade secrets.

Best,
Scott

Scott Ferrier, Associate
Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176

sferrier@sadis.com
Cell Phone: 815.954.1582
Office Phone: 212.573.8021
Fax: 212.947.3796
sadis.com



---

**From:** Beckerman, Brian L. <brian.beckerman@pillsburylaw.com>
**Sent:** Thursday, April 30, 2026 6:34 PM
**To:** Scott Ferrier <sferrier@sadis.com>; Griffith, Abby <abby.griffith@pillsburylaw.com>
**Cc:** Ruhland, Amy L. <amy.ruhland@pillsburylaw.com>; Sam Lieberman <slieberman@sadis.com>; Jennifer Rossan <jrossan@sadis.com>; Cameron Posillico <cposillico@sadis.com>; Laurie Patton <lpatton@spencerfane.com>; Conway, Elizabeth <econway@spencerfane.com>; Wilson E. Wray Jr. <wwray@atwoodmccall.com>; Stephanie Osteen <stephanie.osteen@fghwlaw.com>; Caylin Craig <caylin.craig@fghwlaw.com>; David Kimball-Stanley <dkimballstanley@cgr-law.com>; Nicole Gueron <ngueron@cgr-law.com>; Elizabeth Baggott <ebaggott@cgr-law.com>
**Subject:** Re: Apex Group Capital Advisors v. Related Fund Management, et al., No. 25-cv-08892 - Memorialization of 4/29 Meet and Confer


Scott,

I just got out of a deposition and am now catching up on emails. I also saw I received a voicemail from you, but have not yet had a chance to listen to it.

We are in agreement with respect to the first two paragraphs and, yes, we will endeavor to supplement our interrogatory responses by May 8.

With respect to the third paragraph about "additional documents," can you please clarify what you mean?

Happy to discuss early tomorrow morning.

Best,
Brian

---

**From:** Scott Ferrier <sferrier@sadis.com>
**Sent:** Thursday, April 30, 2026 6:24 PM
**To:** Griffith, Abby <abby.griffith@pillsburylaw.com>; Beckerman, Brian L. <brian.beckerman@pillsburylaw.com>
**Cc:** Ruhland, Amy L. <amy.ruhland@pillsburylaw.com>; Sam Lieberman <slieberman@sadis.com>; Jennifer Rossan <jrossan@sadis.com>; Cameron Posillico <cposillico@sadis.com>; Laurie Patton <lpatton@spencerfane.com>; Conway, Elizabeth <econway@spencerfane.com>; Wilson E. Wray Jr. <wwray@atwoodmccall.com>; Stephanie Osteen <stephanie.osteen@fghwlaw.com>; Caylin Craig <caylin.craig@fghwlaw.com>; David Kimball-Stanley <dkimballstanley@cgr-law.com>; Nicole Gueron <ngueron@cgr-law.com>; Elizabeth Baggott <ebaggott@cgr-law.com>
**Subject:** RE: Apex Group Capital Advisors v. Related Fund Management, et al., No. 25-cv-08892 - Memorialization of 4/29 Meet and Confer

Abby and Brian,
I am writing to follow up on the below. We would appreciate a response tonight so the parties can avoid motion practice.
We propose that Apex provide supplemental interrogatory responses by May 8, identifying which of the 364 documents produced by the Employee Defendants it contends contain Apex trade secrets. To the extent Apex does not contend that an entire document constitutes a trade secret, Apex should identify where in the document the alleged trade secret is located.
To the extent Apex contends that any additional documents contain Apex trade secrets beyond the 364 documents already produced, Apex should identify those documents and the location of the alleged trade secret within those documents at least two weeks before the commencement of depositions.
Please let us know whether we have an agreement.
Thank you,
Scott

Scott Ferrier, Associate
Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176

sferrier@sadis.com
Cell Phone: 815.954.1582
Office Phone: 212.573.8021
Fax: 212.947.3796
sadis.com



---

**From:** Scott Ferrier
**Sent:** Thursday, April 30, 2026 1:36 PM
**To:** Griffith, Abby <abby.griffith@pillsburylaw.com>; Beckerman, Brian L. <brian.beckerman@pillsburylaw.com>
**Cc:** Ruhland, Amy L. <amy.ruhland@pillsburylaw.com>; Rothenberg-Montz, Patti <patricia.rothenberg@pillsburylaw.com>; Sam Lieberman <slieberman@sadis.com>; Jennifer Rossan <jrossan@sadis.com>; Cameron Posillico <cposillico@sadis.com>; Laurie Patton <lpatton@spencerfane.com>; Conway, Elizabeth <econway@spencerfane.com>; Wilson E. Wray Jr. <wwray@atwoodmccall.com>; Stephanie Osteen <stephanie.osteen@fghwlaw.com>; Caylin Craig <caylin.craig@fghwlaw.com>; David Kimball-Stanley <dkimballstanley@cgr-law.com>; Nicole Gueron <ngueron@cgr-law.com>; Elizabeth Baggott <ebaggott@cgr-law.com>
**Subject:** Apex Group Capital Advisors v. Related Fund Management, et al., No. 25-cv-08892 - Memorialization of 4/29 Meet and Confer

Abby & Brian,

I write to memorialize and to follow-up on our meet and confer yesterday. We understand that Apex has agreed to further supplement its responses to the Employee Defendants' interrogatories seeking identification of Apex's alleged trade secrets. Specifically, we understand that Apex will identify the documents within the Employee Defendants' productions that it contends contain Apex trade secrets. We further understand that, where Apex does not contend that an entire document is a trade secret, Apex will identify the specific location in the document where the alleged trade secret is located.

Based on that agreement, the Employee Defendants do not believe letter briefing to the Court is necessary at this time. The Employee Defendants reserve the right to re-raise the issue if Apex's supplemental responses do not identify its alleged trade secrets with reasonable particularity. The Employee Defendants also reserve the right to request, at a later time, that Apex identify how the alleged trade secrets were used or disclosed and what makes the alleged information a trade secret, as that information is directly requested in the interrogatories. If Apex agrees with the above, please let us know when we can expect to receive the supplemental responses. Once that is confirmed, I will circulate a draft letter for the parties to submit to the Court.

As to custodians, we request that Annette Dixon and Rebecca Voskuil be included as custodians because their handling of any alleged Apex trade secrets is relevant to this dispute. As discussed on yesterday's call, both individuals serviced the Related account after the

Employee Defendants departed Apex. Their handling of Apex's alleged trade secrets is therefore relevant, including whether they shared any alleged trade secret information with third parties who had no obligation to keep the information confidential. That issue bears directly on whether the information was, in fact, secret. *See Town & Country Linen Corp. v. Ingenious Designs LLC*, 556 F. Supp. 3d 222, 263 (S.D.N.Y. 2021) (finding that information shared with third parties was not a trade secret because it was shared "without identifying that information as confidential, [or] securing any commitment, written or verbal, on the part of those third parties to limit the disclosure of the information"). Accordingly, Dixon's and Voskuil's documents should be searched and produced. As to the search terms, we understand that Apex will provide a hit report for our terms. Please confirm whether Apex will include Dixon and Voskuil as custodians, and when Apex will provide the hit reports.

Thank you,
Scott

Scott Ferrier, Associate
Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176

sferrier@sadis.com
Cell Phone: 815.954.1582
Office Phone: 212.573.8021
Fax: 212.947.3796
sadis.com

 SADIS

This e-mail communication is confidential and is intended only for the individuals or entities named above and others who have been specifically authorized to receive it. If you are not an intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by replying to the e-mail or by telephoning 212.947.3793. Please then delete the e-mail and any copies of it. Thank you. Nothing contained in this disclaimer shall be construed in any way to grant permission to transmit confidential information via this firm's e-mail system.

**Brian L. Beckerman** | Partner
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131
t +1.212.858.1228
brian.beckerman@pillsburylaw.com | website bio

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received

this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the

intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.