UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

APEX GROUP CAPITAL ADVISORS LLC          :
F/K/A SANDSPOINT CAPITAL ADVISORS         :
LLC,                                                            :
                                        Plaintiff,          :
                                                                :           25-CV-08892 (VEC)
                    -against-                              :
                                                                :           ORDER
RELATED FUND MANAGEMENT LLC;          :
JAMES KRAUS; LUCAS BELINKIE; PRESTON  :
CALLEN; WILLIAM C. CHANEY; and RYAN    :
HOPE,                                                       :
                                                                :
                                      Defendants.     :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 27, 2026, the parties appeared before the Court for a teleconference

to discuss a discovery dispute;

WHEREAS on May 1, 2026, Defendants submitted a letter describing why they believe

that Plaintiff has not identified the alleged trade secrets with reasonable particularity; and

WHEREAS on May 8, 2026, Plaintiff submitted a response.

IT IS HEREBY ORDERED that Plaintiff must supplement its responses to the

interrogatories seeking identification of Plaintiff's alleged trade secrets by identifying the

documents within the Employee Defendants' production of 364 documents to date that it

contends contain trade secrets. Where Plaintiff does not contend that an entire document is a

trade secret, Plaintiff will identify where in the document the alleged trade secret is located.

Plaintiffs must do the same for documents in future productions promptly after receiving them.

**SO ORDERED.**

Date:   May 13, 2026                                         _____
            New York, New York                                       **VALERIE CAPRONI**
                                                                              **United States District Judge**