**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC,<br><br>    Plaintiff,<br><br> v.<br><br>RELATED FUND MANAGEMENT, LLC; JAMES KRAUS; LUCAS BELINKIE; PRESTON CALLEN; WILLIAM C. CHANEY; and RYAN HOPE,<br><br>    Defendants. | Case No.  25-CV-08892 (VEC) |

**JOINT MONTHLY DISCOVERY REPORT**

Pursuant to the Civil Case Management Plan and Scheduling Order ("Case Management Order") [Dkt. 112], Plaintiff Apex Group Capital Advisors LLC ("Apex") and Defendants Related Fund Management, LLC ("RFM"), James Kraus (together with RFM, the "Related Defendants"), Lucas Belinkie, Preston Callen, William C. Chaney, and Ryan Hope (the "Employee Defendants", and with the Related Defendants the "Defendants," and together with Apex, the "Parties") submit the following Joint Monthly Discovery Report:

**A. Actions Completed in the Last Month by the Parties**

Since the prior Joint Monthly Discovery Report, filed April 15, 2026, the Parties have undertaken the following actions:

1. On April 16, 2026, the Parties entered into an agreed Protective Order and an ESI Protocol, which the Court so ordered on April 24, 2026, and the Employee Defendants sent Apex search terms to use for document review.

2. On April 17, 2026, Defendants Hope and Callen responded to Apex's discovery deficiency letter.

3.      On April 20, 2026, Apex served its Third Amended Responses to the Employee Defendants' First Set of Interrogatory responses, and Apex requested responses from Defendants Chaney and Belinkie to the discovery deficiency letter it served on April 6, 2026.

4.      On April 23, 2026, Defendant Chaney responded to Apex's deficiency letter.

5.      On April 24, 2026, Defendant Belinkie responded to Apex's deficiency letter. Additionally, Apex and the Related Defendants began producing documents. The Related Defendants are now substantially complete with productions in response to Apex's First Set of Requests for Production. Defendant Ryan Hope Bates stamped and produced documents that he had previously produced on July 16, 2025.

6.      On April 28, 2026, Defendant Belinkie served a discovery deficiency letter on Apex.

7.      On April 30, 2026, Defendant Belinkie began making supplemental productions of documents in addition to his production in July 2025.

8.      On May 5, 2026, Defendant Ryan Hope made a second production of documents.

9.      On May 8, 2026, Apex served a subpoena duces tecum on non-party IQ-EQ US Management Co., LLC.

10.     On May 12, 2026, Defendant Callen began producing documents.

11.     On May 15, 2026, Defendants served deposition notices on Apex.

12.     Throughout the month, the Parties have also communicated through phone calls and emails to meet and confer about various discovery issues.

**B.      Actions to be Completed in the Next Month by the Parties**

Consistent with the Case Management Order and the discovery schedule outlined in the Parties' Joint Monthly Discovery Report filed on February 16, 2026, the Parties anticipate continuing to produce responsive documents on a rolling basis through May. Apex and the Employee Defendants plan on being substantially complete by the end of the month. In addition, Apex will supplement its responses to interrogatories by identifying documents within the Employee Defendants' production of 364 documents to date that contain Apex's trade secrets.

**C.      Disputes Between the Parties**

Belinkie alleges that Apex's response to his discovery request, Interrogatory No. 2, is

incomplete and evasive. Specifically, Belinkie alleges Apex has not identified the files or documents he supposedly downloaded improperly during his employment, as Apex alleges in its Amended Complaint filed on November 5, 2025, and its Omnibus Response to Defendants' Motion to Dismiss filed on January 28, 2026. Apex alleges that the audit reports provide all of the requested information except for which documents constitute trade secrets and which documents were improperly downloaded. Identification of improperly downloaded documents will require further discovery from the Employee Defendants. Furthermore, Apex will begin identifying trade secrets in the documents produced by Employee Defendants pursuant to the Court's order. The parties met and conferred on May 15, 2026, to discuss this issue, but did not reach a resolution. Apex stated that it would review Belinkie's position and will get back to counsel on May 18.

Additionally, Apex has requested the search terms Employee Defendants used to make their productions to date, and Employee Defendants have made the same request to Apex. Apex argues that it has provided that information, but Employee Defendants have not. The Employee Defendants contend that Apex's response is insufficient, for among other reasons, because it merely provided a hit report and fails to identify which terms specifically it used. The parties intend to meet and confer on this issue. Apex also alleges that the Employee Defendants' proposed search terms for Apex are overbroad and unduly burdensome and must be narrowed. The Employee Defendants contend their search terms are reasonable and should not be narrowed before Apex supplements its responses to the trade secrets interrogatories as ordered by the Court, which the Employee Defendants contend Apex should do by May 18, 2026.

Date:    May 15, 2026

/s/ *Abigail Griffith*
Amy L. Ruhland
Texas Bar No. 24043561
amy.ruhland@pillsburylaw.com
Abigail Griffith
Texas Bar No. 24113585
abby.griffith@pillsburylaw.com
401 W 4th Street, Suite 3200
Austin, TX 78701
(512) 580-9600

Brian Beckerman
Brian.beckerman@pillsburylaw.com
Patricia Rothenberg
Patricia.rothenberg@pillsburylaw.com
31 W. 52nd Street
New York, New York 10019
(212) 858-10000

PILLSBURY WINTHROP SHAW PITTMAN LLP

*Attorneys for Apex Group Capital Advisors LLC*

/s/ *David Kimball-Stanley*
Nicole Gueron
David Kimball-Stanley
Elizabeth R. Baggott
CLARICK GUERON REISBAUM LLP
41 Madison Avenue, 23rd Floor
New York, NY 10010
Phone: (212) 633-4310
Fax: (646) 478-9484
ngueron@cgr-law.com
dkimballstanley@cgr-law.com
ebaggott@cgr-law.com
*Attorneys for Defendants Related Fund*
*Management, LLC and James Kraus*

/s/ *Scott Ferrier*
Samuel J. Lieberman
Jennifer Rossan
Scott C. Ferrier
SADIS & GOLDBERG LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-6675

4

*Counsel for Defendant Ryan Hope*

*/s/Wilson E. Wray*
Wilson E. Wray (pro hac)
Texas State Bar No. 00797700
wwray@atwoodmccall.com
ATWOOD & MCCALL, PLLC
8150 N. Central Expressway, Suite 1100
Dallas, Texas 75206
T: (972) 665-9600
F: (214) 736-2960
Samuel J. Lieberman
Jennifer Rossan
Scott C. Ferrier
SADIS & GOLDBERG LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-6675
*Attorneys for Defendant Preston Callen*

*/s/ Laurie Patton*
SPENCER FANE LLP
Laurie N. Patton (admitted *pro hac vice*)
Elizabeth C. Conway
711 Third Avenue
New York, NY 10017
(212) 907-7300
lpatton@spencerfane.com
econway@spencerfane.com
*Attorneys for Defendant William C. Chaney*

*/s/Stephanie K. Osteen*
Stephanie K. Osteen (admitted *pro hac vice*)
Caylin Cierra Craig (admitted *pro hac vice*)
FARROW-GILLESPIE HEATH WILMOTH LLP
1900 North St. Paul Street, Suite 2100
Dallas, TX 75201
(214) 361-5600
Samuel J. Lieberman
Jennifer Rossan
Scott C. Ferrier
SADIS & GOLDBERG LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-6675
*Counsel for Defendant Lucas Belinkie*

5

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 15, 2026, a copy of the foregoing was served on all counsel of record electronically via ecf.


*/s/ Abigail Griffith*
Abigail Griffith