**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC,** | § § § § | |
| *Plaintiffs.* | § § | **1:25 CV-08892 VEC** |
| **v.** | § § | |
| **RELATED FUND MAAGEMENT, LLC, JAMES KRAUS, LUCAS BELINKIE, PRESTON CALLEN, WILLIAM C. CHANEY AND RYAN HOPE,** | § § § § § | **NOTICE OF APPEARANCE** |
| *Defendants.* | § § § | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, Austin F. Pennington hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Preston Callen in the above-captioned action.

I am in good standing of the bar of the State of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

DATED: May 29, 2026

Respectfully submitted,

Austin F. Pennington
Texas State Bar No. 24081432
apennington@atwoodmccall.com

**ATWOOD & MCCALL, PLLC**
8150 N. Central Expressway, Suite 1100
Dallas, Texas 75206
T:  (972) 665-9600
F:  (214) 736-2960

**ATTORNEYS FOR DEFENDANT**
**PRESTON CALLEN**