AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Apex Group Capital Advisors LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-cv-08892 (VEC) |
| Related Fund Management LLC et al | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Related Fund Management LLC and James Kraus                                    .

Date:      06/08/2026

/s/ Erin Woodruff
*Attorney's signature*

Erin Woodruff (6089098)
*Printed name and bar number*

Clarick Gueron Reisbaum LLP
41 Madison Avenue, 23rd Floor
New York, NY 10010

*Address*

ewoodruff@cgr-law.com
*E-mail address*

(212) 633-4310
*Telephone number*

(646) 478-9484
*FAX number*