**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC,<br><br>Plaintiff,<br><br>v.<br><br>RELATED FUND MANAGEMENT, LLC; JAMES KRAUS; LUCAS BELINKIE; PRESTON CALLEN; WILLIAM C. CHANEY; and RYAN HOPE,<br><br>Defendants. | Case No.  25-CV-08892 (VEC) |

**JOINT MONTHLY DISCOVERY REPORT**

Pursuant to the Civil Case Management Plan and Scheduling Order ("Case Management Order") [Dkt. 112], Plaintiff Apex Group Capital Advisors LLC ("Apex") and Defendants Related Fund Management, LLC ("RFM"), James Kraus ("Kraus," and together with RFM, the "Related Defendants"), Lucas Belinkie, Preston Callen, William C. Chaney, and Ryan Hope (the "Employee Defendants," and with the Related Defendants the "Defendants," and together with Apex, the "Parties") submit the following Joint Monthly Discovery Report:

**A.    Actions Completed in the Last Month by the Parties**

Since the prior Joint Monthly Discovery Report, filed May 15, 2026, the Parties have undertaken the following actions:

1. The Parties have continued to produce documents on a rolling basis throughout the month.  To date, Apex has produced over 25,000 documents.  The Related Defendants have produced approximately 2,000 documents and advise that their production has been substantially complete since April 24, 2026.  The Employee Defendants collectively have produced approximately 1,300 documents.

2. On May 15, 2026, Defendant Belinkie served his Second Request for Production of Documents to Apex.

3. Apex contends that, as of May 18, 2026, it substantially completed its document production in response to Defendants' First Sets of Requests for Production. Apex anticipates continuing to produce documents on a rolling basis. The Employee Defendants dispute this characterization.

4. On May 19, 2026, Employee Defendants served a 30(b)(6) deposition notice on Apex.

5. On May 20, 2026, Apex sent search terms and specific ESI devices for Defendant Kraus to search in his personal documents.  Mr. Kraus has conducted a reasonable search and produced all responsive documents.  Apex has requested that Mr. Kraus run additional search terms; the parties continue to meet and confer on this topic.

6. On May 21, 2026, Related Defendants served a 30(b)(6) deposition notice on Apex.

7. On May 22, 2026, Apex provided Defendants with its TAR protocol, a by-custodian hit report, and served its fourth amended responses and objections to Employee Defendants' first sets of interrogatories.  Apex also served requests to inspect the Employee Defendants' mobile devices, personal emails, and cloud storage sites. Employee Defendants' deadline to respond to Apex's requests to inspect is June 22, 2026.

8. On June 1, 2026, Apex served a subpoena duces tecum on Fidelity National Information Services, Inc. (FIS).

9. On June 3, 2026, Apex served a subpoena for 30(b)(6) deposition on IQ-EQ US Management Co., LLC ("IQ-EQ") and a deposition subpoena on Ben Jamron, Head of U.S. Fund Administration at IQ-EQ. On May 29, 2026, Defendant Hope advised he substantially completed his document production.

10. On June 9, 2026, Defendant Belinkie advised he substantially completed his document production.  Apex disputes this characterization.

11. On June 9, 2026, Apex agreed to perform a search of custodian Georges Archibald's personal devices and accounts using search terms proposed by the Related Defendants.

12. On June 12, 2026, Apex supplemented its responses to interrogatories by identifying documents within the Employee Defendants' productions to date that contain Apex's trade secrets. Apex also amended its Initial Disclosures.

13. One June 12, 2026, the Employee Defendants sent a deficiency letter to Apex contending several deficiencies in Apex's document productions.

14. Throughout the month, counsel for the Parties have also met and conferred numerous times on various discovery issues.

**B.      Actions to be Completed in the Next Month by the Parties**

The Parties anticipate continuing to produce responsive documents on a rolling basis through June.  The Parties anticipate beginning depositions in early July.

**C.      Disputes Between the Parties**

Defendants noticed two-day depositions for each of Maria Von Horvath, Jonathan Schmitz, Michael D'Ignazio, Georges Archibald, Ken Fullerton, and Apex's 30(b)(6) witness. Pursuant to Federal Rules of Civil Procedure 30(a)(2)(A)(ii) and 30(d)(1), Apex objects to providing any witness for more than one day (seven hours) of deposition time.  Defendants contend that because there are (a) six defensive parties and (b) ten causes of action based on a variety of theories, some of which do not overlap, depositions of longer than 7 hours are appropriate for central witnesses. Apex also has requested that any deposition of its former employee, Jonathan Schmitz, occur near his residence in South Carolina to lessen the burden on Mr. Schmitz.  In exchange, Apex has agreed that the depositions of the Employee Defendants can take place near their residences in Texas. The Related Defendants reject that proposal as it would require dozens of attorneys to travel to South Carolina simply to depose one Apex witness.  Moreover, RFM specifically bargained to avoid such burdens when it negotiated the Master Services Agreement with Apex, which calls for all disputes between the parties to be litigated in New York.  Apex has also objected to the noticed depositions of John Clingerman and Bruce Moats because they are non-testifying experts protected by Federal Rule of Procedure 26(b).  Employee Defendants contend Clingerman and Moats are percipient witnesses who provided factual testimony through sworn declarations to support Apex's Amended Motion for a Preliminary Injunction, filed on July 26, 2025.

Employee Defendants contend Apex has not produced documents showing other employees and clients who left Apex, which would tend to disprove Apex's allegations.  Apex contends it either has or will produce documents sufficient to support damages in this lawsuit.

Date:   June 15, 2026                    /s/ *Abigail Griffith*

Amy L. Ruhland
Texas Bar No. 24043561
amy.ruhland@pillsburylaw.com
Abigail Griffith
Texas Bar No. 24113585
abby.griffith@pillsburylaw.com
401 W 4th Street, Suite 3200
Austin, TX 78701
(512) 580-9600

Brian L. Beckerman
Stephanie M. Coughlan
31 West 52nd Street
New York, NY 10019
Telephone: 212.858.1000
Fax: 212.858.1500
brian.beckerman@pillsburylaw.com
stephanie.coughlan@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP

*Attorneys for Apex Group Capital Advisors LLC*


/s/David Kimball-Stanley
Nicole Gueron
David Kimball-Stanley
Elizabeth R. Baggott
CLARICK GUERON REISBAUM LLP
41 Madison Avenue, 23rd Floor
New York, NY 10010
Phone: (212) 633-4310
Fax: (646) 478-9484
ngueron@cgr-law.com
dkimballstanley@cgr-law.com
ebaggott@cgr-law.com
*Attorneys for Defendants Related Fund
Management, LLC and James Kraus*

/s/ *Samuel J. Lieberman*
Samuel J. Lieberman
Jennifer Rossan
Scott C. Ferrier
SADIS & GOLDBERG LLP

551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-6675
*Counsel for Defendant Ryan Hope*

*/s/ Wilson Wray*
Wilson E. Wray (pro hac)
Texas State Bar No. 00797700
wwray@atwoodmccall.com
ATWOOD & MCCALL, PLLC
8150 N. Central Expressway, Suite 1100
Dallas, Texas 75206
T: (972) 665-9600
F: (214) 736-2960
Samuel J. Lieberman
Jennifer Rossan
Scott C. Ferrier
SADIS & GOLDBERG LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-6675
*Attorneys for Defendant Preston Callen*

*/s/ Laurie Patton*
SPENCER FANE LLP
Laurie N. Patton (admitted *pro hac vice*)
Elizabeth C. Conway
711 Third Avenue
New York, NY 10017
(212) 907-7300
lpatton@spencerfane.com
econway@spencerfane.com
*Attorneys for Defendant William C. Chaney*

*/s/ Stephanie Osteen*
Stephanie K. Osteen (admitted *pro hac vice*)
Caylin Cierra Craig (admitted *pro hac vice*)
FARROW-GILLESPIE HEATH WILMOTH LLP
1900 North St. Paul Street, Suite 2100
Dallas, TX 75201
(214) 361-5600
Samuel J. Lieberman
Jennifer Rossan
Scott C. Ferrier
SADIS & GOLDBERG LLP
551 Fifth Avenue, 21st Floor

New York, NY 10176
(212) 573-6675
*Counsel for Defendant Lucas Belinkie*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 15, 2026, a copy of the foregoing was served on all counsel of record electronically via ecf.


*/s/Abigail Griffith*
Abigail Griffith