UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

APEX GROUP CAPITAL ADVISORS LLC :
F/K/A SANDSPOINT CAPITAL ADVISORS :  25-CV-08892 (VEC)
LLC, :

     Plaintiff, : ORDER OF REFERENCE
 : TO A MAGISTRATE
   -against- : JUDGE
 :

RELATED FUND MANAGEMENT LLC; :
JAMES KRAUS; LUCAS BELINKIE; PRESTON :
CALLEN; WILLIAM C. CHANEY; and RYAN :
HOPE, :
 :
     Defendants. X

------------------------------------------------------------

   The above entitled action is referred to Magistrate Judge Stein for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

     ___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

_x_ Specific Non-Dispositive Motion/Dispute: Discovery disputes outlined by the parties. *See* Dkt. 153.

     ___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction) Purpose: _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

     ___ Habeas Corpus

     ___ Social Security

___Settlement

     ___ Dispositive Motions (i.e. motion requiring Report and Recommendation) Particular Motion: _____

__ Inquest After Default/Damages Hearing

     All such motions: ____

**SO ORDERED.**

**Date:  July 16, 2026**
   **New York, NY**

       **VALERIE CAPRONI**
       **United States District Judge**