# Exhibit B

| | |
|---|---|
| **From:** | Conway, Elizabeth <econway@spencerfane.com> |
| **Sent:** | Friday, July 10, 2026 12:36 PM |
| **To:** | Beckerman, Brian L.; Patton, Laurie; Sam Lieberman; Jennifer Rossan; Cameron Posillico; Scott Ferrier; Shah, Kunal; Stephanie Osteen; Caylin Craig; Wilson E. Wray Jr.; Austin Pennington |
| **Cc:** | Ruhland, Amy L.; Griffith, Abby; Coughlan, Stephanie M.; Blackford, Elizabeth; Nicole Gueron; Elizabeth Baggott; Erin Woodruff; David Kimball-Stanley |
| **Subject:** | RE: Apex Group Capital Advisors LLC, v Related Fund Management, LLC, Case No. 25-cv-08892 - Ryan Hope Response to June 17, 2026 email |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Brian,

We write in response to your email below.

Chaney has complied in good faith with the Court's July 7 and August 4, 2025, Orders, and your suggestion otherwise based on these 264 documents is without merit. In connection with the Court's 2025 Orders, Chaney engaged with a third-party digital forensics firm, and worked together with the forensics firm to identify and collect any and all "Apex confidential and trade secret information" that Chaney was aware at that time were on his personal devices, including but not limited to his personal laptop. Through that identification and collection, Chaney returned all such Apex information identified. Any such identified information was returned and deleted in accordance with the Court's Orders. Chaney acted in good faith to reasonably identify the documents in his possession. There is nothing "improper" about Chaney's good faith collection and production in 2025.

Then, the parties in this case negotiated an ESI protocol to identify and produce any documents relevant to the claims and defenses in this case. While we are still reviewing the 264 documents you identify in your list, but on first review, it appears that the vast majority are not relevant in this proceeding, because not only are they not protectable trade secrets, but they are not even within the Relevant Time Period (January 1, 2024-present). Nevertheless, these documents were identified during the ESI review by the search term hits and, even though they were outside the relevant time-period, in full and complete transparency, Chaney produced them in this case. Rather than demonstrating any prior non-compliance, as you allege, Chaney's production of these documents demonstrates Chaney's efforts to ensure transparency. In furtherance of those efforts, we are reviewing the 264 documents you identified in more detail to respond to your questions, and to the extent there are any additional documents to produce responsive to Apex's documents requests, or even if not responsive to the case, Sandspoint/Apex documents to be returned pursuant to the TRO and/or Chaney's employment agreement, we will identify those and immediately do so.

Nevertheless, nothing in your email provides a basis for Apex's demand for a forensic review of Chaney's personal devices. Apex does not contend that Chaney spoliated anything in this case; the opposite is true, Apex acknowledges Chaney's preservation compliance. Chaney has been fully transparent, and will continue to do so. To that end, as we stated, we intend to review the 264 documents you identified in

1

more detail, and get back to you shortly after a complete review, but regardless, nothing in your email or this case provides a basis to justify the burden, cost and invasion of privacy of a forensic review of Chaney's personal devices.

Beth

---

**Golenbock Eiseman Assor Bell & Peskoe LLP has joined Spencer Fane.** Our email addresses have changed, but our address and phone numbers remain the same. Learn more by clicking here

---

**Elizabeth Conway**   Partner
Spencer Fane Golenbock

_____

711 3rd Ave, New York, NY 10017
O 212.907.7332
econway@spencerfane.com | spencerfane.com

---

**From:** Beckerman, Brian L. <brian.beckerman@pillsburylaw.com>
**Sent:** Wednesday, July 1, 2026 9:05 PM
**To:** Patton, Laurie <LPatton@spencerfane.com>; Sam Lieberman <slieberman@sadis.com>; Jennifer Rossan <jrossan@sadis.com>; Cameron Posillico <cposillico@sadis.com>; Scott Ferrier <sferrier@sadis.com>; Conway, Elizabeth <econway@spencerfane.com>; Shah, Kunal <kshah@spencerfane.com>; Stephanie Osteen <stephanie.osteen@fghwlaw.com>; Caylin Craig <caylin.craig@fghwlaw.com>; Wilson E. Wray Jr. <wwray@atwoodmccall.com>; Austin Pennington <apennington@atwoodmccall.com>
**Cc:** Ruhland, Amy L. <amy.ruhland@pillsburylaw.com>; Griffith, Abby <abby.griffith@pillsburylaw.com>; Coughlan, Stephanie M. <stephanie.coughlan@pillsburylaw.com>; Blackford, Elizabeth <elizabeth.blackford@pillsburylaw.com>; Nicole Gueron <ngueron@cgr-law.com>; Elizabeth Baggott <ebaggott@cgr-law.com>; Erin Woodruff <ewoodruff@cgr-law.com>; David Kimball-Stanley <dkimballstanley@cgr-law.com>
**Subject:** [EXTERNAL] RE: Apex Group Capital Advisors LLC, v Related Fund Management, LLC, Case No. 25-cv-08892 - Ryan Hope Response to June 17, 2026 email

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Laurie,

Thanks for the response. However, your explanation does not resolve the issue.

Whether the parties have now agreed to an ESI protocol and search terms is beside the point. The Court's July 7 and August 4, 2025 Orders required the Employee Defendants to return and produce all Apex confidential and trade secret information in their possession. That obligation existed independent of any subsequently negotiated ESI protocol.

The fact that the Employee Defendants are only now producing hundreds of additional Apex documents demonstrates that their initial collection and production in response to the Court's Orders was materially deficient. Per my email to Sam just now, we have identified 300 new documents produced by Mr. Hope containing Apex confidential information or trade secrets. And, with respect to Mr. Chaney, we have identified 264 new documents containing Apex confidential information or trade secrets that should have been produced over a year ago.

This validates the concern we recently learned to be well-founded—that the Employee Defendants conducted their own document collection in July 2025. As you know, permitting custodians to self-collect responsive documents is improper and raises obvious concerns regarding the completeness and reliability of the collection.

2

The recent production of hundreds of additional Apex documents confirms those concerns and demonstrates the necessity of Apex's requests to forensically image the Employee Defendants' personal devices and accounts.

Accordingly, our question remains unanswered: why were these documents not identified and produced in response to the Court's July and August 2025 Orders, and how did Mr. Chaney come to possess these additional 264 Apex documents if, as recently represented to the Court, no others existed?

Regards,

Brian

| 1. | CHANEY00002836 |
|---|---|
| 2. | CHANEY00002858 |
| 3. | CHANEY00002860 |
| 4. | CHANEY00002866 |
| 5. | CHANEY00002867 |
| 6. | CHANEY00002869 |
| 7. | CHANEY00002873 |
| 8. | CHANEY00002881 |
| 9. | CHANEY00002883 |
| 10. | CHANEY00002884 |
| 11. | CHANEY00002889 |
| 12. | CHANEY00002946 |
| 13. | CHANEY00002973 |
| 14. | CHANEY00002975 |
| 15. | CHANEY00002976 |
| 16. | CHANEY00002977 |
| 17. | CHANEY00002978 |
| 18. | CHANEY00002979 |
| 19. | CHANEY00002980 |
| 20. | CHANEY00002981 |
| 21. | CHANEY00002985 |
| 22. | CHANEY00002986 |
| 23. | CHANEY00002987 |
| 24. | CHANEY00002989 |
| 25. | CHANEY00002994 |
| 26. | CHANEY00002998 |
| 27. | CHANEY00003002 |
| 28. | CHANEY00003007 |
| 29. | CHANEY00003010 |
| 30. | CHANEY00003011 |
| 31. | CHANEY00003015 |
| 32. | CHANEY00003026 |
| 33. | CHANEY00003031 |
| 34. | CHANEY00003032 |
| 35. | CHANEY00003037 |

| | |
|---|---|
| 36. | CHANEY00003039 |
| 37. | CHANEY00003043 |
| 38. | CHANEY00003044 |
| 39. | CHANEY00003045 |
| 40. | CHANEY00003048 |
| 41. | CHANEY00003049 |
| 42. | CHANEY00003050 |
| 43. | CHANEY00003051 |
| 44. | CHANEY00003053 |
| 45. | CHANEY00003054 |
| 46. | CHANEY00003055 |
| 47. | CHANEY00003057 |
| 48. | CHANEY00003058 |
| 49. | CHANEY00003058 |
| 50. | CHANEY00003068 |
| 51. | CHANEY00003071 |
| 52. | CHANEY00003072 |
| 53. | CHANEY00003073 |
| 54. | CHANEY00003075 |
| 55. | CHANEY00003076 |
| 56. | CHANEY00003077 |
| 57. | CHANEY00003080 |
| 58. | CHANEY00003081 |
| 59. | CHANEY00003082 |
| 60. | CHANEY00003083 |
| 61. | CHANEY00003085 |
| 62. | CHANEY00003090 |
| 63. | CHANEY00003113 |
| 64. | CHANEY00003114 |
| 65. | CHANEY00003119 |
| 66. | CHANEY00003120 |
| 67. | CHANEY00003121 |
| 68. | CHANEY00003123 |
| 69. | CHANEY00003128 |
| 70. | CHANEY00003130 |
| 71. | CHANEY00003134 |
| 72. | CHANEY00003139 |
| 73. | CHANEY00003141 |
| 74. | CHANEY00003142 |
| 75. | CHANEY00003143 |
| 76. | CHANEY00003160 |
| 77. | CHANEY00003164 |
| 78. | CHANEY00003169 |
| 79. | CHANEY00003175 |
| 80. | CHANEY00003176 |
| 81. | CHANEY00003178 |

| | |
|---|---|
| 82. | CHANEY00003184 |
| 83. | CHANEY00003188 |
| 84. | CHANEY00003206 |
| 85. | CHANEY00003209 |
| 86. | CHANEY00003227 |
| 87. | CHANEY00003234 |
| 88. | CHANEY00003239 |
| 89. | CHANEY00003298 |
| 90. | CHANEY00003300 |
| 91. | CHANEY00003301 |
| 92. | CHANEY00003302 |
| 93. | CHANEY00003405 |
| 94. | CHANEY00003412 |
| 95. | CHANEY00003413 |
| 96. | CHANEY00003418 |
| 97. | CHANEY00003419 |
| 98. | CHANEY00003420 |
| 99. | CHANEY00003421 |
| 100. | CHANEY00003446 |
| 101. | CHANEY00003447 |
| 102. | CHANEY00003448 |
| 103. | CHANEY00003453 |
| 104. | CHANEY00003454 |
| 105. | CHANEY00003460 |
| 106. | CHANEY00003461 |
| 107. | CHANEY00003462 |
| 108. | CHANEY00003463 |
| 109. | CHANEY00003478 |
| 110. | CHANEY00003486 |
| 111. | CHANEY00003488 |
| 112. | CHANEY00003489 |
| 113. | CHANEY00003494 |
| 114. | CHANEY00003495 |
| 115. | CHANEY00003522 |
| 116. | CHANEY00003523 |
| 117. | CHANEY00003524 |
| 118. | CHANEY00003525 |
| 119. | CHANEY00003526 |
| 120. | CHANEY00003527 |
| 121. | CHANEY00003529 |
| 122. | CHANEY00003536 |
| 123. | CHANEY00003539 |
| 124. | CHANEY00003544 |
| 125. | CHANEY00003545 |
| 126. | CHANEY00003551 |
| 127. | CHANEY00003552 |

| 128. | CHANEY00003553 |
|------|----------------|
| 129. | CHANEY00003554 |
| 130. | CHANEY00003555 |
| 131. | CHANEY00003556 |
| 132. | CHANEY00003557 |
| 133. | CHANEY00003558 |
| 134. | CHANEY00003559 |
| 135. | CHANEY00003568 |
| 136. | CHANEY00003572 |
| 137. | CHANEY00003576 |
| 138. | CHANEY00003581 |
| 139. | CHANEY00003584 |
| 140. | CHANEY00003588 |
| 141. | CHANEY00003589 |
| 142. | CHANEY00003590 |
| 143. | CHANEY00003591 |
| 144. | CHANEY00003593 |
| 145. | CHANEY00003594 |
| 146. | CHANEY00003595 |
| 147. | CHANEY00003599 |
| 148. | CHANEY00003600 |
| 149. | CHANEY00003601 |
| 150. | CHANEY00003606 |
| 151. | CHANEY00003607 |
| 152. | CHANEY00003608 |
| 153. | CHANEY00003609 |
| 154. | CHANEY00003613 |
| 155. | CHANEY00003614 |
| 156. | CHANEY00003619 |
| 157. | CHANEY00003620 |
| 158. | CHANEY00003627 |
| 159. | CHANEY00003628 |
| 160. | CHANEY00003630 |
| 161. | CHANEY00003638 |
| 162. | CHANEY00003639 |
| 163. | CHANEY00003641 |
| 164. | CHANEY00003657 |
| 165. | CHANEY00003672 |
| 166. | CHANEY00003686 |
| 167. | CHANEY00003696 |
| 168. | CHANEY00003705 |
| 169. | CHANEY00003712 |
| 170. | CHANEY00003726 |
| 171. | CHANEY00003728 |
| 172. | CHANEY00003744 |
| 173. | CHANEY00003754 |

| 174. | CHANEY00003768 |
|---|---|
| 175. | CHANEY00003783 |
| 176. | CHANEY00003784 |
| 177. | CHANEY00003786 |
| 178. | CHANEY00003792 |
| 179. | CHANEY00003798 |
| 180. | CHANEY00003804 |
| 181. | CHANEY00003805 |
| 182. | CHANEY00003808 |
| 183. | CHANEY00003809 |
| 184. | CHANEY00003810 |
| 185. | CHANEY00003811 |
| 186. | CHANEY00003812 |
| 187. | CHANEY00003813 |
| 188. | CHANEY00003820 |
| 189. | CHANEY00003821 |
| 190. | CHANEY00003824 |
| 191. | CHANEY00003827 |
| 192. | CHANEY00003828 |
| 193. | CHANEY00003829 |
| 194. | CHANEY00003830 |
| 195. | CHANEY00003831 |
| 196. | CHANEY00003832 |
| 197. | CHANEY00003833 |
| 198. | CHANEY00003834 |
| 199. | CHANEY00003835 |
| 200. | CHANEY00003836 |
| 201. | CHANEY00003837 |
| 202. | CHANEY00003838 |
| 203. | CHANEY00003839 |
| 204. | CHANEY00003840 |
| 205. | CHANEY00003841 |
| 206. | CHANEY00003844 |
| 207. | CHANEY00003845 |
| 208. | CHANEY00003846 |
| 209. | CHANEY00003847 |
| 210. | CHANEY00003848 |
| 211. | CHANEY00003849 |
| 212. | CHANEY00003850 |
| 213. | CHANEY00003851 |
| 214. | CHANEY00003852 |
| 215. | CHANEY00003854 |
| 216. | CHANEY00003855 |
| 217. | CHANEY00003856 |
| 218. | CHANEY00003857 |
| 219. | CHANEY00003858 |

| | |
|---|---|
| 220. | CHANEY00003859 |
| 221. | CHANEY00003860 |
| 222. | CHANEY00003861 |
| 223. | CHANEY00003862 |
| 224. | CHANEY00003865 |
| 225. | CHANEY00003875 |
| 226. | CHANEY00003876 |
| 227. | CHANEY00003877 |
| 228. | CHANEY00003883 |
| 229. | CHANEY00003891 |
| 230. | CHANEY00003895 |
| 231. | CHANEY00003896 |
| 232. | CHANEY00003897 |
| 233. | CHANEY00003905 |
| 234. | CHANEY00003906 |
| 235. | CHANEY00003907 |
| 236. | CHANEY00003908 |
| 237. | CHANEY00003910 |
| 238. | CHANEY00003911 |
| 239. | CHANEY00003912 |
| 240. | CHANEY00003913 |
| 241. | CHANEY00003922 |
| 242. | CHANEY00003923 |
| 243. | CHANEY00003930 |
| 244. | CHANEY00003931 |
| 245. | CHANEY00003932 |
| 246. | CHANEY00003954 |
| 247. | CHANEY00003987 |
| 248. | CHANEY00004110 |
| 249. | CHANEY00004129 |
| 250. | CHANEY00004130 |
| 251. | CHANEY00004166 |
| 252. | CHANEY00004179 |
| 253. | CHANEY00004199 |
| 254. | CHANEY00004526 |
| 255. | CHANEY00004581 |
| 256. | CHANEY00004588 |
| 257. | CHANEY00004699 |
| 258. | CHANEY00004719 |
| 259. | CHANEY00004752 |
| 260. | CHANEY00004764 |
| 261. | CHANEY00004801 |
| 262. | CHANEY00004802 |
| 263. | CHANEY00004803 |
| 264. | CHANEY00004808 |

**Brian Beckerman** | Partner
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131
t +1.212.858.1228
brian.beckerman@pillsburylaw.com | website bio

**From:** Patton, Laurie <LPatton@spencerfane.com>
**Sent:** Tuesday, June 30, 2026 1:51 PM
**To:** Sam Lieberman <slieberman@sadis.com>; Beckerman, Brian L. <brian.beckerman@pillsburylaw.com>; Jennifer Rossan <jrossan@sadis.com>; Cameron Posillico <cposillico@sadis.com>; Scott Ferrier <sferrier@sadis.com>; Conway, Elizabeth <econway@spencerfane.com>; Shah, Kunal <kshah@spencerfane.com>; Stephanie Osteen <stephanie.osteen@fghwlaw.com>; Caylin Craig <caylin.craig@fghwlaw.com>; Wilson E. Wray Jr. <wwray@atwoodmccall.com>; Austin Pennington <apennington@atwoodmccall.com>
**Cc:** Ruhland, Amy L. <amy.ruhland@pillsburylaw.com>; Griffith, Abby <abby.griffith@pillsburylaw.com>; Coughlan, Stephanie M. <stephanie.coughlan@pillsburylaw.com>; Blackford, Elizabeth <elizabeth.blackford@pillsburylaw.com>; Nicole Gueron <ngueron@cgr-law.com>; Elizabeth Baggott <ebaggott@cgr-law.com>; Erin Woodruff <ewoodruff@cgr-law.com>; David Kimball-Stanley <dkimballstanley@cgr-law.com>
**Subject:** RE: Apex Group Capital Advisors LLC, v Related Fund Management, LLC, Case No. 25-cv-08892 - Ryan Hope Response to June 17, 2026 email

Brian,

This email is on behalf of Mr. Chaney in response to your inquiry regarding certain documents identified as being produced for the first time in the lawsuit. The production of documents in addition to what was initially identified through a diligent search is a natural and anticipated result of the parties complying with the negotiated ESI protocol, which was not previously in place, and does not indicate any non-compliance with the Texas order.

As to CHANEY 00003882, this document was produced as part of Mr. Chaney's July 2025 TRO production at CHANEY 00002032. CHANEY 00002975 was identified in connection with the application of search terms and promptly produced. Additionally, this document appears to belong to Related, or its clients, not Apex. Similarly, CHANEY 0003840 was identified in connection with the application of search terms and promptly produced, and likewise appears to be Related's data, rather than an Apex document.

If you have additional questions, please let me know.

**Laurie Patton** | Partner
Spencer Fane LLP

5700 Granite Parkway, Suite 650 | Plano, TX 75024
**O** 972.324.0342   **C** 940.453.6547
lpatton@spencerfane.com | spencerfane.com

**From:** Sam Lieberman <slieberman@sadis.com>
**Sent:** Friday, June 26, 2026 7:27 PM
**To:** 'Beckerman, Brian L.' <brian.beckerman@pillsburylaw.com>; Jennifer Rossan <jrossan@sadis.com>; Cameron Posillico <cposillico@sadis.com>; Scott Ferrier <sferrier@sadis.com>; Conway, Elizabeth <econway@spencerfane.com>; Patton, Laurie <LPatton@spencerfane.com>; Shah, Kunal <kshah@spencerfane.com>; Stephanie Osteen <stephanie.osteen@fghwlaw.com>; Caylin Craig <caylin.craig@fghwlaw.com>; Wilson E. Wray Jr. <wwray@atwoodmccall.com>; Austin Pennington <apennington@atwoodmccall.com>

9

**Cc:** Ruhland, Amy L. <amy.ruhland@pillsburylaw.com>; Griffith, Abby <abby.griffith@pillsburylaw.com>; Coughlan, Stephanie M. <stephanie.coughlan@pillsburylaw.com>; Blackford, Elizabeth <elizabeth.blackford@pillsburylaw.com>; Nicole Gueron <ngueron@cgr-law.com>; Elizabeth Baggott <ebaggott@cgr-law.com>; Erin Woodruff <ewoodruff@cgr-law.com>; David Kimball-Stanley <dkimballstanley@cgr-law.com>
**Subject:** [EXTERNAL] RE: Apex Group Capital Advisors LLC, v Related Fund Management, LLC, Case No. 25-cv-08892 - Ryan Hope Response to June 17, 2026 email

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Brian:

We write on behalf of defendant Ryan Hope in response to documents identified in your email below.   *First*, with respect to the documents produced by Hope, HOPE004390 was previously produced by Hope in his July 2025 production  in response to the TRO (HOPE-00012).   *Second*, HOPE007587 and HOPE008802 are entirely Related documents – they are Related's underwriting models generated by Related for its deals, which is confirmed by the metadata, which shows they are "Last Modified" by Related's "Ned Tanner" and "Mitchell Gormely."  In contrast, the Temporary Restraining Order called for the production of *Apex's* confidential and trade secret information.   Mr. Hope produced these documents in this litigation in response to the document requests, which have a broader scope, and to err on the side of inclusion for purposes of discovery.


Very truly yours,

Sam Lieberman

Sam Lieberman, Partner | Bio

Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176

slieberman@sadis.com
Phone: 212.573.8164
Cell:  917.439.2139
sadis.com

 SADIS

This e-mail communication is confidential and is intended only for the individuals or entities named above and others who have been specifically authorized to receive it. If you are not an intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by replying to the e-mail or by telephoning 212.947.3793. Please then delete the e-mail and any copies of it. Thank you. Nothing contained in this disclaimer shall be construed in any way to grant permission to transmit confidential information via this firm's e-mail system.

**From:** Beckerman, Brian L. <brian.beckerman@pillsburylaw.com>
**Sent:** Wednesday, June 17, 2026 9:03 AM
**To:** Sam Lieberman <slieberman@sadis.com>; Jennifer Rossan <jrossan@sadis.com>; Cameron Posillico <cposillico@sadis.com>; Scott Ferrier <sferrier@sadis.com>; Conway, Elizabeth <econway@spencerfane.com>; Laurie Patton <lpatton@spencerfane.com>; 'Kunal Shah' <kshah@spencerfane.com>; Stephanie Osteen <stephanie.osteen@fghwlaw.com>; Caylin Craig <caylin.craig@fghwlaw.com>; Wilson E. Wray Jr. <wwray@atwoodmccall.com>; Austin Pennington <apennington@atwoodmccall.com>
**Cc:** Ruhland, Amy L. <amy.ruhland@pillsburylaw.com>; Griffith, Abby <abby.griffith@pillsburylaw.com>; Coughlan, Stephanie M. <stephanie.coughlan@pillsburylaw.com>; Blackford, Elizabeth <elizabeth.blackford@pillsburylaw.com>; Nicole Gueron <ngueron@cgr-law.com>; Elizabeth Baggott <ebaggott@cgr-law.com>; Erin Woodruff <ewoodruff@cgr-

law.com>; David Kimball-Stanley <dkimballstanley@cgr-law.com>
**Subject:** Apex Group Capital Advisors LLC, v Related Fund Management, LLC, Case No. 25-cv-08892

Counsel—

As you know, on July 7 and August 4, 2025, the Employee Defendants were ordered to return all "Apex[] confidential and trade secret information in their custody . . . and refrain from using or disseminating it further." Dkts. 16, 43.

On July 14,16 and 17, 2025, the Employee Defendants produced 364 Apex documents and then represented to the Court, as recently as May 12, 2026, that such 364 documents were the only Apex documents that the Employee Defendants had in their possession. *See* Dkt. 144-1 at 10:9-18 ("MR. FERRIER: So we produced 364 documents already. So those are the documents from their system that we have in our possession; right? Those are the ones -- THE COURT: And you are saying there are no others? MR. FERRIER: Yes, correct. THE COURT: Mr. Beckerman, if that's it, I'm not sure where you are going with this. If they represented and they are saying under oath that the 364 documents are the only documents they removed from Apex, where does that leave you with your 40,000 documents?").

However, the Employee Defendants have recently produced at least 50 *additional* Apex documents containing confidential information and trade secret information. *See, e.g.,* CHANEY00002975; CHANEY00003840; CHANEY00003882; HOPE004390; HOPE007587; HOPE008802.

Please explain why these additional 50+ documents were not produced in July/August 2025 pursuant to the Court's July 7 and August 4, 2025 Orders.

Regards,

Brian

**Brian Beckerman** | Partner
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131
t +1.212.858.1228
brian.beckerman@pillsburylaw.com | website bio
AUSTIN   BEIJING   BOSTON   DOHA   HONG KONG   HOUSTON   LONDON

LOS ANGELES   MIAMI   NASHVILLE   NEW YORK   NORTHERN VIRGINIA
PALM BEACH   RIYADH   SACRAMENTO   SAN DIEGO   SAN FRANCISCO
SHANGHAI   SILICON VALLEY   TAIPEI   TOKYO   WASHINGTON, DC



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.