**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

APEX GROUP CAPITAL ADVISORS
LLC,

                         Plaintiff,                              **25 Civ. No. 8892 (VEC) (GS)**

            -against-                                           **VIDEO DISCOVERY**
                                                                **CONFERENCE ORDER**
RELATED FUND MANAGEMENT
LLC, *et al.,*

                         Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Video Discovery Conference on **Tuesday, August 18,**

**2026 at 10:00 a.m.**  Counsel for the parties are directed to join the conference via Microsoft

Teams at the scheduled time using the following link: Click here to join the meeting.  **Meeting**

**ID: [273 506 554 805 918]  Passcode: [LX6Cv9NQ]**

        **SO ORDERED.**

DATED:      New York, New York
            July 27, 2026

                                            _____
                                            The Honorable Gary Stein
                                            United States Magistrate Judge