**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:25-cv-08892 |
| RELATED FUND MANAGEMENT, LLC; JAMES KRAUS; LUCAS BELINKIE; PRESTON CALLEN; WILLIAM C. CHANEY; and RYAN HOPE, | § § § § § § | |
| Defendants. | § § § | |

**NOTICE OF MOTION TO AMEND**
**FIRST AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that, pursuant to Rules 15(a)(2) and 21 of the Federal Rules of Civil Procedure, Local Civil Rule 15.1 of the United States District Court for the Southern District of New York, the Individual Rules of the Honorable Valerie E. Caproni, and upon the Memorandum of Law in Support of Plaintiff's Motion to Amend the First Amended Complaint, the Declaration of Brian L. Beckerman, dated July 27, 2026, together with the exhibits annexed thereto, the proposed Second Amended Complaint, and the redline comparison of the proposed Second Amended Complaint against the First Amended Complaint, Plaintiff Apex Group Capital Advisors LLC f/k/a SandsPoint Capital Advisors LLC ("Apex Capital") will move this Court, before the Honorable Valerie E. Caproni, United States District Judge, located at 500 Pearl Street, New York, NY 10007, on a date and at a time to be determined by the Court, for an Order granting Apex Capital's Motion to Amend its First Amended Complaint and for any such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: July 27, 2026

PILLSBURY WINTHROP SHAW
PITTMAN LLP

*/s/ Brian L. Beckerman*
Brian L. Beckerman
Stephanie M. Coughlan
31 West 52nd Street
New York, NY 10019-6131
Tel: 212.858.1000
Fax: 212.858.1500
brian.beckerman@pillsburylaw.com
stephanie.coughlan@pillsburylaw.com

Amy L. Ruhland (admitted *pro hac vice*)
Abigail L. Griffith (admitted *pro hac vice*)
401 W 4th Street, Suite 3200
Austin, TX 78701
(512) 580-9600
amy.ruhland@pillsburylaw.com
abby.griffith@pillsburylaw.com

*Attorneys for Apex Group Capital Advisors
LLC*

2