**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:25-cv-08892 |
| RELATED FUND MANAGEMENT, LLC; JAMES KRAUS; LUCAS BELINKIE; PRESTON CALLEN; WILLIAM C. CHANEY; and RYAN HOPE, | § § § § § § | **DECLARATION OF BRIAN L. BECKERMAN IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND FIRST AMENDED COMPLAINT** |
| Defendants. | § § § | |

I, Brian L. Beckerman, declare as follows:

1.      I am a partner at the law firm Pillsbury Winthrop Shaw Pittman LLP, attorneys for Plaintiff Apex Group Capital Advisors LLC *f/k/a* SandsPoint Capital Advisors LLC ("Apex Capital") in the above-captioned matter. I am licensed in the State of New York and admitted to practice before this Court. I make this declaration based on my personal knowledge of the facts stated below and with the proceedings in this case.

2.      I submit this Declaration in Support of Apex Capital's motion to amend its First Amended Complaint.

3.      Attached as **Exhibit A** is a true and correct copy of Apex Capital's Proposed Second Amended Complaint.

4.      Attached as **Exhibit B** is a true and correct copy of a redline comparing Apex Capital's Proposed Second Amended Complaint against the First Amended Complaint.

5.        Attached as **Exhibit C** is what I understand to be a true and correct copy of a text message thread between Defendant Lucas Belinkie ("Belinkie"), Defendant William C. Chaney ("Chaney"), and Lauren Hart ("Hart"), dated July 10, 2024, Bates-stamped CHANEY00002761 – CHANEY00002769.

6.        Attached as **Exhibit D** is what I understand to be a true and correct copy of a text message thread between Belinkie, Chaney, and Hart, dated October 1, 2024, Bates-stamped CHANEY00002698 – CHANEY00002709.

7.        Attached as **Exhibit E** is what I understand to be a true and correct copy of a text message thread between Belinkie, Chaney, and Hart, dated August 9, 2024, Bates-stamped CHANEY00002743 – CHANEY00002753.

8.        Attached as **Exhibit F** is what I understand to be a true and correct copy of an email thread between Ben Jamron ("Jamron") of IQEQ US Management LLC ("IQEQ") and Defendant James Kraus ("Kraus") of Defendant Related Fund Management, LLC ("Related"), dated January 15, 2025, Bates-stamped RFM0000148 – RFM0000150.

9.        Attached as **Exhibit G** is what I understand to be a true and correct copy of an email thread between Jamron, Ralph Girardi of IQEQ, and Kraus, dated December 3, 2024, Bates-stamped RFM0011770 – RFM0011774.

10.        Attached as **Exhibit H** is what I understand to be a true and correct copy of an email thread between Jamron and Kraus, dated March 13, 2025, Bates-stamped RFM0011270 – RFM0011272.

11.        Attached as **Exhibit I** is what I understand to be a true and correct copy of an email thread between Jamron and Kraus, among others, dated September 18, 2024 – October 23, 2024, Bates-stamped RFM0005499 – RFM0005517.

2

12.     Attached as **Exhibit J** is what I understand to be a letter from Christopher Marsden at IQEQ to Georges Archibald at Apex Capital, dated February 17, 2025, Bates-stamped APEX00190251 – APEX00190253.

13.     Attached as **Exhibit K** is what I understand to be a true and correct copy of an email from Christopher Marsden at IQEQ to Georges Archibald at Apex Capital, dated March 27, 2025, Bates-stamped APEX00162442 – APEX00162443.

14.     Attached as **Exhibit L** is a true and correct copy of an email from Elizabeth Conway, Esq., counsel for Chaney, dated July 17, 2026.

15.     Attached as **Exhibit M** is what I understand to be a true and correct copy of an email thread between Jamron and Kraus, among others, dated November 15, 2024 – December 5, 2024, Bates-stamped RFM0011775 – RFM0011782.

16.     Attached as **Exhibit N** is what I understand to be a true and correct copy of an email thread between Jamron and Kraus, among others, dated January 17, 2025 – March 13, 2025, Bates-stamped RFM0000079 –RFM0000100.

17.     Attached as **Exhibit O** is what I understand to be a true and correct copy of a letter from Related to Apex Capital, dated April 1, 2025, Bates-stamped APEX00001059.

18.     This action remains in the discovery phase. No depositions have been taken, no party has moved for summary judgment, and the Court has not yet scheduled a trial. The first deposition in this case is scheduled to take place on August 12-13, 2026.

19.     IQEQ is already actively participating in this litigation as a non-party. On May 8, 2026, Apex Capital served IQEQ with a subpoena duces tecum for documents relevant to this litigation. On May 21, 2026, counsel for IQEQ, Sadis & Goldberg LLP—the same attorneys

representing Defendants Belinkie, Preston Callen and Ryan Hope—served IQEQ's responses and objections to Apex Capital's subpoena for documents.

20. On May 28, 2026, Apex served IQEQ with a subpoena for Rule 30(b)(6) deposition testimony and a subpoena for deposition testimony from Jamron. On June 23, 2026, counsel for IQEQ, Sadis & Goldberg LLP, served IQEQ's responses and objections to Apex's subpoena for Rule 30(b)(6) deposition testimony.

21. Jamron's deposition is currently scheduled for September 29, 2026 and IQEQ's Rule 30(b)(6) deposition is currently scheduled for October 1, 2026.

22. Since May 21, 2026, we have engaged in numerous meet-and-confer discussions with counsel for IQEQ, Sadis & Goldberg LLP, regarding IQEQ's responses and objections to Apex Capital's document and deposition subpoenas. The parties have also negotiated the search terms governing IQEQ's document collection and production, as well as the scope and topics for IQEQ's Rule 30(b)(6) deposition. These extensive negotiations further demonstrate that IQEQ has been actively participating in discovery and has long been aware of the claims and factual issues at the center of this litigation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 27, 2026                                  */s/ Brian L. Beckerman*
                                                      Brian L. Beckerman