# Exhibit C

**Platform:** iMessage      **Name:** d7b054ddd4de741d8a596daa029e9426      **Timezone:** UTC-0500



Lauren Hart - Sandspoint (+12145322075)

Lucas Belinke (Sandspoint) (+12146791474)

Clark Chaney (+12149245682)

---

2024/07/10

Lucas Belinke (Sandspoint) (+12146791474)

> Jim just sent an email stating staffing is not sufficient and it's impacting quality and he wants a meeting with apex execs to understand the resistance to staffing appropriately
> 09:08:55 am

Lauren Hart - Sandspoint (+12145322075)

> YIKES
> 09:09:19 am

Lucas Belinke (Sandspoint) (+12146791474)

> We have been asking to hire for months and cannot get India approved and I don't even want India
> 09:09:22 am

> So I added in my message to Georges, Elaine, Sanjay and Sean that not only can I not get approval for hires despite requesting it for months, we have no recovered from delayering and the key team memebers are getting retention and integration next month which might result in attrition and I am sure IQEQ would love to steal this business
> 09:10:42 am

> Can't wait for the meeting
> 09:10:53 am

**CONFIDENTIAL**

Lauren Hart - Sandspoint (+12145322075)

Have they responded yet? So embarrassing but I can't wait to see if this results in any change.. doubtful!

09:15:49 am

Clark Chaney (+12149245682)

I'm really glad you added that last part about IQEQ!

09:17:31 am

Lucas Belinke (Sandspoint) (+12146791474)

Yes we are meeting tomorrow

09:35:16 am

I was also asked if tempo is being used because the live chat will help

09:35:28 am

Lauren Hart - Sandspoint (+12145322075)

Omg who said that!!!!!!!!

09:35:46 am

Unreal

09:35:52 am

Lucas Belinke (Sandspoint) (+12146791474)

Sent an attachment

09:35:59 am

Lauren Hart - Sandspoint (+12145322075)

Live chat with who??!!!

09:36:12 am

CONFIDENTIAL

CHANEY00002762

Clark Chaney (+12149245682)

Georges?
09:36:59 am

Lucas Belinke (Sandspoint) (+12146791474)

Peter haha
09:37:10 am

Lauren Hart - Sandspoint (+12145322075)

Sent an attachment
09:37:55 am

Clark Chaney (+12149245682)

The first ever online chat feature in a work environment is pretty ground breaking.
09:40:10 am

Remember when Jeff Bailey was uncomfortable with it at first on Skype since he thought it would hurt productivity?
09:40:41 am

Lauren Hart - Sandspoint (+12145322075)

I'll never forget we were all using Skype on the down low and one day Meagan saw it on one of our computers and we thought we were in big trouble!!
09:43:34 am

Clark Chaney (+12149245682)

Laughed at "I'll never forget we were all using Skype on the d…"
09:43:54 am

Lucas Belinke (Sandspoint) (+12146791474)

Those two were such a waste
09:46:30 am

**CONFIDENTIAL**                                                                                          **CHANEY00002763**

Clark Chaney (+12149245682)

Did Jim independently send you that email this morning?
04:25:19 pm

Lucas Belinke (Sandspoint) (+12146791474)

He did! I didn't prompt at all
04:27:56 pm

However it was worded in such a way that he knew it would lead me to call the meeting because when Breanna called me last week about this I told her I cannot get any hired approved and it was time to pull on Jim
04:28:38 pm

For the call tomorrow should I demo the live chat feature?
04:28:57 pm

Clark Chaney (+12149245682)

Laughed at "For the call tomorrow should I demo the live chat …"
04:31:10 pm

Lauren Hart - Sandspoint (+12145322075)

Please do 🤣
04:32:19 pm

Is there a particular fund or area Breanna is upset about?
04:32:50 pm

Lucas Belinke (Sandspoint) (+12146791474)

I think energy fund they messed up a dist notice
04:33:09 pm

Jim said there are more errors being found in fee calcs
04:33:27 pm

CONFIDENTIAL

CHANEY00002764

And Breanna told me they don't want to lose anyone on the team but they can tell they're stretched too thin

04:33:52 pm

Can you blame them??

04:37:30 pm

They could hand another admin a list of our names and say hire these people and you can have all the business and that's the end

04:38:02 pm

They're being really stupid not to hire

04:38:09 pm

Lauren Hart - Sandspoint (+12145322075)

Nope, it is all a big mess!! It's ridiculous that Jim had to email in order for them to listen

04:39:59 pm

Lucas Belinke (Sandspoint) (+12146791474)

Emphasized "Nope, it is all a big mess!! It's ridiculous that …"

04:40:32 pm

And they didn't really listen. Approving 4 people doesn't mean anything. What will start date be? How long will it take to find them?

04:40:57 pm

It's beyond stupid

04:41:04 pm

Lauren Hart - Sandspoint (+12145322075)

Hopefully Jim tells them more people in India is not the solution

04:44:44 pm

**CONFIDENTIAL**

**CHANEY00002765**

Lucas Belinke (Sandspoint) (+12146791474)

I wonder what he'll say

04:45:38 pm

Lauren Hart - Sandspoint (+12145322075)

I can't wait!

04:46:01 pm

What time is the call?

04:46:08 pm

Lucas Belinke (Sandspoint) (+12146791474)

3:30

04:46:37 pm

**CONFIDENTIAL**                                                                                    **CHANEY00002766**

# DOCUMENT PLACEHOLDER

# THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL                                                                CHANEY00002767

# DOCUMENT PLACEHOLDER

# THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL

CHANEY00002768

# DOCUMENT PLACEHOLDER

# THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL

CHANEY00002769