# Exhibit D

**Platform:** iMessage     **Name:** d7b054ddd4de741d8a596daa029e9426     **Timezone:** UTC-0500



Lauren Hart - Sandspoint (+12145322075)

Lucas Belinke (Sandspoint) (+12146791474)

Clark Chaney (+12149245682)

---

2024/10/01

Lucas Belinke (Sandspoint) (+12146791474)

I like how they ask if it's all right to cancel meeting and then cancel it
09:26:23 am

Like they were not interested if we had said we wanted to meet
09:26:34 am

Lauren Hart - Sandspoint (+12145322075)

After last week they said hmmm nope don't feel like facing that again
09:27:10 am

Clark Chaney (+12149245682)

Perhaps 5-10 seconds was too slow of a response to his question.
09:27:42 am

Lucas Belinke (Sandspoint) (+12146791474)

Laughed at "Perhaps 5-10 seconds was too slow of a response to…"
09:28:01 am

How strange - thirive is still not functioning but it's a new month
11:10:39 am

**CONFIDENTIAL**

**CHANEY00002698**

Clark Chaney (+12149245682)

(Edited) Lucas - meant to mention to you that Kelly from SNI called and filled me in on things. She settled but had to pay $10K-12K in legal costs out of pocket.

(Edit text unknown)

Lucas - meant to mention to you that Kelly from SNI called and filled me in on things. She settled but had to pay $10K-12K in legal costs out of pocket. (2024/10/01 at 11:12:05 am)

Lucas - meant to mention to you that Kelly from SNI called and filled me in on things. She settled on 20% recruiter fee but had to pay $10K-12K in legal costs out of pocket. (2024/10/01 at 11:12:23 am)

11:12:05 am

(Edited) Lucas - meant to mention to you that Kelly from SNI called and filled me in on things. She settled on 20% recruiter fee but had to pay $10K-12K in legal costs out of pocket.

(Edit text unknown)

Lucas - meant to mention to you that Kelly from SNI called and filled me in on things. She settled but had to pay $10K-12K in legal costs out of pocket. (2024/10/01 at 11:12:05 am)

Lucas - meant to mention to you that Kelly from SNI called and filled me in on things. She settled on 20% recruiter fee but had to pay $10K-12K in legal costs out of pocket. (2024/10/01 at 11:12:23 am)

11:12:05 am

Lucas Belinke (Sandspoint) (+12146791474)

I know
11:12:25 am

Horrible
11:12:28 am

Clark Chaney (+12149245682)

Crazy, but not surprising in the least
11:12:45 am

Lucas Belinke (Sandspoint) (+12146791474)

I had to sign the settlement
11:12:46 am

**CONFIDENTIAL**                                                                    **CHANEY00002699**



It somehow does not feel we are at the apex of anything at the moment

11:13:47 am

Clark Chaney (+12149245682)

Laughed at "It somehow does not feel we are at the apex of any..."

11:14:02 am

Lauren Hart - Sandspoint (+12145322075)

The apex of a big pile of garbage lol

11:14:56 am

Lucas Belinke (Sandspoint) (+12146791474)

Laughed at "The apex of a big pile of garbage lol "

11:15:02 am

It's pitiful

11:15:11 am

Candace is going to IQEQ - that's relateds other admin!

11:37:35 am

Clark Chaney (+12149245682)

IQ EQ reached out to me too, but I haven't responded. They must be hitting everyone up here.

11:41:44 am

Lucas Belinke (Sandspoint) (+12146791474)

You should respond and find out what they're up to! Good intel

11:50:34 am

CONFIDENTIAL

CHANEY00002700

Lauren Hart - Sandspoint (+12145322075)

It doesn't hurt to hear people out.. I've responded to all the LinkedIn messages lately. Good to know what's going on out there! That's how I found out about the limited remote work options out there now talking with random recruiters.

11:50:51 am

Lucas Belinke (Sandspoint) (+12146791474)

Sean Murray is gone

11:54:40 am

Lauren Hart - Sandspoint (+12145322075)



11:54:55 am

What was he the head of…

11:55:05 am

Lucas Belinke (Sandspoint) (+12146791474)

Operations

11:55:10 am

Clark Chaney (+12149245682)

Eric Waloski called a few days ago saying Ben Jamron (co-founder of JGM) asked Eric to connect him to me about building out their Portfolio Management Platform at IQEQ. Wonder if he's targeting competitors or if Jim tipped him off on something in the works. Told him I'm happy to connect.

12:00:01 pm

Lucas Belinke (Sandspoint) (+12146791474)

Eric Waloski???

12:02:47 pm

Clark Chaney (+12149245682)

Liked "Eric Waloski???"

12:02:52 pm

**CONFIDENTIAL**

**CHANEY00002701**

Lucas Belinke (Sandspoint) (+12146791474)

Wow that's a blast from the past
12:02:53 pm

Clark Chaney (+12149245682)

Would a lift and shift to IQEQ be something to consider here?
12:03:02 pm

Lucas Belinke (Sandspoint) (+12146791474)

We can't lift and shift anything we don't own anything
12:03:18 pm

We can work for whoever we want but that's the extent of our decision making
12:03:46 pm

Clark Chaney (+12149245682)

(Edited) It would be more of they hire everyone away at once and the related moves the business over

(Edit text unknown)

It would be more of they hire everyone away at once and the related moves the business over
(2024/10/01 at 12:03:48 pm)

It would be more of they hire everyone away at once and then related moves the business over
(2024/10/01 at 12:04:05 pm)

12:03:48 pm

(Edited) It would be more of they hire everyone away at once and then related moves the business over

(Edit text unknown)

It would be more of they hire everyone away at once and the related moves the business over
(2024/10/01 at 12:03:48 pm)

It would be more of they hire everyone away at once and then related moves the business over
(2024/10/01 at 12:04:05 pm)

12:03:48 pm

**CONFIDENTIAL**

Lucas Belinke (Sandspoint) (+12146791474)

Oh that's definitely something that can happen. Apex has used that tactic a lot

12:04:12 pm

Clark Chaney (+12149245682)

Really? Apex has?

12:05:06 pm

Lucas Belinke (Sandspoint) (+12146791474)

Yes they have talked about it

12:08:46 pm

Whatever they have been successful at it I don't know

12:08:54 pm

But definitely come up as a strategy when they were hiring people

12:09:07 pm

Clark Chaney (+12149245682)

Fair game then

12:09:23 pm

Lucas Belinke (Sandspoint) (+12146791474)

Any company is free to recruit anyone

12:09:34 pm

Btw please don't repeat Sean Murray leaving

01:51:10 pm

Apparently it's not public but obviously it is!

01:51:18 pm

CONFIDENTIAL

CHANEY00002703

Clark Chaney (+12149245682)

Anyone who takes these leadership roles are doomed for failure, since they have no real power to enact change within these impossible metrics to achieve and expense management parameters.

01:59:48 pm

Lucas Belinke (Sandspoint) (+12146791474)

I agree with you

02:00:06 pm

This is all stunning to watch

02:00:11 pm

Clark Chaney (+12149245682)

(Edited) Leadership at the very top just keeps hiring new people and blaming them. They need to understand the one size fits all model does not work and more people need to be empowered to grow their own segments with different strategies and metric requirements.

> (Edit text unknown)
>
> Leadership at the very top just keeps hiring new people and blaming them. They need to understand the one size fits all model does not work and more people need to be empowered to grow their own segments with different strategies and metric requirements. (2024/10/01 at 02:01:16 pm)
>
> Leadership at the very top just keeps hiring new people and blaming them for failures. They need to understand the one size fits all model does not work and more people need to be empowered to grow their own segments with different strategies and metric requirements. (2024/10/01 at 02:01:28 pm)

02:01:16 pm

**CONFIDENTIAL**                                                                        **CHANEY00002704**

(Edited) Leadership at the very top just keeps hiring new people and blaming them for failures. They need to understand the one size fits all model does not work and more people need to be empowered to grow their own segments with different strategies and metric requirements.

(Edit text unknown)

Leadership at the very top just keeps hiring new people and blaming them. They need to understand the one size fits all model does not work and more people need to be empowered to grow their own segments with different strategies and metric requirements. (2024/10/01 at 02:01:16 pm)

Leadership at the very top just keeps hiring new people and blaming them for failures. They need to understand the one size fits all model does not work and more people need to be empowered to grow their own segments with different strategies and metric requirements. (2024/10/01 at 02:01:28 pm)

02:01:16 pm

Lucas Belinke (Sandspoint) (+12146791474)

I think it's a lost cause
02:01:38 pm

# DOCUMENT PLACEHOLDER

# THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL

CHANEY00002706

# DOCUMENT PLACEHOLDER

# THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL                                                                                          CHANEY00002707

# DOCUMENT PLACEHOLDER

# THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL

CHANEY00002708

DOCUMENT PLACEHOLDER

THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL                                                                                                CHANEY00002709