# Exhibit E

**Platform:** iMessage     **Name:** d7b054ddd4de741d8a596daa029e9426     **Timezone:** UTC-0500

Lauren Hart - Sandspoint (+12145322075)

Lucas Belinke (Sandspoint) (+12146791474)

Clark Chaney (+12149245682)

2024/08/09

Lucas Belinke (Sandspoint) (+12146791474)

I know Jim won't find it acceptable
04:22:03 pm

Can you imagine sending that??
04:22:22 pm

Clark Chaney (+12149245682)

A death wish if they think that is the best path forward
04:22:50 pm

Lucas Belinke (Sandspoint) (+12146791474)

Emphasized "A death wish if they think that is the best path f…"
04:24:10 pm

Yup
04:24:13 pm

Lauren Hart - Sandspoint (+12145322075)

It's not like what we are asking is unreasonable!!!!
04:24:20 pm

**CONFIDENTIAL**                                                                                      **CHANEY00002743**

Lucas Belinke (Sandspoint) (+12146791474)

This place is so horrendous if I don't word things like that they will blame it on me when it blows up

04:24:57 pm

Lauren Hart - Sandspoint (+12145322075)

You couldn't have been any more clear in your emails to Sanjay about the risk.. yet they ignore! Has PH responded to any of this?

04:25:56 pm

Lucas Belinke (Sandspoint) (+12146791474)

No

04:31:19 pm

Not yet

04:31:25 pm

The other thing going on is George will approve stuff and then when the budget is blown he will blame operations

04:31:44 pm

The OCEO members hate each other

04:31:53 pm

Sent an attachment

05:16:46 pm

Sent an attachment

05:17:06 pm

Sent an attachment
05:17:19 pm

Sent an attachment
05:17:34 pm

Sent an attachment
05:17:45 pm

I am not meeting with him Sunday. I talked to Sanjay and I proposed some times on Monday. This place is a lost cause
05:18:22 pm

Lauren Hart - Sandspoint (+12145322075)

It's the end. We are here. It was good while it lasted! "A few intelligent people"
05:26:52 pm

Wow.
05:26:55 pm

On that note, I'm having a margarita!
05:27:13 pm

Clark Chaney (+12149245682)

Loved "On that note, I'm having a margarita!"
05:27:27 pm

Lucas Belinke (Sandspoint) (+12146791474)

It is 100% the end of the road
05:27:49 pm

**CONFIDENTIAL**

**CHANEY00002745**

And it was a good run!
05:27:53 pm

Have a good weekend
05:27:56 pm

There is a bright future out there elsewhere
05:28:05 pm

Clark Chaney (+12149245682)

Lift and shift?
05:28:12 pm

Lucas Belinke (Sandspoint) (+12146791474)

I honestly have no idea!
05:29:35 pm

But this is not going to work
05:29:49 pm

I need to get my money next week
05:30:03 pm

And you need yours next week and end of month
05:30:14 pm

Clark Chaney (+12149245682)

I do have one other idea other than Jim orchestrating a lift and shift to another established admin. At the one year mark, Pam could start a company and hire us all and have certain people invest equity towards it.
05:36:36 pm

Lucas Belinke (Sandspoint) (+12146791474)

I don't think she's interested and I am not interested in working for her to be honest
05:37:09 pm

CONFIDENTIAL

CHANEY00002746

Clark Chaney (+12149245682)

I know you love Pam, but not sure if you'd be interested in partnering with her!
05:37:21 pm

Lucas Belinke (Sandspoint) (+12146791474)

Do you really want to work on related stuff for ever?
05:37:55 pm

I really do not know what's going to happen but I cannot fix apex! It cannot get out of its own way
05:38:41 pm

Clark Chaney (+12149245682)

I really like our team
05:41:15 pm

And I think we work great together and could grow a lot if we were empowered.
05:48:55 pm

Lucas Belinke (Sandspoint) (+12146791474)

I do too
05:52:35 pm

I just don't know we would unless Jim got some other company to hire us all and I don't know the other company would be better and that people would want to go
05:52:59 pm

Clark Chaney (+12149245682)

Any company would be better than Apex I think.
05:54:05 pm

Maybe not ideal, but even sandspoint wasn't in a lot of ways (no equity)
05:54:30 pm

**CONFIDENTIAL**                                                  **CHANEY00002747**

Lucas Belinke (Sandspoint) (+12146791474)

SandsPoint was not ideal but this is horrible

05:55:15 pm

I really don't have an answer right now I just know this won't last

05:55:28 pm

Clark Chaney (+12149245682)

Please let them know this is exactly why Pam left - the 80% model doesn't work for this complex work with demanding time zone coverage. Even with better big 4 or Fund Accounting in
hires there (which could help a bit). Related prefers us because we are not that like other firms.

05:59:46 pm

Sorry you're having to deal with this and thanks for shielding us from all these frustrating meetings!

06:00:57 pm

Lucas Belinke (Sandspoint) (+12146791474)

I will tell them  all that but the reality is they don't care because they are missing their revenue targets and need to control expenses

06:01:08 pm

We won't be getting hires - they just won't do it. Once I have my $ I can have a frank discussion with Jim

06:01:52 pm

If they don't control costs I am sure the board will bring in new management

06:02:15 pm

Honestly I do not care about apex I just want my money and want to move on

06:02:38 pm

**CONFIDENTIAL**

**CHANEY00002748**

# DOCUMENT PLACEHOLDER

# THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL
CHANEY00002749

# DOCUMENT PLACEHOLDER

# THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL

CHANEY00002750

# DOCUMENT PLACEHOLDER

# THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL                                                                  CHANEY00002751

# DOCUMENT PLACEHOLDER

# THIS PAGE INTENTIONALLY LEFT BLANK

CONFIDENTIAL                                                                CHANEY00002752

**DOCUMENT PLACEHOLDER**

**THIS PAGE INTENTIONALLY LEFT BLANK**

CONFIDENTIAL                                                                                              CHANEY00002753