# Exhibit F

Message

---

**From:**       Ben Jamron [Ben.Jamron@iqeq.com]
**Sent:**       1/15/2025 11:56:14 AM
**To:**         Jim Kraus [James.Kraus@related.com]
**Subject:**    Follow-Up / Suggestion
**Attachments:** image001.png; image002.jpg

Jim, sorry for the delay here – we debated extensively how to elegantly balance this and whether it would just make sense to alternatively go full-on "scorched Earth"…

What's difficult for me personally, is that I really want to get a pure lift out of the data base so that we can effectively run a standalone RFM platform and not move to a migration onto an "IQ-EQ" platform.

Please see below for our suggestion – I have left the others off this note intentionally, but please feel free to reach out to discuss at any time.

Thanks again…
Ben

Hi All,

I wanted to check back as we are now at the point of this being completely unacceptable.  I need immediate action – Apex is leaving me with substantial risk of business interruption, non-compliance with partnership agreement and SEC regulatory obligations, and damages/losses from reputational harm with my investors.

It has now been nearly 90 days since my initial request and I believe that Apex is not fulfilling its duties under the terms of our engagement letter.  I am therefore withholding further payment of invoices but I note that Apex's duties to provide information/data and cooperate with Related Fund Management apply irrespective of my delivering a termination notice.

I understand that the delivery team is stretched too thin having the burden of delivering year-end 2024 while also spending upwards of half their time interviewing candidates to replace the team members which have departed over the last 60 days and more.  To the extent that we have further departures on my delivery team, I believe there will be substantial risk of Apex failing and then by extension my failing.

We cannot afford losing further time without action – I would like an immediate meeting to discuss:

- Status update of my delivery team
- The fee discount for year-end 2024
- Transitionary fees related to my pending data request as per our engagement letter
- Timeline for my settlement of all pending fees

It is unfortunate that this matter has come to this, but I believe that Apex's inaction has left me with no choice.

Jim

# Ben Jamron
Head of Fund Administration, Americas

E ben.jamron@iqeq.com
T +1 516 941 1460

---

CONFIDENTIAL                                                                                    RFM0000148

250 West 57th Street, 10th Floor
New York, NY 10107
United States

www.iqeq.com [iqeq.com]



Know how  Know you



[iqeq.foleon.com]

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.

IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt. This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to

RFM0000149

another party, the sender is sending this email in its appointed capacity for that third party.

IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

CONFIDENTIAL

RFM0000150