# Exhibit I

Message
_____

**From:**        Ben Jamron [Ben.Jamron@iqeq.com]
**Sent:**        10/23/2024 10:21:39 AM
**To:**          Kraus, James [James.Kraus@related.com]
**CC:**          Ralph Girardi [Ralph.Girardi@iqeq.com]; David Giannone [David.Giannone@iqeq.com]
**Subject:**     RE: Status Update - New Engagements
**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png; image006.png; image007.png; image008.png; image001.png; image002.png; DX TM PSO Consent Form - RFM.docx

**Importance:**   High

Jim,

Further to the below, we would suggest that you deliver this attached authorization request to the primary day-to-day lead at Apex.

With this letter, RFM is requesting that Apex authorize FIS to copy the database in which your historical fund data is maintained; FIS will then remove any non-RFM related data and cooperate with RFM and its designated third-parties (identified within this letter as the "Lionpoint Group") to create a new database from which Investran can be run.

At this stage, we have engaged Lionpoint resource to act as "an intermediary" thereby leaving no real need to identify IQ-EQ but we have no reservations or concerns with your making reference to IQ-EQ. Lionpoint can also supplement any work which cannot be carried out by FIS directly, and, to the extent that we successfully get a copy of the database, they can then assist IQ-EQ with building any necessary reports, workpapers, etc.

The goal of this "lift and shift" would be to seamlessly create a new environment from which IQ-EQ can in effect service you "status quo". It substantially removes the migration/implementation risks, and also would enable us to carry out the work on the most cost-effective basis (that applies to Apex as well).

It would seem to me that this letter should be delivered as soon as practical – the reaction from Apex will help us gauge the path ahead, i.e., how practical our envisioned timelines are and more importantly, to what extent we will have to mobilize and prepare for a Plan B "traditional transition/implementation".

Ralph and I are available by phone if you would like to hop on a call to discuss.

Thanks very much,
Ben


# Ben Jamron
Head of Fund Administration, Americas

Ben.Jamron@iqeq.com
+1 516 941 1460

250 West 57th Street, 10th Floor
New York, NY 10107
United States

**www.iqeq.com [iqeq.com]**

Know how Know you

CONFIDENTIAL                                                                                    RFM0005499

[iqeq.com]

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.

IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

**From:** Ben Jamron <Ben.Jamron@iqeq.com>
**Sent:** Friday, October 18, 2024 6:17 AM
**To:** Kraus, James <James.Kraus@related.com>
**Cc:** Ralph Girardi <Ralph.Girardi@iqeq.com>; David Giannone <David.Giannone@iqeq.com>
**Subject:** Status Update - New Engagements

Jim, we are making progress with our implementation planning - we have engaged Lionpoint Group to help with advisory and third-party migration (to the extent that specific expertise is further needed or if supplemental resources are needed).

We have an active dialogue with FIS which is critical to our "Plan A" implementation approach. They too are ready to collaborate with Lionpoint which will be formally acting at your direction, but economically working at our cost.

We have begun to actively engage most of our recruits in the planning, etc.; they have all accepted new key positions on our team, and began tendering resignations (but we expect asked by their employers to keep that quiet for now). We are all collectively very excited to be working together, and we have expanded the recruiting effort to add the additional heads that you and I have discussed.

CONFIDENTIAL

As next steps:

- We are preparing a "Direction Letter" which will come from you, to be signed by your current vendor, and will in effect provide FIS with permission to copy an existing Investran database, to be sanitized of any non-RFM data, and then provided to you for use on a standalone Investran environment.  This is an alternative to the extensive response which would be required by Apex to the next point below.  We plan to run that database as currently structured from IQ-EQ, all on an outsourced basis, and in the first instance as a parallel run to 6/30/24, and then 9/30 before Christmas, etc.

- in parallel, we will also deliver an extensive data request, including uploading files, which would be part of what would appear to be a "Traditional Migration and Implementation".  While Apex will infer that clearly something is going on in conjunction with an inevitable termination, there is no need to assert that until they ask you directly.  Their current staff are not going to want to put at risk any distraction to the Q3 reporting process  so we expect them to request their superiors for permission to cooperate with the approach outlined in the first bullet above (which is also least costly to all parties involved).

- Lastly, and all we need from you at this stage is, can you please provide 2-3 sets of the quarterly work paper packages prepared by Apex - one from Fund IV, one from Fund II, and one from the Cactus SA.  We need these work papers to further our project planning, for the scenario where we are mobilizing an "army" of Investran Live resources to migrate data and setup a new Instance of Investran because we are unable to "lift and shift".

Many thanks - Ralph and I are free to catch up by phone if needed.

## Ben Jamron
Head of Fund Administration, Americas

Ben.Jamron@iqeq.com
+1 516 941 1460

250 West 57th Street, 10th Floor
New York, NY 10107
United States

**www.iqeq.com [iqeq.com]**

CONFIDENTIAL                                                                    RFM0005501




[iqeq.com]

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.

IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

**From:** Kraus, James <James.Kraus@related.com>
**Sent:** Monday, October 14, 2024 11:56:17 AM
**To:** Carl Seiler <Carl.Seiler@iqeq.com>; Schlosser, Jared <JSchlosser@levittboccio.com>
**Cc:** Ben Jamron <Ben.Jamron@iqeq.com>; Ralph Girardi <Ralph.Girardi@iqeq.com>
**Subject:** RE: Requested Materials

Please see countersigned agreement.

Thanks
Jim

**From:** Carl Seiler <Carl.Seiler@iqeq.com>
**Sent:** Friday, October 11, 2024 2:55 PM
**To:** Schlosser, Jared <JSchlosser@levittboccio.com>; Kraus, James <James.Kraus@related.com>
**Cc:** Ben Jamron <Ben.Jamron@iqeq.com>; Ralph Girardi <Ralph.Girardi@iqeq.com>
**Subject:** RE: Requested Materials

Hi all,

As discussed, attached please find the final term sheet signed by IQ-EQ. I have included a redline for convenience but please note the only changes are removal of indemnity clause and addition of date / signatory information.

If you have any questions, please let me know.  Otherwise please countersign and return a fully executed copy for your records.

Regards, Carl


# Carl Seiler
## Chief Legal Officer, Americas

carl.seiler@iqeq.com
+1 214 716 4363

2777 North Stemmons Freeway, Suite 1425
Dallas, TX 75207, United States

**www.iqeq.com [iqeq.com]**




[iqeq.com]

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.

IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

                                                RFM0005503

**From:** Schlosser, Jared <JSchlosser@levittboccio.com>
**Sent:** Friday, October 11, 2024 10:33 AM
**To:** Kraus, James <James.Kraus@related.com>; Ben Jamron <Ben.Jamron@iqeq.com>; Ralph Girardi <Ralph.Girardi@iqeq.com>; Carl Seiler <Carl.Seiler@iqeq.com>
**Subject:** RE: Requested Materials

2:30 ok?

**From:** Kraus, James <James.Kraus@related.com>
**Sent:** Friday, October 11, 2024 11:30 AM
**To:** Ben Jamron <Ben.Jamron@iqeq.com>; Ralph Girardi <Ralph.Girardi@iqeq.com>; Carl Seiler <Carl.Seiler@iqeq.com>
**Cc:** Schlosser, Jared <JSchlosser@levittboccio.com>
**Subject:** RE: Requested Materials

I am free in the 1-3 window if good for all?

**From:** Ben Jamron <Ben.Jamron@iqeq.com>
**Sent:** Friday, October 11, 2024 11:20 AM
**To:** Kraus, James <James.Kraus@related.com>; Ralph Girardi <Ralph.Girardi@iqeq.com>; Carl Seiler <Carl.Seiler@iqeq.com>
**Cc:** Schlosser, Jared <jschlosser@levittboccio.com>
**Subject:** RE: Requested Materials

Carl Seiler our GC will join too.

Thanks!


# Ben Jamron
Head of Fund Administration, Americas

Ben.Jamron@iqeq.com
+1 516 941 1460

250 West 57th Street, 10th Floor
New York, NY 10107
United States

**www.iqeq.com [iqeq.com]**




[iqeq.com]

CONFIDENTIAL

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.

IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

**From:** Ben Jamron
**Sent:** Friday, October 11, 2024 11:19 AM
**To:** 'Kraus, James' <James.Kraus@related.com>; Ralph Girardi <Ralph.Girardi@iqeq.com>
**Cc:** Schlosser, Jared <jschlosser@levittboccio.com>
**Subject:** RE: Requested Materials

Please let me know what time is best – thanks!

**From:** Kraus, James <James.Kraus@related.com>
**Sent:** Friday, October 11, 2024 11:18 AM
**To:** Ralph Girardi <Ralph.Girardi@iqeq.com>; Ben Jamron <Ben.Jamron@iqeq.com>
**Cc:** Schlosser, Jared <jschlosser@levittboccio.com>
**Subject:** RE: Requested Materials

Can we have a quick call with my counsel (Jared, who is very reasonable) to discuss.

**From:** Ralph Girardi <Ralph.Girardi@iqeq.com>
**Sent:** Wednesday, October 9, 2024 5:35 PM
**To:** Kraus, James <James.Kraus@related.com>; Ben Jamron <Ben.Jamron@iqeq.com>
**Subject:** RE: Requested Materials

Jim,

Our revisions attached (in both redline and clean). All of their requested changes were accepted with the exception of indemnity which was re-added but narrowed to exclusively apply to acts/omissions of client and further exclude third party claims which attributable to our own fraud, willful misconduct, or gross negligence.

Let us know if you would like to discuss.

Thank you.

CONFIDENTIAL

RFM0005505

# Ralph Girardi
Head of Real Assets Fund Administration, Americas

E Ralph.Girardi@iqeq.com
T +1 516 941 1455

100 Wood Avenue South, Suite 205
Iselin, NJ 08830
United States

**www.iqeq.com [iqeq.com]**



 [iqeq.com]

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.

IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

**From:** Kraus, James <James.Kraus@related.com>
**Sent:** Wednesday, October 9, 2024 11:27 AM
**To:** Ben Jamron <Ben.Jamron@iqeq.com>
**Cc:** Ralph Girardi <Ralph.Girardi@iqeq.com>
**Subject:** RE: Requested Materials

For our discussion, I have attached some comments my legal team asked to have incorporated.

**From:** Kraus, James
**Sent:** Wednesday, October 9, 2024 9:36 AM
**To:** Ben Jamron <Ben.Jamron@iqeq.com>
**Cc:** Ralph Girardi <Ralph.Girardi@iqeq.com>
**Subject:** RE: Requested Materials

Hi Ben,
I am free from 3:00 on to catch up.  Let me know when is good for you.

**From:** Ben Jamron <Ben.Jamron@iqeq.com>
**Sent:** Wednesday, October 9, 2024 9:17 AM
**To:** Kraus, James <James.Kraus@related.com>
**Cc:** Ralph Girardi <Ralph.Girardi@iqeq.com>
**Subject:** RE: Requested Materials

Jim, I hope all is well – I wanted to follow-up here to see if we can set some time for today to chat about any of the open items here.

As you will imminently hear, we have made a tremendous amount of progress on the recruiting side – we are incredibly excited about some of the new team members we are bringing on board, and we believe you will be excited to hear our update.

Once we wrap up this "agreement to agree in the future", we will take the next steps in our investment here beyond recruiting, and pull together our Steering and Operating Committees, mobilize the Project Management and Onboarding Teams, and get this transition moving immediately.

Many thanks – looking forward to catching up!
Ben

# Ben Jamron
Head of Fund Administration, Americas

Ben.Jamron@iqeq.com
+1 516 941 1460

250 West 57th Street, 10th Floor
New York, NY 10107
United States

**www.iqeq.com [iqeq.com]**



[iqeq.com]

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the

RFM0005507

entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.

IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

---

**From:** Ben Jamron
**Sent:** Thursday, October 3, 2024 7:59 PM
**To:** Kraus, James <James.Kraus@related.com>
**Cc:** Ralph Girardi <Ralph.Girardi@iqeq.com>; Ben Jamron <Ben.Jamron@iqeq.com>
**Subject:** RE: Requested Materials

Hi Jim – this was really helpful – much appreciated.

See attached and a few notes:

- Implementation Fee – generally, if we get the "Modified Lift-and-Shift" (or a Co-Sourcing), these costs should really cover third-party costs and I added a footnote to explain some of those examples.  Importantly, its really only in a "traditional" migration that we would have an army of internal people working to "take" data through file uploads, etc., where we would be looking to recover that substantial time.  We should also try to bake any implementation fees, including our disbursements to FIS (as an example), into the on-going fees so that there are no "lump sum", upfront payments.

- Notice of Termination – I changed this to simply read that you will notice IQ-EQ when you notify them.

- Sequencing – as discussed in your office, I think we should simply sign the SOT and then amend and restate the whole agreement with IQ-EQ – something we would leave with Ralph and the new Co-Head to take care of.  I have therefore eliminated the concept of putting a "temporary" agreement after we sign the SOT – subject to your satisfaction and with some of the new heads on board, we can just put a new agreement in place.  We have been working together for too long to worry about investing each others' time in something that will is temporary.

- Term – I have also changed this to say that the "Initial Term" runs through December 31, 2025 and that we would sign a renewal thereafter.  The positive side of a longer-term agreement is that we can lock-in the rates for a longer period of time (with CPI adjustments, and a schedule of rates for new launches).  This SOT now says that unless we mutually agree to a longer-term deal, then the prevailing assumption is only 1 year deal for 2025.

We are around tomorrow to catch up by phone – if needed – I am otherwise headed back to Dallas on Monday.  We have one offer letter out (as discussed in your office), and one more to be hand delivered next Tuesday/Wednesday.  I am also meeting our Portfolio Management lead at 10 AM CT on Wednesday.

Ralph and I have everything lined up internally as well, in terms of compensation budgets, reporting lines, titles, and any approvals (which has been very straight forward).

Thanks again!

**From:** Kraus, James <James.Kraus@related.com>
**Sent:** Thursday, October 3, 2024 1:44 PM
**To:** Ben Jamron <Ben.Jamron@iqeq.com>
**Cc:** Ralph Girardi <Ralph.Girardi@iqeq.com>
**Subject:** RE: Requested Materials

Ben, Ralph,

I reviewed the Summary of Terms and have made some edits.  A few things I would like to discuss:
1.       The notion of an "implementation fee"
2.       Timing of our intent to give notice to Apex (should be when we are comfortable this transition will be successful rather than 30 days from signing this – and in any case not sure it is relevant to our SOT
3.       The intention of the Term of the Services Agreement


Thanks,
Jim

**From:** Ben Jamron <Ben.Jamron@iqeq.com>
**Sent:** Monday, September 23, 2024 8:36 AM
**To:** Kraus, James <James.Kraus@related.com>
**Cc:** Ralph Girardi <Ralph.Girardi@iqeq.com>
**Subject:** Requested Materials

Thanks Jim – it was good, but too fast as usual.  Lot's of things with the kids (which I am sure is the same for you)…

Attached please find the following materials:

•        Summary Presentation – for discussion on Wednesday.  I am sending in advance so that we can make it more of a discussion, than a presentation.  The calendar invite just went out as well.

•        Summary of Terms – the approach we took here was essentially to get to a Term Sheet and then re-paper a more thorough agreement in due course.  Ralph and I have no concerns on the scope, including the expanded work on the "Portfolio Reporting" side (as I refer to herein), i.e., much more support/interaction with the Deal Team, etc. I have sent in MS Word to make it easy to mark-up on your end.

•        Direction Letter – you will need this in order for us to commence information/data collection from the current vendor.  It is a standard template.

•        DD Document – these are the additional due diligence materials on IQ-EQ that you requested in conjunction with your request for a proposal.  Please let me know if there are any other questions/materials that you need at this time.

Lastly, let's discuss our references – we believe we have some compelling names, including not only current clients but also "investors" and consultants that I understand both you (and Justin) will be very familiar with.

Looking forward to seeing you on Wednesday.

Thanks again!
Ben


# Ben Jamron
Head of Fund Administration, Americas

Ben.Jamron@iqeq.com

CONFIDENTIAL                                                                                    RFM0005509

T +1 516 941 1460

250 West 57th Street, 10th Floor
New York, NY 10107
United States

**www.iqeq.com [iqeq.com]**



 [iqeq.com]

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.

IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

**From:** Kraus, James <James.Kraus@related.com>
**Sent:** Friday, September 20, 2024 1:23 PM
**To:** Ben Jamron <Ben.Jamron@iqeq.com>
**Subject:** RE: Update

Perfect, have a nice weekend.

**From:** Ben Jamron <Ben.Jamron@iqeq.com>
**Sent:** Friday, September 20, 2024 1:12 PM
**To:** Kraus, James <James.Kraus@related.com>
**Subject:** RE: Update

Let's say 230 – I will send a calendar invite and see you next week.  You will have written materials on your desk either later today or over the weekend (definitely before start of business Monday).

Thanks Jim


# Ben Jamron
## Head of Fund Administration, Americas

E Ben.Jamron@iqeq.com
T +1 516 941 1460

250 West 57th Street, 10th Floor
New York, NY 10107
United States

**www.iqeq.com [iqeq.com]**



 [iqeq.com]

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.

IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

**From:** Kraus, James <James.Kraus@related.com>
**Sent:** Friday, September 20, 2024 10:53 AM
**To:** Ben Jamron <Ben.Jamron@iqeq.com>
**Subject:** RE: Update

Hi Ben,

Wednesday of next week works well.  Anytime from 2:00 on?

**From:** Ben Jamron <Ben.Jamron@iqeq.com>
**Sent:** Wednesday, September 18, 2024 8:31 AM
**To:** Kraus, James <James.Kraus@related.com>
**Subject:** Update

Hi Jim - we have day 2 of 3 down here in Dallas this week and my plan is to send you Term Sheet, DD Document, Timeline/Plan, by this weekend.

Assuming that all stays on schedule, can we setup some time to review and discuss say Wednesday of next week?

That should give you a couple of days to consider ahead of our meeting.

Thanks!

# Ben Jamron
## Head of Fund Administration, Americas

Ben.Jamron@iqeq.com
+1 516 941 1460

250 West 57th Street, 10th Floor
New York, NY 10107
United States

**www.iqeq.com [iqeq.com]**



 [iqeq.com]

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments

CONFIDENTIAL

RFM0005512

hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.

IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt. This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.
IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt. This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not

RFM0005513

be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.
IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt. This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.
IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt. This communication or any

attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.
IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt. This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.
IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

CONFIDENTIAL

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt. This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.
IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt. This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to

CONFIDENTIAL

another party, the sender is sending this email in its appointed capacity for that third party.
IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

CONFIDENTIAL

RFM0005517