# Exhibit L

| | |
|---|---|
| **From:** | Conway, Elizabeth <econway@spencerfane.com> |
| **Sent:** | Friday, July 17, 2026 4:24 PM |
| **To:** | Beckerman, Brian L.; Sam Lieberman; Jennifer Rossan; Cameron Posillico; Scott Ferrier; Stephanie Osteen; Caylin Craig; Wilson E. Wray Jr.; Austin Pennington; Ruhland, Amy L.; Griffith, Abby; Coughlan, Stephanie M.; Blackford, Elizabeth; Nicole Gueron; Elizabeth Baggott; Erin Woodruff; David Kimball-Stanley |
| **Cc:** | Patton, Laurie |
| **Subject:** | Apex Group Capital Advisors LLC v. Related Fund Management, et al. |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Brian,

In follow-up to our July 10, 2026, email to you, we write to further address your July 1, 2026, email, and provide a supplemental production on behalf of Mr. Chaney, bearing Bates Numbers CHANEY00004817-CHANEY00027585.

As previously confirmed, Mr. Chaney complied with the 2025 orders issued in connection with the TRO and produced all Apex "confidential trade secret" information that he was aware of at that time after a good faith search. Likewise, Mr. Chaney has produced all documents responsive to the discovery requests issued in this case. Following your email, we reviewed the 264 documents you identified to ensure compliance, transparency, and to address any potential issues. After such further review, we reiterate our position that the 264 documents that you identified are not Apex protectable trade secrets, and, in fact, most are wholly not relevant to the claims and defenses in this case because, among other reasons, they are outside the Relevant Time Period and certainly not the product of any actions taken near the time of Mr. Chaney's resignation from Apex. Nevertheless, they were identified by the review using Apex's search terms and produced for completeness.

Through our recent review of those documents falling outside the Relevant Time Period, we discovered that certain documents you identified were extracted from an archived Outlook .pst file that Mr. Chaney did not know was on his personal laptop at the time of the TRO collection and was not readily identifiable by the forensic team assisting with the collection. This archived file primarily includes SandsPoint emails, calendar invites, and attachments from 2016-2023. We understand that for many years, Mr. Chaney was required by SandsPoint to use his personal laptop for work purposes when outside of the office, as SandsPoint only provided him with a desktop computer. We also understand that following Apex's acquisition of SandsPoint, despite having knowledge of these practices, Apex made no effort to address or protect any company-related information that was on Mr. Chaney's personal laptop through the ordinary business practices of SandsPoint. These old files do not contain emails that hit on search terms, nor are they within the Relevant Time Period. Nevertheless, we are now producing the remainder of the archived Outlook .pst file. We also located a few documents in Mr. Chaney's OneDrive and Google Drive that either did not hit on search terms when these repositories were previously searched or were inadvertently tagged non-responsive during our initial review. We are producing those here too.

While we may disagree any of these documents are Apex "confidential trade secrets" that were to be "returned and destroyed" pursuant to the TRO, Mr. Chaney has no desire to retain these files. However, given the status of the litigation, Mr. Chaney will not take any action to delete such items from his device without written confirmation from Apex that he may do so.

If you have any questions or would like to discuss, please advise.

Production Link:

https://app.csdisco.com/sharing-management/download/c8c347cf-01bf-4604-bcb0-c5949ebdf01f

Password to follow separately.

---

**Golenbock Eiseman Assor Bell & Peskoe LLP has joined Spencer Fane.** Our email addresses have changed, but our address and phone numbers remain the same. Learn more by clicking here

---

**Elizabeth Conway**  Partner
Spencer Fane Golenbock

711 3rd Ave, New York, NY 10017
O 212.907.7332
econway@spencerfane.com | spencerfane.com