# Exhibit M

Message
_____

| | |
|---|---|
| **From:** | Ben Jamron [Ben.Jamron@iqeq.com] |
| **Sent:** | 12/5/2024 8:50:18 AM |
| **To:** | Kraus, James [James.Kraus@related.com] |
| **Subject:** | RE: Form request |
| **Attachments:** | image006.png; image007.png; image008.gif; image009.png; image010.png; image011.png; image001.png; image002.jpg |

**Importance:**   High

Maria, my apologies – I am happy to schedule a time to discuss. I think there could be a misunderstanding but there is an extreme time sensitivity and urgency given the changes that have happened within my Apex service team.

Importantly, I am not looking to access an Apex database. Instead, I am looking for a copy of my data and I understand from both FIS and Matthew Semenza at Lionpoint Group (Alpha), that this is something that is quite achievable by way of work order which has been signed with FIS, but I would appreciate your immediate approval to proceed and your approval is required by FIS in order for them to proceed.

In short as I understand it, with your approval, they will take the legacy Sands Point Investran Live data base that is hosted by FIS and which substantially has only Related Fund Management data contained within it, and then FIS will copy it, run a series of scripts to remove any non Related Fund Management data from the copied data base, and then make the database available to me.

Matthew has indicated that he understands that they have gone through this before and that he is reaching out to Elaine to discuss – I appreciate that this matter is with the Apex IT department, and really need your full prompt cooperation, as my service team has had extensive changes and I must mitigate the risk of business interruption and failure as a result of these changes.

Matthew has also summarized these specific steps which we can discuss on the call –

**These are the steps that need to happen:**

- Apex to request FIS support to take a copy of the DB and grant FIS access
- FIS delete everything related to all other clients
- FIS has LE deletion scrips to delete all Legal entities and associated data (e.g. investors, deals, transactions)
- Manually Delete all reports with old clients name
- Manually Delete hierarchies with old clients name
- Manually Delete Apex users/licenses
- Apex sign off that we all has been duly removed (i.e., all the other clients data)
- Assign all new user licenses

FIS has provided the Statement of Work to carry-out this work and Apex shall not incur any costs related to this work. As an appendix to that SOW, was the letter that I provided to Apex almost 45+ days ago.

Many thanks in advance,
Jim


# Ben Jamron
Head of Fund Administration, Americas

Ben.Jamron@iqeq.com
+1 516 941 1460

250 West 57th Street, 10th Floor
New York, NY 10107
United States

CONFIDENTIAL                                                                                      RFM0011775

www.iqeq.com [iqeq.com]





[iqeq.foleon.com]

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.

IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

**From:** Kraus, James <James.Kraus@related.com>
**Sent:** Wednesday, December 4, 2024 1:21 PM
**To:** Ben Jamron <Ben.Jamron@iqeq.com>
**Subject:** FW: Form request

I guess your guy didn't connect?  Do you have time to talk this afternoon?  Say 5:00?

**From:** Maria Von Horvath <Maria.VonHorvath@apexgroup.com>
**Sent:** Wednesday, December 4, 2024 1:03 PM
**To:** Kraus, James <James.Kraus@related.com>
**Cc:** Elaine Chim <elaine.chim@apexfs.com>; Lucas Belinkie <lbelinkie@apexgrpfs.com>; Ken Fullerton <ken.fullerton@apexgroup.com>; Sanjay Vatsa <sanjay.vatsa@apexgroup.com>; Jonathan Schmitz <jonathans@apexfunds.us>
**Subject:** RE: Form request

Hi Jim,

RFM0011776

We were pending to hear about your availability. Will you please let us know your availability for the meeting with the IT team (morning time)?
Thank you.



Maria Von Horvath
**Local Managing Director**

Maria.VonHorvath@apexgroup.com

**From:** Kraus, James <James.Kraus@related.com>
**Sent:** Wednesday, December 4, 2024 11:55 AM
**To:** Maria Von Horvath <Maria.VonHorvath@apexgroup.com>
**Cc:** Elaine Chim <elaine.chim@apexfs.com>; Lucas Belinkie <lbelinkie@apexgrpfs.com>; Ken Fullerton <ken.fullerton@apexgroup.com>; Sanjay Vatsa <sanjay.vatsa@apexgroup.com>; Jonathan Schmitz <jonathans@apexfunds.us>
**Subject:** RE: Form request

CAUTION: This email originated from outside of the organisation. Do not click links or open attachments unless you recognise the sender and know the content is safe.

Hi Maria,
Just wanted to check on the status of this.

**From:** Maria Von Horvath <Maria.VonHorvath@apexgroup.com>
**Sent:** Tuesday, November 26, 2024 10:38 AM
**To:** Kraus, James <James.Kraus@related.com>
**Cc:** Elaine Chim <elaine.chim@apexfs.com>; Lucas Belinkie <lbelinkie@apexgrpfs.com>; Ken Fullerton <ken.fullerton@apexgroup.com>; Sanjay Vatsa <sanjay.vatsa@apexgroup.com>; Jonathan Schmitz <jonathans@apexfunds.us>
**Subject:** RE: Form request

Hi Jim,

I want to ensure you that this request is taking very seriously by our team. I will be working to coordinate this request's completion. I received all updates on the status from Lucas and our IT team.

As a next step our IT team asked to schedule a call with you to discuss your specific requirements to ensure that we provide exactly what you need. Could you please provide us with your availability for this meeting in the morning so that we can have our team from Europe attend this meeting as well?

Best regards,

RFM0011777



Maria Von Horvath
Local Managing Director

Maria.VonHorvath@apexgroup.com

Apex Group, Northpark Central, 8750 N. Central Expressway, Dallas, Texas, 75231, USA

Americas | APAC | Europe | MEA



This e-mail and any attachments transmitted with it are solely intended for the use of the individual or entity to whom they are addressed. If you have received this e-mail in error, please delete it from your system and kindly inform Apex accordingly. Apex excludes any warranty and any liability as to the contents of this e-mail and its attachments, which shall not be binding upon Apex. You must not copy the message or disclose its contents to anyone. Apex is licensed as required for the services it offers. For further information on the license permissions applicable to your jurisdiction please visit our website at apexgroup.com. Disclaimer [apexgroup.com] | Privacy Policy [apexgroup.com] | Regulatory Status [apexgroup.com]

**From:** Lucas Belinkie <lbelinkie@apexgrpfs.com>
**Sent:** Monday, November 25, 2024 3:26 PM
**To:** Ken Fullerton <ken.fullerton@apexgroup.com>; Sanjay Vatsa <sanjay.vatsa@apexgroup.com>; Maria Von Horvath <Maria.VonHorvath@apexgroup.com>; Jonathan Schmitz <jonathans@apexfunds.us>
**Cc:** James Kraus (James.Kraus@related.com) <James.Kraus@related.com>; Elaine Chim <elaine.chim@apexfs.com>
**Subject:** FW: Form request

CAUTION: This email originated from outside of the organisation. Do not click links or open attachments unless you recognise the sender and know the content is safe.

Ken, Sanjay, Maria, Jonathan,

On October 30th we received the attached form from Jim Kraus (copied) requesting a transfer of the Investran database we work in containing Related's historical accounting activity (excluding other client data contained in the database) to RFM so Jim's team can begin shadow booking activity in its own instance of Investran.   I have been emailing with Sebastian Lafon and David Archer since the end of October to coordinate a plan of action to deliver this database to RFM, but we have yet to agree on a plan of action other than conceptually asking Related's consultants to develop a report to extract data.  As you can see below Jim is not satisfied with this and has asked me to escalate and copy him.

I will forward to you the email trail with David and Sebastian separately.  Since my time here is coming to an end I want to help you all resolve this before my last day.  Please let me know how I can be helpful.

Lucas Belinkie
Managing Director

T   (945) 235-7637
A   8750 N Central Expressway, Dallas, TX 75231, Suite 1825
W   apexgroup.com [url.za.m.mimecastprotect.com]


Driving

CONFIDENTIAL

RFM0011778

Positive change.

♻ Please consider the environment before printing this email.

---

**From:** Kraus, James <James.Kraus@related.com>
**Sent:** Monday, November 25, 2024 3:14 PM
**To:** Lucas Belinkie <lbelinkie@apexgrpfs.com>
**Subject:** RE: Form request

Ok, thanks.  Please copy me on the email to Ken and Sanjay.

---

**From:** Lucas Belinkie <lbelinkie@apexgrpfs.com>
**Sent:** Monday, November 25, 2024 4:13 PM
**To:** Kraus, James <James.Kraus@related.com>
**Subject:** RE: Form request

I suggest escalating with Ken Fullerton and Sanjay Vatsa.  I will forward them the trail of emails I have exchanged with IT (latest was this morning) so they have context.  I am sorry this is taking so long.

Lucas Belinkie
Managing Director

T    (945) 235-7637
A    8750 N Central Expressway, Dallas, TX 75231, Suite 1825
W   apexgroup.com [url.za.m.mimecastprotect.com]

Driving
Positive change.

♻ Please consider the environment before printing this email.

---

**From:** Kraus, James <James.Kraus@related.com>
**Sent:** Monday, November 25, 2024 3:09 PM
**To:** Lucas Belinkie <lbelinkie@apexgrpfs.com>
**Subject:** RE: Form request

Thanks Lucas,

This doesn't sound right – we need Apex to cooperate with the original request.  Who can I escalate this to?

---

**From:** Lucas Belinkie <lbelinkie@apexgrpfs.com>
**Sent:** Tuesday, November 19, 2024 9:50 PM
**To:** Kraus, James <James.Kraus@related.com>
**Subject:** Re: Form request

Jim,

CONFIDENTIAL

RFM0011779

I just heard back from the IT team and their response is below.  If you think we need a meeting between you/Lionpoint and Apex IT let me know and I can arrange. Otherwise, if the proposal below will satisfy your request can you have Lionpoint create this report?

"In their request form, the client requested the Database to be transferred, but as we all agree, direct database access is not an option.

Instead, they should ask Lionpoint Group to create a report to extract the required data. We can then run this report and provide the relevant data to them."

Lucas Belinkie
Managing Director

T    (945) 235-7637
A    8750 N Central Expressway, Dallas, TX 75231, Suite 1800
W    apexgroup.com [url.za.m.mimecastprotect.com]

Driving
Positive change.

🖶 Please consider the environment before printing this email.

Get Outlook for iOS [aka.ms]

**From:** Lucas Belinkie <lbelinkie@apexgrpfs.com>
**Sent:** Friday, November 15, 2024 8:50:21 PM
**To:** Kraus, James <James.Kraus@related.com>
**Subject:** Re: Form request

Let me follow up with the IT team.

Lucas Belinkie
Managing Director

T    (945) 235-7637
A    8750 N Central Expressway, Dallas, TX 75231, Suite 1800
W    apexgroup.com [url.za.m.mimecastprotect.com]

Driving
Positive change.

🖶 Please consider the environment before printing this email.

CONFIDENTIAL

RFM0011780

Get Outlook for iOS [aka.ms]

---

**From:** Kraus, James <James.Kraus@related.com>
**Sent:** Friday, November 15, 2024 5:57:31 PM
**To:** Lucas Belinkie <lbelinkie@apexgrpfs.com>
**Subject:** FW: Form request

Where did we leave off with this?

---

**From:** Kraus, James
**Sent:** Wednesday, October 30, 2024 1:48 PM
**To:** Lucas Belinkie <lbelinkie@apexgrpfs.com>
**Subject:** Form request

Hi Lucas,
Can we please discuss the attached at your earliest convenience.

Thanks,

**JIM KRAUS**
Chief Financial Officer
Related Fund Management

212.801.1013 Office
917.399.6867 Mobile
james.kraus@related.com

**RELATED**[url.de.m.mimecastprotect.com]

30 Hudson Yards
New York, NY 10001

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

**[EXTERNAL] This message originated from outside your organization.**

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

     RFM0011781

...
**[EXTERNAL] This message originated from outside your organization.**


The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

...
**[EXTERNAL] This message originated from outside your organization.**


The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.


The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt. This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.
IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

RFM0011782