# Exhibit O

**Related Fund Management, LLC**
**30 Hudson Yards**
**New York, New York 10001**

April 1, 2025

**VIA OVERNIGHT MAIL & E-MAIL**

SandsPoint Capital Advisors LLC / Apex
Attention: Georges Archibald
Email: georges.archibald@apexfs.com

Re:     Master Services Agreement

Ladies/Gentlemen:

Reference is made to that certain Master Services Agreement dated as of January 29, 2024 (the "Agreement") between Related Fund Management, LLC ("RFM") and SandsPoint Capital Advisors LLC ("Apex"). Unless otherwise defined herein, all capitalized terms used herein shall have the meanings set forth in the Agreement.

Please be advised that, in accordance with Section 11.1 of the Agreement, RFM hereby notifies Apex, that RFM hereby terminates the Agreement and each Order Document effective as of July 1, 2025.

Very truly yours,

**Related Fund Management, LLC**

By:  _____
Name: James Kraus
Title:  Chief Financial Officer

APEX00001059