UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

APEX GROUP CAPITAL ADVISORS LLC        :
F/K/A SANDSPOINT CAPITAL ADVISORS      :
LLC,                                   :
                              Plaintiff,   :
                                          :    25-CV-08892 (VEC)
            -against-               :
                                          :    ORDER

RELATED FUND MANAGEMENT LLC;           :
JAMES KRAUS; LUCAS BELINKIE; PRESTON   :
CALLEN; WILLIAM C. CHANEY; and RYAN    :
HOPE,                                  :
                                          :
                         Defendants.  :

-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on July 27, 2026, Plaintiff Apex Group Capital Advisors LLC filed a Motion to Amend the First Amended Complaint, *see* Dkt. 157.

        IT IS HEREBY ORDERED that Defendants are to submit their oppositions, if any, to the Motion not later than **August 28, 2026**.  Defendants Lucas Belinkie, Preston Callen, William C. Chaney, and Ryan Hope (the "Employee Defendants") are ordered to file a joint opposition, if any, containing the arguments of all four Employee Defendants.  Plaintiff must file a reply not later than **September 11, 2026**.

        IT IS HEREBY FURTHER ORDERED that the currently pending Motions to Dismiss the First Amended Complaint, *see* Dkts. 97, 100, 102, 105, 107, are HELD IN ABEYANCE pending resolution of the Motion to Amend.

**SO ORDERED.**

**Date:  July 29, 2026**
**New York, New York**

                                               **VALERIE CAPRONI**
                                            **United States District Judge**