# Exhibit G

Message

| | |
|---|---|
| **From:** | Ben Jamron [Ben.Jamron@iqeq.com] |
| **Sent:** | 12/3/2024 5:12:31 PM |
| **To:** | Kraus, James [James.Kraus@related.com] |
| **CC:** | Ralph Girardi [Ralph.Girardi@iqeq.com] |
| **Subject:** | RE: Follow-Up |
| **Attachments:** | image001.png; image002.jpg; image001.png; image002.jpg |

A little, but if it is only going to your primary lead perhaps not.

As you know, I was trying to make it a little easier on for your team…

# Ben Jamron

Head of Fund Administration, Americas

Ben.Jamron@iqeq.com
+1 516 941 1460

250 West 57th Street, 10th Floor
New York, NY 10107
United States

www.iqeq.com [iqeq.com]





[iqeq.foleon.com]

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.

IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or

RFM0011770

promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

---

**From:** Kraus, James <James.Kraus@related.com>
**Sent:** Tuesday, December 3, 2024 5:09 PM
**To:** Ben Jamron <Ben.Jamron@iqeq.com>
**Cc:** Ralph Girardi <Ralph.Girardi@iqeq.com>
**Subject:** RE: Follow-Up

Doesn't it seem odd for me to have Apex provide info to a jgm Egnyte?

---

**From:** Ben Jamron <Ben.Jamron@iqeq.com>
**Sent:** Tuesday, December 3, 2024 9:45 AM
**To:** Kraus, James <James.Kraus@related.com>
**Cc:** Ralph Girardi <Ralph.Girardi@iqeq.com>; Ben Jamron <Ben.Jamron@iqeq.com>
**Subject:** RE: Follow-Up

Jim,

Let's use this link instead:

https://jgmcpa.egnyte.com/ul/lVTuq0Ihog [jgmcpa.egnyte.com]

Much appreciated!
Ben


# Ben Jamron
Head of Fund Administration, Americas

Ben.Jamron@iqeq.com
+1 516 941 1460

250 West 57th Street, 10th Floor
New York, NY 10107
United States

www.iqeq.com [iqeq.com]





[iqeq.foleon.com]

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email.

CONFIDENTIAL

RFM0011771

All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.

IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

**From:** Ben Jamron
**Sent:** Tuesday, December 3, 2024 9:39 AM
**To:** Jim Kraus <James.Kraus@related.com>
**Cc:** Ralph Girardi <Ralph.Girardi@iqeq.com>
**Subject:** Follow-Up

Jim, I hope you had a great Thanksgiving break.

I wanted to re-confirm a few things.  First, Matthew Semenza from the Lionpoint Group confirmed on Tuesday that he would be connecting with Elaine Chim at Apex in follow-up to the last email that you received.  I have reached out to Matthew to get a status update but suspect that could take a few days given the holiday.

Second, we continue to prepare a series of templates to request/transition data from Investran – in parallel.

Ahead of that, it would be helpful if we could request from Apex a final set of work papers as of 9/30 for all of the applicable entities, as well as a full chart of accounts that is used in the current database.

Please feel free to just forward this email to your lead service person and we have setup a drop box for them to use:

Password: k5*4285kjh
https://jgmcpa.egnyte.com/fl/hsGk62QJOh [jgmcpa.egnyte.com]

I will be back in touch.

Many thanks!
Ben

# Ben Jamron
Head of Fund Administration, Americas

E Ben.Jamron@iqeq.com
T +1 516 941 1460

CONFIDENTIAL                                                                                                    RFM0011772

250 West 57th Street, 10th Floor
New York, NY 10107
United States

www.iqeq.com [iqeq.com]



Know how Know you



[iqeq.foleon.com]

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.

IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt. This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in

RFM0011773

this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.
IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt. This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.
IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

CONFIDENTIAL

RFM0011774