# Exhibit H

Message
—————————————————————————————————————————————

**From:** Kraus, James [James.Kraus@related.com]
**Sent:** 3/13/2025 8:14:50 AM
**To:** Ben Jamron [Ben.Jamron@iqeq.com]
**Subject:** RE: Update
**Attachments:** image003.png; image004.jpg

Ok, thanks for the update.  FYI, Stephanie is just ok.  Wouldn't care if she were backfilled with a new resource.  Not sure if Lucas agrees, but that is my perspective.

**From:** Ben Jamron <Ben.Jamron@iqeq.com>
**Sent:** Thursday, March 13, 2025 8:13 AM
**To:** Kraus, James <James.Kraus@related.com>
**Subject:** Update

A few other things to consider -

- YE is in good shape.  But for your pending capital events the team is all resigned.

- Kyle has resigned and having his last day once he finishes up the capital events.

- Similar for Gilbert and Haris.

- We have a problem with Stephanie.  Set to resign but now taking a job with an investment manager.  I am trying to turn her back but she is gone in any event.

- Mori poised to resign and I bet once she hears of the others, she will be on same timeline as Kyle et al.

With the DB ready to be moved and our gearing up quick to service you for Q1, and Apex now dragging their feet, it is definitely time to get tough and the termination probably has to come imminently.

They are no longer backfilling resources or having the likes of Kyle transition his role.  A guy like Fred may not know that because they are not as coordinated as they should be.

It is really unfair that they put you in such a compromising position.  Let's see what unfolds today but it seems we are near the end with them.

Thanks Jim

PS - I will keep you posted on Stephanie.  I have a next call with her in 75 mins.

## Ben Jamron
Head of Fund Administration, Americas

ben.jamron@iqeq.com
+1 516 941 1460

250 West 57th Street, 10th Floor
New York, NY 10107
United States

**www.iqeq.com [iqeq.com]**



Know how Know you



[iqeq.foleon.com]

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.

IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt. This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.
IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

CONFIDENTIAL

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

CONFIDENTIAL

RFM0011272