# Exhibit J

**Without Prejudice / Subject to Rule 408 – Draft Letter from IQ-EQ to Apex – February 2025**

Chris Marsden
Group General Counsel, IQ-EQ
4th Floor, 3 More London Riverside
London, SE1 2AQ
United Kingdom

[17] February 2025

Georges Archibald
Chief Commercial Officer
Apex Group
150 East 52nd Street
Suite 6000
New York, 10022
USA

Dear Georges,

**Complaint from Apex Group Capital Advisers LLC v IQEQ US Management Co, LLC, Lucas Belinkie, Preston Callen, William C. Chaney and Ryan Hope (the "Complaint")**

Further to our recent discussions, this letter sets out IQ-EQ's commitments and position in relation to the Complaint.

As a starting point, both IQ-EQ and Apex agree that our respective firms should be competing in the marketplace, but should do so fairly.  We will both inevitably be hiring each other's employees, but should do so fairly.  The issue in this case is that Apex has concerns, set out in the Complaint filed with the United States District Court for the Northern District of Texas on 31 January 2025, that the 4 individuals who IQ-EQ hired from Apex (legacy SandsPoint) took proprietary Apex data before leaving Apex.

IQ-EQ has engaged external counsel at Sadis (Sam Lieberman) to lead a full forensic investigation into these allegations of data exfiltration.  We have also engaged NAXO (founded by former FBI employees who led the take down of the Silk Road marketplace) as forensic experts to carry out an IT forensic review.

While that investigation is ongoing, we have taken Lucas Belinkie and Clark Chaney (the employee defendant against whom Apex's complaint had the most specific and serious allegations regarding the taking of Apex data) off all IQ-EQ client work.   All 4 employees

APEX00190251

named in the complaint as defendants now have independent counsel appointed (this allows us to directly and effectively interview/ communicate without limitation of a potential conflict).

IQ-EQ can commit that:

1. If we discover any Apex proprietary data on any of our systems, we will destroy it and will not make any use of it for commercial purposes.

2. If we discover that any Apex proprietary data has been shared with any third party, we will inform Apex.

3. IQ-EQ has not made any use of any proprietary Apex data in its discussions with Related regarding additional services.

4. If our investigation concludes that any of the 4 individuals (Lucas Belinkie, Clark Chaney, Preston Callen or Ryan Hope) were bad actors in their use of Apex proprietary data, IQ-EQ will not allow them to work for Related for a minimum of 12 months.  We would also consider all appropriate disciplinary action pursuant to IQ-EQ policies.

5. IQ-EQ will give formal notice to the 4 individuals that they should not solicit any Apex employees to join IQ-EQ for 24 months.  This restriction would be limited to those 4 individuals, not a restriction on IQ-EQ more generally.

6. Any transition of client data between Apex and IQ-EQ, in connection with any client transitions, will be subject to the terms of the contracts with relevant clients.

7. Where IQ-EQ hire employees from Apex and those employees have post-employment legal obligations within Apex employment agreements, IQ-EQ will consider and respect those valid obligations.

On point 5, for transparency, I understand there are some Apex employees who have accepted job offers from IQ-EQ recently, but the 4 individuals were not involved in soliciting them to my knowledge.  This hiring was done on an arm's length basis through our ordinary recruiting channels.

Our understanding from our discussions is that Apex's position is that, if IQ-EQ make the above commitments, Apex would drop the lawsuit against IQ-EQ and the 4 individuals (on the assumption that the investigation does not discover any evidence of Apex proprietary data being shared with any other third party or monetised in some way by the 4 individuals).  We understand that Apex would dismiss the lawsuit against IQ-EQ

CONFIDENTIAL

APEX00190252

with prejudice and dismiss the lawsuit against the 4 individuals without prejudice. Please can you confirm that this is your position?

Yours sincerely,


Chris Marsden

Group General Counsel, IQ-EQ

APEX00190253