# Exhibit K

From:        Christopher Marsden [Christopher.Marsden@iqeq.com]
Sent:        3/27/2025 4:21:41 PM
To:          Georges Archibald [georges.archibald@apexfs.com]
Subject:     Outcome of Investigation

CAUTION: This email originated from outside of the organisation. Do not click links or open attachments unless you recognise the sender and know the content is safe.

Georges,

Hope all well with you.  As a follow-up to our last call, I am writing to confirm that we have concluded the forensic investigation regarding Apex's allegations of data exfiltration by the 5 IQ-EQ employees who received Apex's cease-and-desist.

IQ-EQ conducted a broad, multi-step search and review of millions of files, working with our outside counsel Sadis and Naxo Labs to search forensic images of IQ-EQ's files, devices and systems for any Apex Information.   We reached these findings after concluding this exhaustive review.  Additionally, we isolated and expelled from our systems and computers any information viewed as even arguably raising a question that it could contain Apex Information.

The investigation found:

•        No evidence that Apex's proprietary information or documents ("Apex Information") has been shared with third parties;
•        No retention of Apex Information on IQEQ's systems; and
•        No evidence of the 5 employees engaging in "Bad Actor" activity, in the opinion of IQ-EQ's outside counsel at Sadis (we specifically asked Sadis to opine on this point so we had an external objective view).

Further, we have taken the following additional steps to ensure that the five (5) employees would not use any Apex Information at IQ-EQ:

•        Sidelining Clark Chaney and Lucas Belinkie from all client work during the entire period of the investigation, a period of approximately 40 days;
•        Obtaining certifications from each employee that he/she has not retained any Apex Information on his/her personal devices or drives, and will not use Apex Information at IQEQ (including Clark Chaney certifying that, to the extent he had any Apex Information on his personal computer, Google Drive, or any other personal device, he has removed such information);
•        Obtaining confirmation from each employee that he/she understands and will comply with IQ-EQ's policies prohibiting the use of IQ-EQ competitor proprietary information;
•        Obtaining certifications from each of the 5 employees that he/she will not solicit employees from Apex within the next 24 months; and
•        Providing increased training to select employees against using other parties' proprietary information.

Lastly, we are considering certain additional actions with respect to the employees that we believe will strongly reinforce our policies and the importance we place upon the rights of our peers (though I will note that such actions are not due to any bad actions or culpability which, as I note above, the investigation found no indication of).

Any queries, please let me know.

Best regards,
Chris

CONFIDENTIAL                                                                                                                          APEX00162442

# Christopher Marsden *[He/Him]*
Group General Counsel

E christopher.marsden@iqeq.com
T **+44 20 3966 7416**

4th Floor, 3 More London Riverside
London, SE1 2AQ, United Kingdom

**www.iqeq.com**

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain confidential or legally privileged information that cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt. The content of our e-mail has been checked by us for computer viruses and although none has been found by us, we cannot guarantee that it is completely free from such problems as information could be intercepted, corrupted, lost, destroyed, arrive late, or contain viruses and we do not accept any liability whatsoever for any loss or damage which may be caused as a result of e-mail transmission or as a result of viruses.

IQ-EQ group and its subsidiaries are strongly committed to ensuring personal data privacy. Copies of our Group Privacy Notices are available here. Please ensure that you take the time to read the relevant Privacy Notice which explains how we may use your personal information in the course of our business.

Where we provide services as a processor, we maintain and make available a full list of our sub-processors here. This list may be updated from time to time. Please subscribe at the above link to receive notifications of changes to this list.

The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.

For more information on IQ-EQ group, including details of the group's principal operating subsidiaries and their regulatory status, please visit www.iqeq.com/legal-and-compliance