# Exhibit N

Message
_____

**From:** Ben Jamron [Ben.Jamron@iqeq.com]
**Sent:** 3/13/2025 7:10:38 AM
**To:** Kraus, James [James.Kraus@related.com]
**Subject:** Re: Apex Data Extract Update

Jim, as suspected, this is Apex dragging their feet. FIS has confirmed through their legal, all is necessary for Apex to sign that letter. The database is literally sitting in position to be moved.

You know what needs to be done - just let Fred know that it's your data, you are authorizing, and per your MSA they are required to sign that letter.

Thanks.

# Ben Jamron
Head of Fund Administration, Americas

ben.jamron@iqeq.com
+1 516 941 1460

250 West 57th Street, 10th Floor
New York, NY 10107
United States

**www.iqeq.com [iqeq.com]**





[iqeq.foleon.com]

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.

IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

---

**From:** Ben Jamron <Ben.Jamron@iqeq.com>
**Sent:** Wednesday, March 12, 2025 4:05:02 PM
**To:** Jordan Rothberg <Jordan.Rothberg@iqeq.com>; Kraus, James <James.Kraus@related.com>
**Subject:** Re: Apex Data Extract Update


Let's see how much of this is dragging of feet.  Cautiously optimistic.


# Ben Jamron
Head of Fund Administration, Americas

ben.jamron@iqeq.com
+1 516 941 1460

250 West 57th Street, 10th Floor
New York, NY 10107
United States

**www.iqeq.com [iqeq.com]**





[iqeq.foleon.com]

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email

relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.

IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

---

**From:** Jordan Rothberg <Jordan.Rothberg@iqeq.com>
**Sent:** Wednesday, March 12, 2025 3:56:09 PM
**To:** Kraus, James <James.Kraus@related.com>; Ben Jamron <Ben.Jamron@iqeq.com>
**Subject:** RE: Apex Data Extract Update

Hi Jim-

I spoke with Tom, removed from this email, wanted to let you know that FIS legal is meeting internally at 10am GMT to coordinate a plan to get Apex comfortable with the transfer of a copy of the database. Just wanted to keep you in the loop. Let me know if you would like to speak further.

Regards,

Jordan


# Jordan Rothberg
## Co-Head of Fund Administration, IQ-EQ US Funds

jordan.rothberg@iqeq.com
+1 929 388 7934

250 West 57th Street, 10th Floor
New York, NY 10107
United States

**www.iqeq.com [iqeq.com]**





[iqeq.foleon.com]

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or

CONFIDENTIAL

conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.

IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

**From:** Kraus, James <James.Kraus@related.com>
**Sent:** Wednesday, March 12, 2025 12:10 PM
**To:** Jordan Rothberg <Jordan.Rothberg@iqeq.com>; Ben Jamron <Ben.Jamron@iqeq.com>
**Cc:** tom.perrett@fisglobal.com
**Subject:** FW: Apex Data Extract Update

FYI

**From:** Ken Fullerton <ken.fullerton@apexgroup.com>
**Sent:** Wednesday, March 12, 2025 12:00 PM
**To:** Kraus, James <James.Kraus@related.com>; Matthew Semenza <msemenza@lionpointgroup.com>; Jonathan Schmitz <Jonathan.Schmitz@apexgroup.com>; Maria Von Horvath <Maria.VonHorvath@apexgroup.com>; Sanjay Vatsa <sanjay.vatsa@apexgroup.com>
**Cc:** tom.perrett@fisglobal.com; Roberto Romero <roberto.romero@apexgroup.com>
**Subject:** RE: Apex Data Extract Update

Hi James,
I have a call in to Peter at FIS as this document doesn't align with what we had requested.  This document states that Apex is relinquishing rights to the data base as opposed to obtaining an extract that we will scrub and then hand over to yourself.
Regards, Ken



Ken Fullerton
Global Head of Fund Operations

m:+1 917-544-3502
ken.fullerton@apexgroup.com

**From:** Kraus, James <James.Kraus@related.com>
**Sent:** Wednesday, March 12, 2025 11:24 AM
**To:** Ken Fullerton <ken.fullerton@apexgroup.com>; Matthew Semenza <msemenza@lionpointgroup.com>; Jonathan Schmitz <Jonathan.Schmitz@apexgroup.com>; Maria Von Horvath <Maria.VonHorvath@apexgroup.com>; Sanjay Vatsa <sanjay.vatsa@apexgroup.com>
**Cc:** tom.perrett@fisglobal.com
**Subject:** RE: Apex Data Extract Update

CONFIDENTIAL                                                                              RFM0000082

CAUTION: This email originated from outside of the organisation. Do not click links or open attachments unless you recognise the sender and know the content is safe.

Apex Team,

I received the attached doc from FIS requesting you put this on letterhead, execute and send back to me.

Please call me if you have any questions or concerns.

**JIM KRAUS**
Chief Financial Officer
Related Fund Management

212.801.1013 Office
917.399.6867 Mobile
james.kraus@related.com

**RELATED**[url.de.m.mimecastprotect.com]

30 Hudson Yards
New York, NY 10001

---

**From:** Ken Fullerton <ken.fullerton@apexgroup.com>
**Sent:** Tuesday, March 4, 2025 5:03 PM
**To:** Matthew Semenza <msemenza@lionpointgroup.com>; Jonathan Schmitz <Jonathan.Schmitz@apexgroup.com>; Maria Von Horvath <Maria.VonHorvath@apexgroup.com>; Sanjay Vatsa <sanjay.vatsa@apexgroup.com>
**Cc:** Kraus, James <James.Kraus@related.com>
**Subject:** Re: Apex Data Extract Update

Hi Matt,
I received the following response from FIS.

"The script has been completed. We've requested the new environment to be set up to receive the new DB. I don't have a definitive time frame on that, but I'm told it should not be longer than a week to get it squared away."

I inquired further about when we will receive it for our review and my expectation is early next week but I will get an update on Mon.

Regards, Ken

 Ken Fullerton
**Global Head of Fund Operations**

m: +1 917-544-3502
ken.fullerton@apexgroup.com
Apex Group, 150 East 52nd Street, Suite 6000, New York, 10022, USA

Americas | APAC | Europe | MEA

CONFIDENTIAL                                                                        RFM0000083

## Upcoming **Form PF** changes

**Learn more**

This e-mail and any attachments transmitted with it are solely intended for the use of the individual or entity to whom they are addressed. If you have received this e-mail in error, please delete it from your system and kindly inform Apex accordingly. Apex excludes any warranty and any liability as to the contents of this e-mail and its attachments, which shall not be binding upon Apex. You must not copy the message or disclose its contents to anyone. Apex is licensed as required for the services it offers. For further information on the license permissions applicable to your jurisdiction please visit our website at apexgroup.com. Disclaimer [apexgroup.com] | Privacy Policy [apexgroup.com] | Regulatory Status [apexgroup.com] [apexgroup.com]

**From:** Matthew Semenza <msemenza@lionpointgroup.com>
**Sent:** Wednesday, March 5, 2025 4:10:09 AM
**To:** Ken Fullerton <ken.fullerton@apexgroup.com>; Jonathan Schmitz <Jonathan.Schmitz@apexgroup.com>; Maria Von Horvath <Maria.VonHorvath@apexgroup.com>
**Cc:** Kraus, James <James.Kraus@related.com>
**Subject:** RE: Apex Data Extract Update

CAUTION: This email originated from outside of the organisation. Do not click links or open attachments unless you recognise the sender and know the content is safe.

Thanks Ken

**Matthew Semenza**

Partner

+1 (914) 434-5967

alternatives.alphafmc.com [alternatives.alphafmc.com] | Connect with us on LinkedIn [linkedin.com]
alphafmc.com [alphafmc.com] | Connect with us on LinkedIn [linkedin.com]

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

**From:** Ken Fullerton <ken.fullerton@apexgroup.com>
**Sent:** Tuesday, March 4, 2025 3:09 PM
**To:** Matthew Semenza <msemenza@lionpointgroup.com>; Jonathan Schmitz <Jonathan.Schmitz@apexgroup.com>; Maria Von Horvath <Maria.VonHorvath@apexgroup.com>
**Cc:** Kraus, James <James.Kraus@related.com>
**Subject:** Re: Apex Data Extract Update

RFM0000084

Hi Matt, I requested an update from FIS yesterday and I'm awaiting a response. I have just them sent a follow up.  I'll come back to you as soon as I hear.

Regards, Ken



Ken Fullerton

APEX    Global Head of Fund Operations

m: +1 917-544-3502

ken.fullerton@apexgroup.com

Apex Group, 150 East 52nd Street, Suite 6000, New York, 10022, USA

Americas | APAC | Europe | MEA



[apexgroup.com]

This e-mail and any attachments transmitted with it are solely intended for the use of the individual or entity to whom they are addressed. If you have received this e-mail in error, please delete it from your system and kindly inform Apex accordingly. Apex excludes any warranty and any liability as to the contents of this e-mail and its attachments, which shall not be binding upon Apex. You must not copy the message or disclose its contents to anyone. Apex is licensed as required for the services it offers. For further information on the license permissions applicable to your jurisdiction please visit our website at apexgroup.com.  Disclaimer [apexgroup.com] | Privacy Policy [apexgroup.com] | Regulatory Status [apexgroup.com] [apexgroup.com]

---

**From:** Matthew Semenza <msemenza@lionpointgroup.com>
**Sent:** Wednesday, March 5, 2025 3:34 AM
**To:** Ken Fullerton <ken.fullerton@apexgroup.com>; Jonathan Schmitz <Jonathan.Schmitz@apexgroup.com>; Maria Von Horvath <Maria.VonHorvath@apexgroup.com>
**Cc:** Kraus, James <James.Kraus@related.com>
**Subject:** RE: Apex Data Extract Update

CAUTION: This email originated from outside of the organisation. Do not click links or open attachments unless you recognise the sender and know the content is safe.

Hi Apex team-

I wanted to drop a follow up on the status of this request. Appreciate that we're approaching the 4 week mark so it would be great to understand how far things have progressed, and if we are still on track for that timeline?

Much appreciated

**Matthew Semenza**

Partner

+1 (914) 434-5967

CONFIDENTIAL                                                                                                                       RFM0000085

alternatives.alphafmc.com [alternatives.alphafmc.com] |
Connect with us on LinkedIn [linkedin.com]
alphafmc.com [alphafmc.com] | Connect with us on LinkedIn
[linkedin.com]

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

**From:** Sanjay Vatsa <sanjay.vatsa@apexgroup.com>
**Sent:** Monday, February 10, 2025 3:19 PM
**To:** Kraus, James <James.Kraus@related.com>
**Cc:** Ken Fullerton <ken.fullerton@apexgroup.com>; Jonathan Schmitz <Jonathan.Schmitz@apexgroup.com>; Maria Von Horvath <Maria.VonHorvath@apexgroup.com>
**Subject:** Re: Apex Data Extract Update

Jim

Just a follow up to the email from Maria below.  We have had a series of calls / touchpoints with FIS. At this stage FIS has provided a time and cost and we have added our time to ensure that the database has only Related data.

Current estimates for us to get you access to the scrubbed database is 4 weeks.  We have accelerated the process of getting FIS a SOW so that work could commence immediately.  We are actively engaged with FIS and will work on trying to speed up the delivery of the project.  We have the internal team on standby to act immediately on the receipt of information from FIS to do our scrubbing.

I can get onto a quick call with you, at your convenience, to discuss the cost and timing .  Keeping you updated on the current status.

Appreciate your business and patience.

Regards

Sanjay

Regards

Sanjay



Sanjay Vatsa

Regional Head – Americas

sanjay.vatsa@apexgroup.com

Apex Group,     150 East 52nd Street, Suite 6000, New York, 10022, USA

Americas | APAC | Europe | MEA



**Understanding AML/ CFT compliance**

Read more

This e-mail and any attachments transmitted with it are solely intended for the use of the individual or entity to whom they are addressed. If you have received this e-mail in error, please delete it from your system and kindly inform Apex accordingly. Apex excludes any warranty and any liability as to the contents of this e-mail and its attachments, which shall not be binding upon Apex. You must not copy the message or disclose its contents to anyone. Apex is licensed as required for the services it offers. For further information on the license permissions applicable to your jurisdiction please visit our website at apexgroup.com. Disclaimer [apexgroup.com] | Privacy Policy [apexgroup.com] | Regulatory Status [apexgroup.com] [apexgroup.com]

**From:** Maria Von Horvath <Maria.VonHorvath@apexgroup.com>
**Sent:** Saturday, February 8, 2025 1:13 PM
**To:** Kraus, James <James.Kraus@related.com>
**Cc:** Sanjay Vatsa <sanjay.vatsa@apexgroup.com>; Ken Fullerton <ken.fullerton@apexgroup.com>; Jonathan Schmitz <Jonathan.Schmitz@apexgroup.com>; Matthew Semenza <msemenza@lionpointgroup.com>
**Subject:** RE: Apex Data Extract Update

Hi Jim,

I wanted to provide an update on the status of the data extract. We received details from the vendor, including statement of work and estimated cost from FIS, and our team is currently reviewing and evaluating it. We will continue to work with FIS to accelerate the delivery to us so we can commence with our part of the process. We will provide further update early next week.

Best regards,

Maria



Maria Von Horvath

Local Managing Director

Maria.VonHorvath@apexgroup.com

**From:** Maria Von Horvath <Maria.VonHorvath@apexgroup.com>
**Sent:** Tuesday, February 4, 2025 6:08 PM
**To:** Kraus, James <James.Kraus@related.com>
**Cc:** Sanjay Vatsa <sanjay.vatsa@apexgroup.com>; Ken Fullerton <ken.fullerton@apexgroup.com>; Jonathan Schmitz <Jonathan.Schmitz@apexgroup.com>; Matthew Semenza <msemenza@lionpointgroup.com>
**Subject:** Apex Data Extract Update

Hi Jim,

As per our conversation last week I wanted to provide an update on the status of the data extract. We expect to receive an extract of the database as of Jan 31st from FIS in the coming week.  Upon receipt, Apex will then perform a validation of the data and make it available to you.  We expect this process to be wrapped up fully

CONFIDENTIAL

RFM0000088

within 2 weeks but we will continue to work with FIS to accelerate the delivery to us so we can commence with our part of the process.

We will provide another update by close of business Friday.

Best regards,

 Maria Von Horvath

Local Managing Director

Maria.VonHorvath@apexgroup.com

---

**From:** Kraus, James <James.Kraus@related.com>
**Sent:** Monday, January 27, 2025 8:48 AM
**To:** Maria Von Horvath <Maria.VonHorvath@apexgroup.com>
**Cc:** Sanjay Vatsa <sanjay.vatsa@apexgroup.com>; Ken Fullerton <ken.fullerton@apexgroup.com>; Jonathan Schmitz <Jonathan.Schmitz@apexgroup.com>; Matthew Semenza <msemenza@lionpointgroup.com>
**Subject:** RE: Goodbye

CAUTION: This email originated from outside of the organisation. Do not click links or open attachments unless you recognise the sender and know the content is safe.

Yes, that works for me.

---

**From:** Maria Von Horvath <Maria.VonHorvath@apexgroup.com>
**Sent:** Monday, January 27, 2025 9:47 AM
**To:** Kraus, James <James.Kraus@related.com>
**Cc:** Sanjay Vatsa <sanjay.vatsa@apexgroup.com>; Ken Fullerton <ken.fullerton@apexgroup.com>; Jonathan Schmitz <Jonathan.Schmitz@apexgroup.com>; Matthew Semenza <msemenza@lionpointgroup.com>
**Subject:** RE: Goodbye

Hi Jim,

Does this time work for you as well?

- Friday, 1/31, at 10am

Best regards,



Maria Von Horvath

Local Managing Director

Maria.VonHorvath@apexgroup.com

---

**From:** Matthew Semenza <msemenza@lionpointgroup.com>
**Sent:** Saturday, January 25, 2025 6:25 PM
**To:** Maria Von Horvath <Maria.VonHorvath@apexgroup.com>
**Cc:** Sanjay Vatsa <sanjay.vatsa@apexgroup.com>; Ken Fullerton <ken.fullerton@apexgroup.com>; Jonathan Schmitz <Jonathan.Schmitz@apexgroup.com>; Kraus, James <James.Kraus@related.com>
**Subject:** Re: Goodbye

CAUTION: This email originated from outside of the organisation. Do not click links or open attachments unless you recognise the sender and know the content is safe.

Hi Maria, Friday 1/31 at 10am works. Thanks.

**Matthew Semenza**

Partner

+1 (914) 434-5967

alternatives.alphafmc.com [alternatives.alphafmc.com] | Connect with us on LinkedIn [linkedin.com]
alphafmc.com [alphafmc.com] | Connect with us on LinkedIn [linkedin.com]

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

CONFIDENTIAL

**From:** Maria Von Horvath <Maria.VonHorvath@apexgroup.com>
**Sent:** Thursday, January 23, 2025 3:45:10 PM
**To:** Matthew Semenza <msemenza@lionpointgroup.com>
**Cc:** Sanjay Vatsa <sanjay.vatsa@apexgroup.com>; Ken Fullerton <ken.fullerton@apexgroup.com>; Jonathan Schmitz <Jonathan.Schmitz@apexgroup.com>; Kraus, James <James.Kraus@related.com>
**Subject:** RE: Goodbye

Hi Matt and Jim,

Our Global Head of Data Governance and Excellence is available next week Tuesday, 1/28, Thursday, 1/29, or Friday, 1/31, between 10 and 12 pm EST.

Please confirm what day works for you to schedule this meeting.

Please c



Maria Von Horvath

Local Managing Director

Maria.VonHorvath@apexgroup.com

---

**From:** Maria Von Horvath <Maria.VonHorvath@apexgroup.com>
**Sent:** Monday, January 20, 2025 6:09 PM
**To:** Matthew Semenza <msemenza@lionpointgroup.com>
**Cc:** Sanjay Vatsa <sanjay.vatsa@apexgroup.com>; Ken Fullerton <ken.fullerton@apexgroup.com>; Jonathan Schmitz <Jonathan.Schmitz@apexgroup.com>; Kraus, James <James.Kraus@related.com>
**Subject:** RE: Goodbye

Hi Matt,

I requested availability from our Global Head of Data Governance and Excellence for the requested week and will come back to you.

Thank you!

CONFIDENTIAL

RFM0000091

APEX

Maria Von Horvath

Local Managing Director

Maria.VonHorvath@apexgroup.com

---

**From:** Matthew Semenza <msemenza@lionpointgroup.com>
**Sent:** Monday, January 20, 2025 5:58 PM
**To:** Maria Von Horvath <Maria.VonHorvath@apexgroup.com>
**Cc:** Sanjay Vatsa <sanjay.vatsa@apexgroup.com>; Ken Fullerton <ken.fullerton@apexgroup.com>; Jonathan Schmitz <Jonathan.Schmitz@apexgroup.com>; Kraus, James <James.Kraus@related.com>
**Subject:** Re: Goodbye

CAUTION: This email originated from outside of the organisation. Do not click links or open attachments unless you recognise the sender and know the content is safe.

Hi Maria,

Apologies I am OOO this week can we look to Jan 27? I'm open any time that day. Thanks

**Matthew Semenza**

Partner

+1 (914) 434-5967

alternatives.alphafmc.com [alternatives.alphafmc.com] | Connect with us on LinkedIn [linkedin.com]
alphafmc.com [alphafmc.com] | Connect with us on LinkedIn [linkedin.com]

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

---

**From:** Maria Von Horvath <Maria.VonHorvath@apexgroup.com>
**Sent:** Monday, January 20, 2025 6:55:04 PM
**To:** Matthew Semenza <msemenza@lionpointgroup.com>

RFM0000092

**Cc:** Sanjay Vatsa <sanjay.vatsa@apexgroup.com>; Ken Fullerton <ken.fullerton@apexgroup.com>; Jonathan Schmitz <Jonathan.Schmitz@apexgroup.com>; Kraus, James <James.Kraus@related.com>
**Subject:** RE: Goodbye

Hi Matt,

I want to follow up with you on the previous email.

Thank you.



Maria Von Horvath

**Local Managing Director**

Maria.VonHorvath@apexgroup.com

---

**From:** Maria Von Horvath <Maria.VonHorvath@apexgroup.com>
**Sent:** Friday, January 17, 2025 3:06 PM
**To:** Kraus, James <James.Kraus@related.com>; Matthew Semenza <msemenza@lionpointgroup.com>
**Cc:** Sanjay Vatsa <sanjay.vatsa@apexgroup.com>; Ken Fullerton <ken.fullerton@apexgroup.com>; Jonathan Schmitz <Jonathan.Schmitz@apexgroup.com>
**Subject:** RE: Goodbye

@Matthew Semenza – please confirm your availability and I will schedule.

Thank you.



Maria Von Horvath

**Local Managing Director**

Maria.VonHorvath@apexgroup.com

CONFIDENTIAL

RFM0000093

**From:** Kraus, James <James.Kraus@related.com>
**Sent:** Friday, January 17, 2025 3:02 PM
**To:** Maria Von Horvath <Maria.VonHorvath@apexgroup.com>; Matthew Semenza <msemenza@lionpointgroup.com>
**Cc:** Sanjay Vatsa <sanjay.vatsa@apexgroup.com>; Ken Fullerton <ken.fullerton@apexgroup.com>; Jonathan Schmitz <Jonathan.Schmitz@apexgroup.com>
**Subject:** RE: Goodbye

CAUTION: This email originated from outside of the organisation. Do not click links or open attachments unless you recognise the sender and know the content is safe.

I would like to have Matt join as well.  I am free on Tuesday from 10 – 12:30 EST.

**From:** Maria Von Horvath <Maria.VonHorvath@apexgroup.com>
**Sent:** Friday, January 17, 2025 3:09 PM
**To:** Kraus, James <James.Kraus@related.com>
**Cc:** Sanjay Vatsa <sanjay.vatsa@apexgroup.com>; Ken Fullerton <ken.fullerton@apexgroup.com>; Jonathan Schmitz <Jonathan.Schmitz@apexgroup.com>
**Subject:** RE: Goodbye

Hi Jim,

Our IT and Governance team met today and as next step in the process to determine the plan, requested a meeting between you and David Archer, who is our Global Head of Data Governance and Excellence. David is based in London and available on Tuesday, 1/21, after 3 pm UK time which is 10 am EST. Please let us what time works for you for this meeting on Tuesday.

Best regards,



Maria Von Horvath

Local Managing Director

Maria.VonHorvath@apexgroup.com

**From:** Kraus, James <James.Kraus@related.com>
**Sent:** Friday, January 17, 2025 12:34 PM
**To:** Jonathan Schmitz <Jonathan.Schmitz@apexgroup.com>

CONFIDENTIAL                                                                  RFM0000094

Cc: Sanjay Vatsa <sanjay.vatsa@apexgroup.com>; Ken Fullerton <ken.fullerton@apexgroup.com>; Maria Von Horvath <Maria.VonHorvath@apexgroup.com>
**Subject:** RE: Goodbye

> CAUTION: This email originated from outside of the organisation. Do not click links or open attachments unless you recognise the sender and know the content is safe.

Ok, thanks for the clarification and plan forward.

Are we able to catch up on the path forward re/ data?

---

**From:** Jonathan Schmitz <Jonathan.Schmitz@apexgroup.com>
**Sent:** Friday, January 17, 2025 1:30 PM
**To:** Kraus, James <James.Kraus@related.com>
**Cc:** Sanjay Vatsa <sanjay.vatsa@apexgroup.com>; Ken Fullerton <ken.fullerton@apexgroup.com>; Maria Von Horvath <Maria.VonHorvath@apexgroup.com>
**Subject:** RE: Goodbye

Hi Jim,

This was a miss on my part, as I was focusing on the dedicated Related accounting FM and PM teams.

Annette is part of a shared resource payments team that works on several clients and not fully dedicated to Related.

We do have another Treasury AVP starting 2/6/25. We are also looking to promote one of the existing staff to give them another AVP. Then lastly, we will utilize Joana Reising who leads the broader Apex shared service payments team as well. This should give Related additional coverage and an even broaden payments team to leverage if anyone is out.

Thanks,

 Jonathan Schmitz

Regional Head of Operations RA – North America & Local Managing Director (LMD), Charlotte

t: +1 704-927-5403

CONFIDENTIAL

RFM0000095

Jonathan.Schmitz@apexgroup.com

Apex Group, 15720 Brixham Hill Avenue, Suite 206, Charlotte, North Carolina, 28277, USA

Americas | APAC | Europe | MEA



This e-mail and any attachments transmitted with it are solely intended for the use of the individual or entity to whom they are addressed. If you have received this e-mail in error, please delete it from your system and kindly inform Apex accordingly. Apex excludes any warranty and any liability as to the contents of this e-mail and its attachments, which shall not be binding upon Apex. You must not copy the message or disclose its contents to anyone. Apex is licensed as required for the services it offers. For further information on the license permissions applicable to your jurisdiction please visit our website at apexgroup.com. Disclaimer [apexgroup.com] | Privacy Policy [apexgroup.com] | Regulatory Status [apexgroup.com]

**From:** Kraus, James <James.Kraus@related.com>
**Sent:** Friday, January 17, 2025 12:00 PM
**To:** Jonathan Schmitz <Jonathan.Schmitz@apexgroup.com>
**Cc:** Sanjay Vatsa <sanjay.vatsa@apexgroup.com>; Ken Fullerton <ken.fullerton@apexgroup.com>; Maria Von Horvath <Maria.VonHorvath@apexgroup.com>
**Subject:** FW: Goodbye

CAUTION: This email originated from outside of the organisation. Do not click links or open attachments unless you recognise the sender and know the content is safe.

This is one of the 5 that was on your org chart that I thought was leaving which I wasn't informed of yesterday and which now seems odd that you all were shocked about.

Is Laura the only VP level person on treasury? What is our coverage if Laura is out?

CONFIDENTIAL                                                                                                    RFM0000096



**From:** Annette Dixon <adixon@apexgrpfs.com>
**Sent:** Friday, January 17, 2025 11:45 AM
**To:** Heiser, Breanna <bheiser@related.com>; Kraus, James <James.Kraus@related.com>; TreasuryDept <TreasuryDept@Related.com>; Wilson, Kimarley <KiWilson@related.com>
**Subject:** Goodbye

Hello,

Today is my last day with Apex and I wanted to take minute to say goodbye and to say that I really enjoyed working with you all. Hopefully our paths will cross again sometime in the future.

Goodbye for now,

Annette

Annette Dixon

Manager, Real Assets

T    (945) 235.7620

A    8750 N Central Expressway, Suite 1825, Dallas, TX 75231

W    apexgroup.com [url.za.m.mimecastprotect.com]

CONFIDENTIAL

RFM0000097



**APEX**
Driving

Positive change.

Abu Dhabi | Australia | Bahamas | Bahrain | Bermuda | Brazil | Bulgaria | Canada | Cayman | China | Cyprus | Denmark | Dubai | France | Germany | Gibraltar | Guernsey | Hong Kong | Hungary | India | Ireland | Isle of Man | Israel | Japan | Jersey | Luxembourg | Malta | Mauritius | New Zealand | Serbia | Singapore | South Africa | Spain | Sweden | Switzerland | The Netherlands | UK | Uruguay | USA

This e-mail and any attachments transmitted with it are solely intended for the use of the individual or entity to whom they are addressed. If you have received this e-mail in error, please delete it from your system and kindly inform Apex accordingly. Apex excludes any warranty and any liability as to the contents of this e-mail and its attachments which shall not be binding upon Apex. You must not copy the message or disclose its contents to anyone. Disclaimer [url.za.m.mimecastprotect.com] | Privacy Policy [url.za.m.mimecastprotect.com]

🖨 Please consider the environment before printing this email

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

Please note that we may store contact data on our CRM system. Further detail is available through our privacy statement. Privacy statement: https://alphafmc.com/privacy-policy/ [alphafmc.com]

RFM0000098

Please note that we may store contact data on our CRM system. Further detail is available through our privacy statement. Privacy statement: https://alphafmc.com/privacy-policy/ [alphafmc.com]

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

Please note that we may store contact data on our CRM system. Further detail is available through our privacy statement. Privacy statement: https://alphafmc.com/privacy-policy/ [alphafmc.com]

Please note that we may store contact data on our CRM system. Further detail is available through our privacy statement. Privacy statement: https://alphafmc.com/privacy-policy/ [alphafmc.com]

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

The contents of this email and any file(s) attached are strictly confidential and are intended solely for the addressee. It may contain information and/or attachments that are privileged, confidential, proprietary and protected from disclosure, which cannot be reproduced, transmitted, disclosed, or used in whole or in part, without the written consent of any of the entities of IQ-EQ group. If you are not the intended recipient, please notify the sender immediately and delete this email. All statements of opinion or advice presented in this email are solely those of the author and do not necessarily represent those of or are endorsed by the entity in the signature block. IQ-EQ group is neither liable for the proper and complete

RFM0000099

transmission of the information contained in this communication nor for any delay in its receipt. This communication or any attachment thereto is not intended, and should not be construed, as investment advice and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. This communication or any attachment thereto is not intended, and should not be construed, as legal, tax, public accounting or auditing advice or opinions. You should consult your legal counsel, accountants and/or tax advisors prior to making any decisions or taking any action concerning the matters in this communication. Attachments hereto may have additional important disclosures and disclaimers, which you should read. When addressed to clients, any information contained in this e-mail shall be subject to the terms and conditions in the applicable client contract. The sender of this email may not be acting on its own account and may be acting as agent of another party. If this email relates to matters pertaining to another party, the sender is sending this email in its appointed capacity for that third party.

IRS CIRCULAR 230 NOTICE: In order to comply with the requirements mandated by the IRS, we are required to advise you that any Federal tax advice contained in this e-mail message, including attachments to this message, is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing, or recommending to another party any transaction or tax-related matter addressed in this e-mail message or attachments.

CONFIDENTIAL

RFM0000100