

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Brian L. Beckerman
Tel: +1.212.858.1228
brian.beckerman@pillsburylaw.com

July 29, 2026

**<u>Via ECF</u>**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> **Re:** ***Apex Group Capital Advisors LLC v Related Fund Management, LLC et al.*, No. 25-cv-08892 (VEC): Motion to Amend First Amended Complaint**

Dear Judge Caproni:

We write on behalf of Plaintiff Apex Group Capital Advisors LLC ("Apex Capital") to advise the Court that earlier today Apex Capital filed amended versions of its Notice of Motion to Amend the First Amended Complaint (the "Motion"), the accompanying Memorandum of Law, and the supporting Declaration of Brian L. Beckerman. The amended submissions contain minor revisions to address Federal Rule of Civil Procedure 16(b)(4) and to explain why, in addition to the other bases for the Motion, good cause exists to modify the Scheduling Order. No other substantive changes have been made to Apex Capital's motion papers.[1]

Respectfully submitted,

*/s/ Brian L. Beckerman*
Brian L. Beckerman

---

[1] Earlier today, the Court entered a briefing schedule on the Motion, setting August 28, 2026 as Defendants' deadline to respond. *See* Dkt. 160. Should the Court conclude that Apex Capital's amended filings warrant additional time for Defendants to respond, Apex Capital does not oppose a corresponding extension of that deadline.