July 31, 2026

**VIA ECF**
The Honorable Valerie Caproni
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1930
New York, NY 10007-1312

Re:    *Apex Group Capital Advisors LLC v. Related  Fund Management LLC et al.,* 1:25-cv-
         08892-VEC – Joint Letter re: Request for Stay of Depositions

Dear Judge Caproni:

        The parties in the above-captioned action write to jointly request that the deadline to start
and complete depositions be stayed pending the Court's resolution of Plaintiff Apex Capital Group
Advisors LLC's ("Apex") Amended Motion for Leave to Amend the Complaint ("Motion to
Amend"). (Dkt. Nos. 161–164).

        Apex's proposed amendment, if permitted, would expand the scope of this litigation by
adding a new defendant and new claims and, thus, would necessarily broaden the scope of
discovery by requiring additional document discovery and expanding the subject matter of party
and third-party depositions. The proposed new defendant would also be entitled to participate fully
in discovery and would likely seek to depose many of the same party and third-party witnesses
whose depositions are currently scheduled. Proceeding with those depositions before the Motion
to Amend is resolved would therefore create a substantial risk that witnesses would need to appear
for additional depositions on the expanded claims and defenses, resulting in duplicative costs,
unnecessary burden on the parties and third-party witnesses, and avoidable scheduling
complications. A limited stay of depositions would avoid those inefficiencies.

        The parties previously agreed that depositions would commence on June 1, 2026. *See* Joint
Status Letter dated February 16, 2026 (Dkt. No. 125). Before Apex filed its Motion to Amend, the
parties had diligently negotiated and scheduled depositions for nearly all anticipated witnesses. In
light of Apex's pending motion, the parties respectfully request that the deadline for commencing
depositions be extended until four weeks after the Court resolves the Motion to Amend. That four-
week period would allow the parties to negotiate a new deposition schedule.

        The parties further request permission to submit, within two weeks after the Court resolves
the Motion to Amend, a proposed revised schedule for the completion of fact and expert discovery.
The parties are not requesting a stay of document discovery or other fact discovery at this time.

Respectfully Submitted,

PILLSBURY WINTHROP SHAW
PITTMAN LLP

By: */s /Brian L. Beckerman*

Amy L. Ruhland (*pro hac vice*)
Abigail Griffith (*pro hac vice*)
401 W 4th Street, Suite 3200
Austin, TX 78701
(512) 580-9600
amy.ruhland@pillsburylaw.com
abby.griffith@pillsburylaw.com

Brian L. Beckerman
Stephanie M. Coughlan
31 West 52nd Street
New York, NY 10019
Telephone: 212.858.1000
Fax: 212.858.1500
brian.beckerman@pillsburylaw.com
stephanie.coughlan@pillsburylaw.com

*Attorneys for Plaintiff Apex Group Capital
Advisors LLC*

CLARICK GUERON REISBAUM LLP

By: */s/*Nicole Gueron
Nicole Gueron
David Kimball-Stanley
Elizabeth R. Baggott
Erin Woodruff
41 Madison Avenue, 23rd Floor
New York, NY 10010
Phone: (212) 633-4310
Fax: (646) 478-9484
ngueron@cgr-law.com
dkimballstanley@cgr-law.com
ebaggott@cgr-law.com
ewoodruff@cgr-law.com

*Attorneys for Defendants Related Fund
Management, LLC and James Kraus*

SADIS & GOLDBERG LLP

By: */s/ Scott C. Ferrier*
Samuel J. Lieberman
Jennifer Rossan
Scott C. Ferrier
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-6675
slieberman@sadis.com
jrossan@sadis.com
sferrier@sadis.com

*Counsel for Defendant Ryan Hope*

ATWOOD & MCCALL, PLLC

By: /s/ Wilson E. Wray
Wilson E. Wray (*pro hac vice*)
Austin F. Pennington (*pro hac vice*)
8150 N. Central Expressway, Suite 1100
Dallas, Texas 75206
T: (972) 665-9600
F: (214) 736-2960
wwray@atwoodmccall.com
apennington@atwoodmccall.com

Samuel J. Lieberman
Jennifer Rossan
Scott C. Ferrier
SADIS & GOLDBERG LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-6675
slieberman@sadis.com
jrossan@sadis.com
sferrier@sadis.com

*Attorneys for Defendant Preston Callen*

SPENCER FANE LLP

By: /s/ Laurie N. Patton
Laurie N. Patton (*pro hac vice*)
Elizabeth C. Conway
711 Third Avenue
New York, NY 10017
(212) 907-7300
lpatton@spencerfane.com
econway@spencerfane.com

*Attorneys for Defendant William C. Chaney*

FARROW-GILLESPIE HEATH
WILMOTH LLP

By: /s/ Stephanie K. Osteen
Stephanie K. Osteen (*pro hac vice*)
Caylin Cierra Craig (*pro hac vice*)
1900 North St. Paul Street, Suite 2100
Dallas, TX 75201
(214) 361-5600
stephanie.osteen@fghwlaw.com
caylin.craig@fghwlaw.com

Samuel J. Lieberman
Jennifer Rossan
Scott C. Ferrier
SADIS & GOLDBERG LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-6675
slieberman@sadis.com
jrossan@sadis.com
sferrier@sadis.com

*Counsel for Defendant Lucas Belinkie*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on July 31, 2026, a copy of the foregoing was served on all counsel of record electronically via ECF.

/s/ Scott C. Ferrier
Scott C. Ferrier
Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-6675
sferrier@sadis.com

4