**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

APEX GROUP CAPITAL ADVISORS
LLC F/K/A SANDSPOINT CAPITAL
ADVISORS LLC,

      Plaintiff,

          v.

RELATED FUND MANAGEMENT, LLC;
JAMES KRAUS; LUCAS BELINKIE;
PRESTON CALLEN; WILLIAM C.
CHANEY; and RYAN HOPE

      Defendants.

Case No. 1:25-cv-8892-VEC

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE THAT Cameron Posillico, of the law firm Sadis and Goldberg

LLP, is hereby entering an appearance in the above-captioned matter as counsel for Defendants

Lucas Belinkie, Ryan Hope and Preston Callen.

Dated: August 14, 2026
New York, New York

                    SADIS & GOLDBERG LLP

                    By: */s/ Cameron Posillico*
                        Cameron Posillico
                        551 Fifth Avenue, 21st Floor
                        New York, NY 10176
                        212.573.8151
                        cposillico@sadis.com

                        *Attorney for Defendants Lucas Belinkie,*
                        *Ryan Hope and Preston Callen*

{00493514.DOCX; 1}