UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC,

Plaintiff,

-against-

RELATED FUND MANAGEMENT LLC; JAMES KRAUS; LUCAS BELINKIE; PRESTON CALLEN; WILLIAM C. CHANEY; and RYAN HOPE,

Defendants.

------------------------------------------------------------X

25-CV-08892 (VEC)

AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE

The above entitled action is referred to Magistrate Judge Stein for the following purpose(s):

_x_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_x_ Specific Non-Dispositive Motion/Dispute:
Discovery disputes outlined by the parties. *See* Dkt. 153.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:____________________

___Settlement

__ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: ____________________

___ Habeas Corpus

___ Social Security

___ Dispositive Motions (i.e. motion requiring Report and Recommendation)
Particular Motion:
____________________

All such motions: ____

**SO ORDERED.**

**Date: August 18, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**