**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC,

Plaintiff,

-against-

RELATED FUND MANAGEMENT, LCC et al.,

Defendants.

---------------------------------------------------------------------X

**25 Civ. 8892 (VEC) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On August 18, 2026, the Court held a discovery conference with respect to the discovery issues raised in the parties' July 15, 2026 status letter. (*See* Dkt. No. 153). For the reasons discussed during the conference, it is hereby ORDERED that:

1. Plaintiff's request to be allowed to forensically examine the Employee Defendants' personal computers, mobile phones, and personal email accounts, cloud storage sites, and external hard drives is denied;[1]

2. By no later than August 21, 2026, the parties shall submit supplemental letters more fully addressing the dispute as to the Employee Defendants' request to depose John Clingerman and Bruce Moats;

3. Defendants' request to order Plaintiff to provide employee and client departure information for Plaintiff's Sanne Group is denied; Plaintiff is directed to disclose employee and client departure information for the relevant Apex Capital

---

[1] This ruling does not affect the parties' agreement that Plaintiff will be able to forensically image Defendants Belinkie, Hope and Callen's mobile phones.

business unit going back to January 2024 (as opposed to November 2024 as proposed by Plaintiff); the parties are directed to meet and confer about how to define the scope of the information to be provided for this business unit; and the parties are further directed to submit a joint status letter with regard to this issue by no later than August 25, 2026;

4. Defendants' request for additional time to depose certain fact witnesses is deferred until Judge Caproni's ruling on Plaintiff's motion to amend its complaint, at which time the request may be renewed based on the facts and circumstances existing at that time;

5. Plaintiff's request for an order directing Defendant Kraus to run Apex's revised search terms against his already collected text messages and provide a hit report is denied;

6. Defendants' request to order Plaintiff to further supplement its trade secret disclosures is denied as moot (and without prejudice to renewal) in light of Plaintiff's representation that it will promptly supplement such disclosures; and

7. Defendants' request for an order directing Plaintiff to search the mobile device of Sanjay Vatsa for relevant text messages is denied.

**SO ORDERED.**

DATED: New York, New York
August 19, 2026

The Honorable Gary Stein
United States Magistrate Judge