# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC,<br><br>Plaintiff,<br><br>v.<br><br>RELATED FUND MANAGEMENT, LLC; JAMES KRAUS; LUCAS BELINKIE; PRESTON CALLEN; WILLIAM C. CHANEY; and RYAN HOPE<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:25-cv-01627-X |

**DECLARATION OF JOHN R. CLINGERMAN**
**IN SUPPORT OF AMENDED MOTION FOR PRELIMINARY INJUNCTION**

1. My name is John R. Clingerman. I am over eighteen (18) years of age and am legally competent to make this Declaration, which is true and correct, based on my personal knowledge, and is made voluntarily and not under duress.

2. I am a Certified Forensic Computer Examiner (CFCE), and I work for Consilio, LLC ("Consilio") as a Senior Manager in the Expert Witnesses Services team, a subgroup of Consilio's Digital Forensic and Expert Services group. I perform forensic analysis on digital media and have done so civilly since 2007. Prior to my employment with Consilio and its predecessors I was a police officer for 24 years (1983-2007), the last 14 years holding the civil service rank of Police Investigator.

3. My digital forensic trainings have been ongoing since 2005 with the following entities: National White Collar Crime Center (NW3C), International Association of Computer Investigative Specialists (IACIS), Access Data (currently known as Exterro), Guidance Software,

and Sumuri Forensics. I have coached other law enforcement personnel at IACIS trainings and individual students undertaking IACIS's CFCE certification process. I have continuously held the CFCE certification since 2008 (which requires demonstrating proficiency in forensic theory and analysis) by recertifying every three years. Lastly, I hold a bachelor's degree in computer Forensics and Digital Investigations.

4. My curriculum vitae is attached as Exhibit A to this Declaration.

5. Consilio is an international provider of electronic discovery, digital forensics, information security and management, and litigation support services.

6. Consilio was engaged by the law firm Fisher Phillips, on behalf of their client Apex Group Capital Advisors, LLC ("Apex"), to analyze the computers used by former employees of Apex to determination if data exfiltration occurred of Apex proprietary information.

7. Tom Bogusz, a Consilio examiner, took possession of several laptops from Apex and forensically imaged the internal hard drives of each and subsequently supplied the forensic images to my group for analysis.

8. One of the forensic images I analyzed was of the computer previously identified to Consilio as used by Lucas Belinkie ("Belinkie"), that being a Lenovo ThinkPad T490s laptop with serial number MJ-0DBFEV containing a 256GB Samsung solid state drive with serial number S4ELNF1N541800 ("Belinkie Computer").

9. During my analysis of the forensic image of the Belinkie Computer, I discovered the user profile named "lbelinkie" with artifacts showing the last use was 12-04-2024. Consilio understands this was the last day of Belinkie's employment at Apex.

10. During my analysis of the forensic image of the Belinkie Computer I observed artifacts that indicated a personal web-based email account named "lucas.belinkie@gmail.com" had interacted with the corporate email addresses of "lbelinkie@spcapitaladvisors.com" and "lbelinkie@apexgrpfs.com" resulting in several messages that showed Submit Times dated between 10-04-2024 and 12-04-2024.

11. Additionally, Chrome web browser Visits and History artifacts on the Belinkie Computer showed several accesses to the URL "accounts.google.com" occurring between 08-26-2024 and 09-16-2024, and Chrome Downloads artifacts showed several downloads from the URL "mail.google.com" between 05-19-2022 and 06-12-2024. While the Edge web browser artifacts showed accesses to the website URL "accounts.google.com" on 08-07-2024 with website page titles showing as "Google Drive: Sign-in" and "Home - Google Drive."

12. I also analyzed the forensic image of the computer previously identified to Conslio as used by Preston Callan ("Callan"), that being a Dell Latitude 3320 laptop with service tag 8H8TQG3 containing a 256GB SK Hynix solid state drive with serial number FYA8N049013508T4Y ("Callan Computer").

13. During my analysis of the forensic image of the Callan Computer, I discovered two user profiles named "pcallen" with artifacts showing the last use was 12-20-2024 and a user profile named "pcallen.old" with artifacts showing the last use was 02-27-2024. Consilio understands Callen's 12-20-2024 was the last day of Callen's employment at Apex.

14. During my analysis of the forensic image of the Callan Computer, I observed a connected universal serial bus device ("USB") identified as "NORELSYS 1081CS1 USB Device" with serial number 0123456789ABCDE and used by the "pcallen.old" user profile the first time on 09-11-2023 and last connected on 12-19-2024 at 9:10am central time and last

disconnected on 12-20-2024 at 12:12pm central time. The chart below shows the artifacts that were observed:

| Description | Serial/UID | First Connected (CST/CDT) | Last Connected (CST/CDT) | Last Disconnected (CST/CDT) | Volume Name/Label | Drive Letter(s) | VSN | Last User |
|---|---|---|---|---|---|---|---|---|
| NORELSYS 1081CS1 USB Device | 0123456789ABCDE | 09/11/2023 09:05 AM | 12/19/2024 09:10 AM | 12/20/2024 12:12 PM | D:\; E:\ | E: | | pcallen.old |

15. Additionally, during my analysis of the forensic image of the Callen Computer, I observed several remote desktop protocol (RDP) connections to an unknown computer on the Apex internal network. An RDP connection allows access and control of another (remote) computer on a network. Below is a chart depicting the date and times of the outgoing connection to a computer on the Apex network located at IP address 10.250.100.28.

| Record | Event ID | Created Date/Time - UTC-06:00 | Direction | Destination IP Address | Source |
|---|---|---|---|---|---|
| 1 | 1102 | 12/19/2024 09:10:59 AM | Outgoing | 10.250.100.28 | \Windows\System32\winevt\Logs\Microsoft-Windows-TerminalServices-RDPClient%4Operational.evtx |
| 3 | 1102 | 12/18/2024 11:47:35 AM | Outgoing | 10.250.100.28 | \Windows\System32\winevt\Logs\Microsoft-Windows-TerminalServices-RDPClient%4Operational.evtx |
| 7 | 1102 | 12/18/2024 09:13:28 AM | Outgoing | 10.250.100.28 | \Windows\System32\winevt\Logs\Microsoft-Windows-TerminalServices-RDPClient%4Operational.evtx |
| 8 | 1102 | 12/12/2024 10:28:23 AM | Outgoing | 10.250.100.28 | \Windows\System32\winevt\Logs\Microsoft-Windows-TerminalServices-RDPClient%4Operational.evtx |
| 10 | 1102 | 12/11/2024 09:09:03 AM | Outgoing | 10.250.100.28 | \Windows\System32\winevt\Logs\Microsoft-Windows-TerminalServices-RDPClient%4Operational.evtx |
| 11 | 1102 | 12/05/2024 09:44:35 AM | Outgoing | 10.250.100.28 | \Windows\System32\winevt\Logs\Microsoft-Windows-TerminalServices-RDPClient%4Operational.evtx |
| 12 | 1102 | 12/04/2024 09:26:12 AM | Outgoing | 10.250.100.28 | \Windows\System32\winevt\Logs\Microsoft-Windows-TerminalServices-RDPClient%4Operational.evtx |

| | | | | | |
|---|---|---|---|---|---|
| 13 | 1102 | 12/02/2024 09:00:11 AM | Outgoing | 10.250.100.28 | \Windows\System32\winevt\Logs\Microsoft-Windows-TerminalServices-RDPClient%4Operational.evtx |
| 14 | 1102 | 11/29/2024 10:52:15 AM | Outgoing | 10.250.100.28 | \Windows\System32\winevt\Logs\Microsoft-Windows-TerminalServices-RDPClient%4Operational.evtx |
| 15 | 1102 | 11/27/2024 09:58:04 AM | Outgoing | 10.250.100.28 | \Windows\System32\winevt\Logs\Microsoft-Windows-TerminalServices-RDPClient%4Operational.evtx |
| 16 | 1102 | 11/25/2024 08:52:56 AM | Outgoing | 10.250.100.28 | \Windows\System32\winevt\Logs\Microsoft-Windows-TerminalServices-RDPClient%4Operational.evtx |
| 17 | 1102 | 11/18/2024 09:23:58 AM | Outgoing | 10.250.100.28 | \Windows\System32\winevt\Logs\Microsoft-Windows-TerminalServices-RDPClient%4Operational.evtx |
| 18 | 1102 | 11/13/2024 03:19:09 AM | Outgoing | 10.250.100.28 | \Windows\System32\winevt\Logs\Microsoft-Windows-TerminalServices-RDPClient%4Operational.evtx |
| 19 | 1102 | 11/11/2024 09:21:41 AM | Outgoing | 10.250.100.28 | \Windows\System32\winevt\Logs\Microsoft-Windows-TerminalServices-RDPClient%4Operational.evtx |
| 20 | 1102 | 11/04/2024 02:32:06 PM | Outgoing | 10.250.100.28 | \Windows\System32\winevt\Logs\Microsoft-Windows-TerminalServices-RDPClient%4Operational.evtx |
| 21 | 1102 | 11/04/2024 08:57:11 AM | Outgoing | 10.250.100.28 | \Windows\System32\winevt\Logs\Microsoft-Windows-TerminalServices-RDPClient%4Operational.evtx |
| 22 | 1102 | 11/01/2024 09:41:52 AM | Outgoing | 10.250.100.28 | \Windows\System32\winevt\Logs\Microsoft-Windows-TerminalServices-RDPClient%4Operational.evtx |
| 23 | 1102 | 10/30/2024 12:43:11 AM | Outgoing | 10.250.100.28 | \Windows\System32\winevt\Logs\Microsoft-Windows-TerminalServices-RDPClient%4Operational.evtx |

16. RDP connections to another computer allows the user to control the remote computer as if the user was physically at the remote computer.

17. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 25, 2025 Signed: John R. Clingerman

John R. Clingerman

Case 1:25-cv-08892-VEC-GS Document 37 Filed 01/26/25 Page 165 of 228

**EXHIBIT A**

**John R. Clingerman, CFCE**
Certified Forensic Computer Examiner / Tampa, FL Lab
john.clingerman@counsel.com

## BIOGRAPHY

John has been with Consilio since its purchase of Special Counsel Inc. / D4, LLC in October 2021 and is a Certified Forensic Computer Examiner (CFCE) in the Digital Forensics and Expert Services (DFES) group. Prior to that with D4, LLC John was a Vice President/Manager and member of the company's Forensic Services Group since 2007. John's responsibilities are varied and include project management of digital forensic and data collection projects, overseeing laboratory operations, personnel and equipment in the Rochester, NY and Tampa, FL offices, and personally assisting on projects. John has conducted several digital evidence collections and computer forensic examinations and provides peer review to other examiners.

John came to D4 after retiring from law enforcement with over 24 years of service, the last 14 years holding the rank of Police Investigator. During his career, he held several positions including Patrolman, Youth Officer/D.A.R.E. Instructor, Evidence Technician, Firearms Instructor, and Narcotics Task Force Supervisor. He has investigated all types of major felony crimes including murder, rape, robbery, burglary, and many types of computer-related criminal activities. He has testified hundreds of times in all levels of criminal court from local to federal. In November 2006, he was featured in the National White Collar Crime Center's quarterly issued magazine for uncovering a major international identity theft ring. He has earned many citations during his career including Officer of the Year and two Life Saving Awards.

John's computer forensic trainings have been with the National White Collar Crime Center, International Association of Computer Investigative Specialists (IACIS), Guidance Software, Access Data Corporation and Sumuri Forensics. He is a Certified Forensic Computer Examiner (CFCE), a Certified Cellebrite UFED Mobile Device Examiner, and a Certified Electronic Evidence Collection Specialist (CEECS). He has taught computer forensics at a local community college as well as coached others in the law enforcement community with the CFCE process. John is also a licensed Private Investigator in New York State and Florida.

**PROFESSIONAL EXPERIENCE**

***Consilio, Tampa, FL***
***Forensic Examiner, October 2021 to present***

- Managing the forensic laboratory environment in Tampa, FL
- Project management of data collections and forensic examination engagements
- Conducting forensic examinations
- Perform data collections remotely and in the field
- Peer review
- Provide court room testimony

***Special Counsel, Tampa, FL***
***Manager, Digital & Cyber Forensic Services, July 2019 to October 2021***

- Managing the forensic laboratory environment in Tampa, FL
- Project management of data collections and forensic examination engagements
- Conducting forensic examinations
- Perform data collections in the field
- Peer review
- Assist management when hiring personnel for the Digital & Cyber Forensic Services group at large
- Provide court room testimony
- Public speaking engagements

***Special Counsel, Rochester, NY***
***Manager, Digital & Cyber Forensic Services, January 2019 to July 2019***

- Managing the forensic laboratory environment and personnel within the Rochester, NY office
- Project management of data collections and forensic examination engagements
- Conducting forensic examinations
- Peer review
- Assist management when hiring personnel for the Digital & Cyber Forensic Services group at large
- Provide court room testimony
- Public speaking engagements

***D4, LLC, Rochester, New York***
**Vice President Forensic Services, January 2010 to January 2019**

- Project management of all data collections and forensic examination engagements
- Invoicing
- Hiring personnel
- Managing the forensic laboratory environment and all levels of personnel and activities within
- Conducting forensic examinations
- Peer review
- Provide court room testimony
- Public speaking engagements

**Data Forensics and Collections Manager, September 2007 to January 2010**

- Managing the forensic laboratory environment to include data technicians and evidence clerk
- Overseeing the evidence intake and disposition process
- Conducting forensic examinations
- Assisting project management with assigning resources
- Provide court room testimony
- Public speaking engagements

**Computer Forensic Analyst, February 2007 to September 2007**

- Conducted forensic examinations on computers and cell phones

***Town of Macedon, NY Police Department, Macedon, NY***
**Police Investigator, January 2011 to 2015**

- Investigate felony crimes that are electronic in nature and perform mobile device forensic examinations for the narcotics task force in Wayne County, NY

***Finger Lakes Community College, Canandaigua, New York***
**Adjunct Instructor, January 2006 to May 2007**

- Instructed college students in the topic of Computer Forensics

***Newark, NY Police Department, Newark, New York***
**Police Investigator, October 1993 to September 2007**

- Investigated all felony crimes, which include murder, rape, robbery, burglary, narcotics trafficking, and crimes committed with computers

**Supervisor Wayne County Narcotics Enforcement Team, February 2006 to September 2007**

- Coordinated all police personnel from various county departments and all activities during undercover narcotics investigations and search warrant executions

**Youth Officer/D.A.R.E. Officer, June 1989 to October 1993**

- Investigated all crimes committed by persons 15 years of age and younger, provided educational and public speaking engagements for the department

**Patrolman, March 1983 to June 1989**

- Patrolled the village in marked police car, first responder to all incidents, investigated citizen complaints and traffic accidents

**CERTIFICATIONS**

- Certified Forensic Computer Examiner (CFCE) – Continuously recertified since 2008
- Certified Electronic Evidence Collection Specialist (CEECS)
- Certified Cellebrite UFED Mobile Device Examiner
- Private Investigator – Licensed in New York State and Florida
- New York State Certified Police Officer – Finger Lakes Law Enforcement Academy

**EDUCATION**

**B.S. in Computer Forensics and Digital Investigations – May 2013**
Champlain College, Burlington, VT

- GPA 4.0 – Graduated Summa Cum Laude
- Member of Honor Society Alpha Sigma Lambda

**A.A.S. Degree in Information Technology - May 2010**
Finger Lakes Community College, Canandaigua, NY
**A.A.S. Degree in Criminal Justice May 1982**
Finger Lakes Community College, Canandaigua, NY

**EXPERT TESTIMONY, AFFIDAVITS AND DECLARATIONS**

During a law enforcement career spanning over 24 years, testimony has been given hundreds of times in all levels of courts (local, state and federal) during various types of hearings and at trial on a multitude of criminal matters which include: murder, rape, robbery, burglary, major narcotics trafficking, and also many types of computer related criminal activities (child pornography, identify theft, and grand larceny).
During a corporate career spanning over 17 years, testimony has been given:

- For Civil Respondent – February 2025 at Arbitration hearing for the matter of Stifel, Nicolaus & Company, Inc., v. Sapient Capital, LLC, et al., Defendants, Case No.: 4:23-cv-00241, US District Court for the Eastern District of Missouri
- For Civil Plaintiff – May 2023 at Temporary Restraining Order hearing for the matter Cadence Bank and Linscomb & Williams, Inc. vs. J. Harold Williams, George Williams, and Grant Williams, Cause No. 2023-30911, 125th Judicial District Court, Harris County, Texas
- For Civil Plaintiff – April 2023 at second deposition for the matter Brenntag North America (Coastal Chemical, LLC) vs. Roy Bertrand 6:2021cv04415, US District Court for the Western District of Louisiana
- For Civil Defendant/Counter-Claim Plaintiff – February 2023 at trial for the matter Beach & Vollero vs. Touradji Capital Management, Index No. 603611/08, Supreme Court of the State of New York, County of New York
- For Civil Plaintiff – December 2022 at deposition for the matter Brenntag North America (Coastal Chemical, LLC) vs. Roy Bertrand 6:2021cv04415, US District Court for the Western District of Louisiana
- For Civil Plaintiff – November 2022 at spoliation hearing for the matter Industrial Maintenance Engineering vs. Bruce Johnson and Anthony Gregory, Court Case no. 2:20-cv-659-JMS-DLP, US District Court Southern District of Indiana Terre Haute Division
- For Civil Plaintiff – August 2021 at deposition for the matter Gregory M. Hall Trust Agreement, Court File No. 2018-383,234-TV, Oakland County Probate Court, Michigan
- For Plaintiff – December 2020 at deposition (final half) for Commodity Solutions Inc. vs. Abner, et al., Case No. CI 16-3122, in the District Court Platte County, Nebraska
- For Civil Plaintiff – October 2020 at deposition (first half) for Commodity Solutions Inc. vs. Abner, et al., Case No. CI 16-3122, in the District Court Platte County, Nebraska
- For Plaintiff – July 2020 at hearing for HBW vs. Gentry, et al., Civil Action No. 1:20-cv-00395-RBJ, in the United States District Court for the District of Colorado
- For Plaintiff – July 2020 at deposition for HBW vs. Gentry, et al., Civil Action No. 1:20-cv-00395-RBJ, in the United States District Court for the District of Colorado
- For Plaintiff – April 2019 at deposition for Gene Stamper and Alicia Stamper vs. Northern Arizona Health Care Corporation, No. CV2016-00259, Superior Court, Cocconino County, Arizona

- For Criminal Prosecution – May 2018 at trial for People of the State New York vs. Robert DePalo, Supreme Court, Criminal Term Part 59, Indictment # 04150-2015.
- For Civil Defendant – February 2017 at deposition for Office Depot, Inc. et al vs. Roberts, Case No. 1:2016cv04234 in the New York Southern District Court.
- For Civil Plaintiff – April 2016 at hearing for the matter of the Estate of William R. Nunz, File No. 2012-4075 in the Surrogate's Court of Erie County, Buffalo, NY.
- For Civil Defendant – October 2013 at arbitration hearing for Kevin Wailes v. Tel-Networks, USA, LLC, JAMS Arbitration No. 1425013444 in Manhattan, NY.
- For Civil Defendant – September 2013 at trial for Michael Weidner vs. Lisa Six Weidner, Index No. 9621/2012 in the State Supreme Court, Monroe County, NY.
- For Civil Plaintiff - June 2012 at second deposition for American Builders & Contractors Supply Co., Inc. vs. Roofers Mart, Inc., Bernard S. Miller Jr., Michael L. Burger, Lucas Y. Abbott, Mark E. Lineberry, Daniel Woodall, Steven G. Declue, and John E. Slattery, Case No. 1:11-cv-00019 CEJ in the United States District Court for the Eastern District of Missouri
- For Civil Defendant – May 2012 at deposition for Juan and Ramona Medina vs. Pile Trucking, Inc., Case No. CV-11-06329 GHK in the United States District Court for the Central District of California Western Division
- For Civil Plaintiff - September 2011 at first deposition for American Builders & Contractors Supply Co., Inc. vs. Roofers Mart, Inc., Bernard S. Miller Jr., Michael L. Burger, Lucas Y. Abbott, Mark E. Lineberry, Daniel Woodall, Steven G. Declue, and John E. Slattery, Case No. 1:11-cv-00019 CEJ in the United States District Court for the Eastern District of Missouri Southeastern Division
- For Civil Defendant - July 2010 at trial for Haute Couture vs. Continental Casualty Company, Case No. 4:09-cv-809 JLH in the U.S. District Court, Eastern District of Arkansas, Western Division
- For Criminal Prosecution - October 2008 at Grand Jury New York County, NY for State of NY vs. Testwell, Inc.
- Generated dozens of affidavits that were subsequently submitted to various federal district courts

**TRAINING**

- Best Practices in MAC Forensics, by Sumuri Forensics – IACIS, April 2025
- Cyber Incident Forensic Response – IACIS, April/May 2021
- Best Practices in MAC Forensics, by Sumuri Forensics – IACIS, May 2018
- Windows Forensic Examiner Training – IACIS, May 2016
- Mobile Phone Forensic Examiner Training – IACIS, May 2015
- Certified Cellebrite UFED Physical Examiner Course – Sumuri Forensics, December 2012
- Macintosh Forensics Level 2 – Sumuri Forensics, July 2012
- Macintosh Forensics Level 1 – Sumuri Forensics, March 2012
- Universal Forensic Extraction Device (UFED) Mobile Device Examiner – Sumuri Forensics, August 2011
- Staff Member at Basic Computer Forensics Examiner (BCFE) Training – IACIS, May 2011
- Access Data Mobile Phone Examiner - Access Data Corp, November 2010
- Staff Member at Basic Computer Forensics Examiner (BCFE) Training – IACIS, May 2010
- EnCase II, Guidance Software, June 2009
- Advanced Microsoft Office Document Examination – IACIS, May 2009
- Advanced Windows Forensic Analysis – IACIS, April 2009
- Forensic ToolKit 2.0 – IACIS, May 2008
- Blackbag Technologies Macintosh Forensics – IACIS, May 2008
- Windows Forensics – Access Data, November 2007

- Certified Forensic Computer Examiner (CFCE) Basic Training – IACIS, April 2007
- Forensic ToolKit Boot Camp – Access Data, March 2007
- Advanced Data Recovery & Analysis – ILook, National White Collar Crime Center, May 2006
- Intermediate Data Recovery & Analysis – National White Collar Crime Center, April 2006
- Basic Data Recovery & Analysis – National White Collar Crime Center, February 2006
- Advanced Internet Search for Investigators – Monroe Community College, July 2004
- Computer Technology & Investigations – Monroe Community College, February 2004
- 1st Responders Seizure of Computers & Electronic Evidence – Division of Criminal Justice Services, May 2003
- Internet Train the Trainer – Bureau of Justice Assistance, October 1999
- New York State Juvenile Specialist, April 1994
- Firearms Instructor, October 1993
- Interview & Interrogation, November 1990
- General Topics Police Instructor, November 1989
- D.A.R.E. (Drug Abuse Resistance Education) Officer, October 1989
- Evidence Technician, March 1987

**SPEAKING ENGAGEMENTS**

- Independent Insurance Agents & Brokers of NY, Social Media Panel Discussion CLE, June 2015
- Western NY Paralegal Association, Best Practices for Social Media Collections and Investigations Part 1, April 2012
- Western NY Paralegal Association, Best Practices for Social Media Collections and Investigations Part 2, July 2012
- Presenter at Champlain College DFIR Online Case Study web-based presentation, February 2012
- Genesee County Bar Association Social Media Investigations (CLE), Buffalo, NY November 2011
- Presenter at Genesee County Bar Association Social Media Investigations (CLE), Buffalo, NY November 2011
- Presenter at Legal Med's Social Media Investigations, Buffalo, NY September 2011
- Presenter at Erie County Bar Association's "Facebook *Still* Got You All A- Twitter?" (CLE), Buffalo, NY March 2011
- Presenter at Association of Legal Administrators, Rochester, NY April 21, 2010
- Presenter at Erie County Bar Association, "Facebook Got You All A- Twitter?" (CLE), Buffalo, NY, March 2010
- Presenter at Western NY Certified Fraud Examiner's Meeting, SUNY Brockport, Brockport, NY, December 2009
- Presenter at Career Day, Lyons High School, Lyons, NY, October 2009
- Presenter at "Document Retention and Destruction" seminar in Rochester, NY, January 21, 2009
- Presenter at "Document Retention and Destruction" seminar in Buffalo, NY, January 13, 2009
- Presenter at Career Day, Corning Community College, Corning, NY, October 2008
- Presenter on Computer Forensics at Finger Lakes Community College in Canandaigua, NY, April 2008
- Expert Witness in Mock Rule 26-f Conference, Erie County Bar CLE, January 11, 2008
- "Best Practices on Preservation and Collection" presentation at Erie County Bar CLE, January 11, 2008

- Expert Witness in Mock Rule 26-f Conference, Trials Tactics & Technology Conference, New York, NY, November 2007

**PROFESSIONAL ORGANIZATIONS**

- Member of International Association of Computer Investigative Specialists (IACIS)
  - ~Member of Communications Committee
  - ~Past Staff Member at the Basic Computer Forensic Examiner Training
  - ~Past Website Administrator
  - ~Past CFCE process coach/mentor for law enforcement officers
- Member of High Technology Crime Investigation Association (HTCIA)
- Member of InfraGard
- Member of Williamson Flying Club – October 2012 to present
  - ~ Private Pilot License – June 2014
  - ~ Member Board of Directors - February 2015 to February 2018
  - ~ Member of Annual Pancake Breakfast Committee and Ticket Chairperson – May 2015 to present
  - ~Chairperson of Membership and Activities Committees – February 2016 to February 2018
- Member of Newark Elks Lodge #1249
  - ~Past Club Officer holding Tiler Position
- Past Member of Newark Park Presbyterian Church
  - ~Past Session Member
- Past Member of Newark, NY Rotary Club
  - ~Member of Rotary Group Study Exchange shadowing Argentine Federal Police, May 1999
  - ~Past Member Board of Directors 2002 to 2007
  - ~Past Website Admin
  - ~Past Youth Exchange Committee Chair
- Past Member Board of Directors Newark, NY Public Library