# APPENDIX A

| INDEX | |
|---|---|
| 1 | Ager v. Jane C. Stormont Hosp. & Training Sch. for Nurses, 622 F.2d 496 |
| 2 | Dayton-Phoenix Grp., 1997 WL 1764760 |
| 3 | Hansen Bev. Co. v. Innovation Ventures, LLC, 2010 WL 1608880 |
| 4 | Hayer v. Liverant, 2023 WL 3794517 |
| 5 | Higher One, Inc. v. TouchNet Information Sys., Inc., 298 F.R.D. 82 |
| 6 | Hoover v. U.S. Dep't of Interior, 611 F.2d 1132 |
| 7 | NAACP v. East Ramapo Centr. Sch. Dist., 2018 WL 11260464 |
| 8 | Nelco Corp. v. Slater Elec. Inc., 80 F.R.D. 411 |
| 9 | Northwest Biotherapeutics, Inc. v. Cannacord Genuity LLC, 2026 WL 1398342 |
| 10 | Wreal LLC v. Amazon.Com, Inc., 2015 WL 1281042 |
| 11 | Wright & Miller, 8A Fed. Prac. & Proc. Civ. § 2029 (3d ed. 2026) |