pillsbury

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Brian L. Beckerman
Tel: +1.212.858.1228
brian.beckerman@pillsburylaw.com

August 25, 2026

**VIA ECF**
Hon. Gary Stein
United States Courthouse
500 Pearl Street, Room 702
New York, New York 10007

**Re: *Apex Group Capital Advisors LLC v Related Fund Management, LLC, et al.*, No. 25-cv-08892 (VEC): Joint Status Letter**

Dear Judge Stein:

Pursuant to the Court's August 19, 2026 Order (Dkt. 174), Plaintiff Apex Group Capital Advisors LLC ("Apex") and Defendants Lucas Belinkie, Preston Callen, William C. Chaney, and Ryan Hope (the "Employee Defendants," and together with Apex, the "Parties") submit this Joint Status Letter regarding "how to define the scope of the information to be provided for th[e] business unit" at issue in the Employee Defendants' request for employee departure information "for the relevant Apex Capital business unit going back to January 2024." *See* Dkt. 174 ¶ 3.

On August 21, 2026, the Parties met and conferred concerning this discovery dispute via videoconference. The Parties agreed to define the scope of employee departure information to be Apex employees (including legacy Sandspoint employees) who both (i) are legacy Sandspoint Capital, LLC employees or employees who worked on the Related Account or Angelo Gordon Account at any time between December 1, 2023 and June 1, 2025, and (ii) departed Apex (or any of its affiliates or subsidiaries) between January 1, 2024 and June 1, 2025.

The Parties now consider this discovery dispute resolved, subject to the Employee Defendants' confirmation upon receipt of Apex's production of this information.

Respectfully submitted,

Date: August 25, 2026

*/s/ Brian Beckerman*
Amy L. Ruhland
Texas Bar No. 24043561
amy.ruhland@pillsburylaw.com

Abigail Griffith
Texas Bar No. 24113585
abby.griffith@pillsburylaw.com
401 W 4th Street, Suite 3200
Austin, TX 78701
(512) 580-9600

Brian L. Beckerman
Stephanie M. Coughlan
31 West 52nd Street
New York, NY 10019
Telephone: 212.858.1000
Fax: 212.858.1500
brian.beckerman@pillsburylaw.com
stephanie.coughlan@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
*Attorneys for Apex Group Capital Advisors LLC*

*/s/ Samuel J. Lieberman*
Samuel J. Lieberman
Jennifer Rossan
Scott C. Ferrier
SADIS & GOLDBERG LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-6675
*Counsel for Defendant Ryan Hope*

*/s/ Wilson E. Wray*
Wilson E. Wray (pro hac)
Texas State Bar No. 00797700
wwray@atwoodmccall.com
ATWOOD & MCCALL, PLLC
8150 N. Central Expressway, Suite 1100
Dallas, Texas 75206
T: (972) 665-9600
F: (214) 736-2960

Samuel J. Lieberman
Jennifer Rossan
Scott C. Ferrier
SADIS & GOLDBERG LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176

(212) 573-6675
*Counsel for Defendant Preston Callen*

*/s/ Laurie N. Patton*
SPENCER FANE LLP
Laurie N. Patton (admitted *pro hac vice*)
Elizabeth C. Conway
711 Third Avenue
New York, NY 10017
(212) 907-7300
lpatton@spencerfane.com
econway@spencerfane.com
*Counsel for Defendant William C. Chaney*

*/s/ Stephanie K. Osteen*
Stephanie K. Osteen (admitted *pro hac vice*)
Caylin Cierra Craig (admitted *pro hac vice*)
FARROW-GILLESPIE HEATH WILMOTH LLP
1900 North St. Paul Street, Suite 2100
Dallas, TX 75201
(214) 361-5600

Samuel J. Lieberman
Jennifer Rossan
Scott C. Ferrier
SADIS & GOLDBERG LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-6675
*Counsel for Defendant Lucas Belinkie*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 25, 2026, a copy of the foregoing was served on all counsel of record electronically via ECF.

*/s/ Brian Beckerman*
Brian Beckerman