**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC,<br><br>Plaintiff,<br><br>v.<br><br>RELATED FUND MANAGEMENT, LLC; JAMES KRAUS; LUCAS BELINKIE; PRESTON CALLEN; WILLIAM C. CHANEY; and RYAN HOPE,<br><br>Defendants. | Case No. 1:25-cv-8892-VEC |

**DECLARATION OF SAMUEL J. LIEBERMAN IN SUPPORT OF OPPOSITION TO THE MOTION TO AMEND COMPLAINT**

I, Samuel J. Lieberman, an attorney duly licensed to practice law in the State of New York, declare under the penalties of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney licensed to practice law, and in good standing, in the State of New York. I am a partner in the law firm of Sadis & Goldberg LLP ("Sadis"), counsel for Ryan Hope, and local counsel for Lucas Belinkie, and Preston Callen, in the above-captioned matter. I am licensed in the State of New York and admitted to practice before this Court. I make this declaration based on my personal knowledge of the facts below and the proceedings in this case.

2. I respectfully submit this declaration in support of Lucas Belinkie, Preston Callen, William C. Chaney, and Ryan Hope's (the "Employee Defendants") Opposition to Plaintiff Apex Group Capital Advisors LLC's ("Apex" or "Plaintiff") Untimely Motion to Amend the Complaint.

3. On January 31, 2025, Apex sued IQEQ US Management Co, LLC ("IQ-EQ"), and the Employee Defendants in a case captioned *Apex Group Capital Advisors LLC v. IQEQ US Management Co LLC et al.*, No. 25-CV-00260 (N.D. Tex., Dkt. No. 1) (the "January 2025

Complaint"). Attached hereto as **Exhibit 1** is a true and correct copy of the January 2025 Complaint.

4. Apex voluntarily dismissed the January 2025 Complaint and all claims against IQ-EQ with prejudice on February 19, 2025. Attached hereto as **Exhibit 2** is a true and correct copy of Apex's dismissal with prejudice of its claims against IQ-EQ.

5. After Defendant Related Fund Management ("Related") terminated its relationship with Apex, Apex filed a new complaint on May 27, 2025, naming only the Employee Defendants and Related Fund Management, LLC ("Related") and Related's Jim Kraus as Defendants – not IQ-EQ (the "May 2025 Complaint"). Attached hereto as **Exhibit 3** is a true and correct copy of the May 2025 Complaint.

6. Over three months ago, on April 24, 2026, Related produced the documents bearing Bates numbers RFM0000001 to RFM0017957 in this action to all parties including Apex. Apex relies on these documents in support of its untimely Motion to Amend. Specifically, Related produced the documents identified as Exhibits F (RFM0000148), G (RFM0000148), H (RFM0011270), I (RFM0005499), M (RFM0011775), and N (RFM0000079) to the motion for leave to amend. Attached hereto as **Exhibit 4** is a true and correct copy of Related's production letter for these documents.

7. On August 18, 2026, the Parties had a conference before the Honorable Magistrate Judge Stein. Attached hereto as **Exhibit 5** is a true and correct copy of the transcript of that conference.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: New York, NY
August 28, 2026

SADIS & GOLDBERG LLP

s/ Samuel J. Lieberman

By: Samuel J. Lieberman
551 Fifth Avenue, 21st Floor
New York, New York 10176
(212) 573-8164
slieberman@sadis.com