# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| APEX GROUP CAPITAL ADVISORS LLC<br><br>Plaintiff,<br><br>v.<br><br>IQEQ US MANAGEMENT CO, LLC, LUCAS BELINKIE, PRESTON CALLEN, WILLIAM C. CHANEY, & RYAN HOPE,<br><br>Defendants. | Civil Action No. 3:25-cv-00260-E |

**NOTICE OF VOLUNTARY DISMISSAL WITH**
**PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Apex Group Capital Advisors LLC ("Apex"), through its undersigned counsel, hereby gives notice that all claims against Defendant IQEQ US Management Co, LLC in the above-captioned action are voluntarily dismissed in their entirety, with prejudice, with each party bearing its own fees and costs. Because (1) Apex's claims against all additional Defendants are also being dismissed, without prejudice; and (2) no Defendants have filed either an answer or a motion for summary judgment, this action is dismissible under this rule.

Date: February 19, 2025

Respectfully submitted,

*/s/ Amanda E. Brown*

Amanda E. Brown
Texas Bar No. 24087839
**FISHER & PHILLIPS LLP**
500 Crescent Court, Suite 300
Dallas, TX 75201
Telephone.: (214) 220-8336
Facsimile: (214) 220-9122
amebrown@fisherphillips.com

Scott Oberlander
(Admitted *Pro Hac Vice*)
**FISHER & PHILLIPS LLP**
Two Logan Square
100 N. 18th Street, 12th Floor
Philadelphia, PA 19103
Telephone: (610) 230-6117
Facsimile: (610) 230-2151
soberlander@fisherphillips.com
klaubenstein@fisherphillips.com

*Attorneys for Plaintiff*
*Apex Group Capital Advisors LLC*

# CERTIFICATE OF SERVICE

I, Amanda E. Brown, hereby certify that on February 19, 2025, a copy of this instrument was filed electronically via the Court's ECF system, constituting service on all counsel of record:

Samuel L. Lieberman
Jennifer Rossan
Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
slieberman@sadis.com
jrossan@sadis.com
*Counsel for Defendants other than Preston Callen*

Wilson E. Wray
Austin F Pennington
Atwood & McCall, PLLC
8150 N. Central Expressway, Suite 1100
Dallas, TX 75206
wwray@atwoodmccall.com
apennington@atwoodmccall.com
*Counsel for Defendant Preston Callen*

*/s/ Amanda E. Brown*
Amanda E. Brown