# EXHIBIT 4

CLARICK GUERON REISBAUM

David Kimball-Stanley
dkimballstanley@cgr-law.com
Direct: 646.398.5067

**Via Email**

April 24, 2026

Amy L. Ruhland
Pillsbury Winthrop Shaw Pittman LLP
401 West 4th Street, Suite 3200
Austin, TX 78701
amy.ruhland@pillsburylaw.com

**Re: *Apex Group Capital Advisors LLC, et al., v. Related Fund Management, LLC, et al.,* Case No. 25-cv-08892**

Dear Amy:

Defendants Related Fund Management LLC and James Kraus' first production of documents in response to Plaintiff's First Set of Requests for Production, is now available for download at the following link:

https://iod.mediashuttle.com/download.jsp?id=268c3f9f-2179-4016-8b51-63ff2adc6b62

The password to access these documents will be provided in a separate email. These documents are produced subject to and without waiver of the Related Defendants' Responses and Objections, dated March 9, 2026, and without concession that any particular document produced is relevant or admissible in any respect at any stage in this matter.

These documents bear Bates numbers RFM0000001 to RFM0017957 and are designated CONFIDENTIAL in accordance with the parties' agreed upon Stipulated Confidentiality Agreement and Protective Order, to be So Ordered in this matter.

Sincerely,

*/s/ David C. Kimball-Stanley*

David C. Kimball-Stanley

cc: All counsel of record (via email)