Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Brian L. Beckerman
Tel: +1.212.858.1228
brian.beckerman@pillsburylaw.com

September 9, 2026

**VIA ECF**
Hon. Gary Stein
United States Courthouse
500 Pearl Street, Room 702
New York, New York 10007

**Re:** ***Apex Group Capital Advisors LLC v. Related Fund Management, LLC, et al.*, 1:25-cv-08892-VEC**

Dear Judge Stein,

We represent Plaintiff Apex Group Capital Advisors LLC *f/k/a* SandsPoint Capital Advisors LLC ("Apex Capital") in the above-referenced matter. We write on behalf of Apex Capital to respectfully request permission to file an omnibus reply brief no greater than 6,500 words in length in further support of Apex Capital's Motion to Amend First Amended Complaint (Dkts. 161-163).

On July 29, 2026, Apex Capital filed its Amended Memorandum of Law in Support of Plaintiff's Motion to Amend First Amended Complaint (Dkt. 162). On August 28, 2026, Defendants Related Fund Management, LLC and James Kraus filed an opposition brief (Dkt. 180) containing 8,153 words, and Defendants Lucas Belinkie, Preston Callen, William Chaney, and Ryan Hope (collectively, the "Employee Defendants") filed an opposition brief (Dkt. 181) containing 8,200 words.

Apex Capital respectfully submits that the most efficient way to address the two opposition briefs is through an omnibus reply brief, as many of the legal arguments, as well as their factual underpinnings, are common to all Defendants. If Apex Capital were to file two separate reply briefs, it would be allotted 7,000 words (3,500 for each), pursuant to Rule 7.1(c) of the Local Rules of this Court.

Accordingly, Apex Capital respectfully requests that it be granted permission to file a reply brief no greater than 6,500 words in length, in order to substantively respond to all of the arguments raised in Defendants' opposition briefs. This is Apex Capital's first such request. Defendants consent to this request.

Respectfully submitted,

_/s/ Brian L. Beckerman_
Brian L. Beckerman

cc: Counsel of record (via ECF)