**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC,<br><br>Plaintiff,<br><br>v.<br><br>RELATED FUND MANAGEMENT, LLC; JAMES KRAUS; LUCAS BELINKIE; PRESTON CALLEN; WILLIAM C. CHANEY; and RYAN HOPE,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:25-cv-08892<br><br>**DECLARATION OF BRIAN L. BECKERMAN IN SUPPORT OF PLAINTIFF'S OMNIBUS REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION TO AMEND FIRST AMENDED COMPLAINT** |

I, Brian L. Beckerman, declare as follows:

1. I am a partner at the law firm Pillsbury Winthrop Shaw Pittman LLP, attorneys for Plaintiff Apex Group Capital Advisors LLC *f/k/a* SandsPoint Capital Advisors LLC ("Apex Capital") in the above-captioned matter. I am licensed in the State of New York and admitted to practice before this Court. I make this declaration based on my personal knowledge of the facts stated below and with the proceedings in this case.

2. I submit this Declaration in support of Apex Capital's Omnibus Reply Memorandum of Law in Further Support of the Motion to Amend its First Amended Complaint.

3. During a meet-and-confer conducted via Microsoft Teams on July 30, 2026, at which counsel for all parties were present, counsel for the Former Employees first proposed adjourning all depositions pending resolution of Apex Capital's motion to amend. Counsel for the Related Defendants indicated that they supported that proposal.

4. In response, I, on behalf of Apex Capital, informed Defendants' counsel that we would consider their proposal and get back to them promptly. Later that same day, I informed Defendants' counsel via email that Apex Capital consented to Defendants' proposal to adjourn all depositions pending resolution of Apex Capital's motion to amend.

5. The parties thereafter jointly requested the adjournment in a letter prepared and filed by counsel for the Former Employees.

6. Until Defendants first proposed adjourning the depositions during the parties' July 30 meet-and-confer, Apex Capital remained ready and prepared to proceed with the depositions as scheduled.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 11, 2026

*/s/ Brian L. Beckerman*
Brian L. Beckerman