UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC, Plaintiff, -against- RELATED FUND MANAGEMENT LLC; JAMES KRAUS; LUCAS BELINKIE; PRESTON CALLEN; WILLIAM C. CHANEY; and RYAN HOPE, Defendants. | : | 25-CV-08892 (VEC) ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 29, 2026, Plaintiff Apex Group Capital Advisors LLC filed an Amended Motion to Amend the First Amended Complaint, *see* Dkt. 161.

IT IS HEREBY ORDERED that the currently pending Motions to Dismiss the First Amended Complaint, *see* Dkts. 97, 100, 102, 105, 107, are STAYED pending resolution of the Motion to Amend.

**SO ORDERED.**

**Date: September 15, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**