UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC, Plaintiff, -against- RELATED FUND MANAGEMENT LLC; JAMES KRAUS; LUCAS BELINKIE; PRESTON CALLEN; WILLIAM C. CHANEY; and RYAN HOPE, Defendants. | : | 25-CV-08892 (VEC) ORDER |

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the pretrial conference currently scheduled for October 2, 2026 is ADJOURNED *sine die* pending resolution of Plaintiff's Motion for Leave to Amend the First Amended Complaint, *see* Dkt. 161.

**SO ORDERED.**

**Date: September 22, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**