**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
APEX GROUP CAPITAL ADVISORS LLC,

Plaintiff,

-against-

RELATED FUND MANAGEMENT LLC, *et al.*,

Defendants.
----------------------------------------------------------------X

**25 Civ. No. 8892 (VEC) (GS)**

**VIDEO DISCOVERY CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Discovery Conference on **Friday, October 23, 2026 at 2:00 p.m.** Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Join the meeting now**. **[Meeting ID: 217 548 521 053 331] [Passcode: jH3Xb2Ea].**

**SO ORDERED.**

DATED: New York, New York
October 1, 2026

The Honorable Gary Stein
United States Magistrate Judge