# Exhibit A

# Document Filed Under Seal