# EXHIBIT C

| ALL TEXT MESSAGES PRODUCED BY DEFENDANT WILLIAM CHANEY | | |
|---|---|---|
| **Date** | **Participants** | **Bates** |
| January 5, 2024 | W. Chaney, L. Belinkie, C. Ledbetter | CHANEY00002407 |
| January 18, 2024 | W. Chaney, K. Miller | CHANEY00002311 |
| January 22, 2024 | W. Chaney, L. Hart | CHANEY00002777 |
| January 26, 2024 | W. Chaney, R. Hope, P. Callen, K. Neal | CHANEY00002447 |
| January 30, 2024 | W. Chaney, L. Belinkie | CHANEY00002264 |
| January 30, 2024 | W. Chaney, L. Belinkie | CHANEY00002265 |
| February 1, 2024 | W. Chaney, L. Belinkie, L. Hart, C. Sandspoint | CHANEY00002398 |
| February 7-8, 2024 | W. Chaney, G. Unity | CHANEY00002417 |
| March 12, 2024 | W. Chaney, K. Neal | CHANEY00002414 |
| March 15, 2024 | W. Chaney, L. Belinkie, L. Hart, C. Sandspoint | CHANEY00002359 |
| March 18, 2024 | W. Chaney, L. Belinkie | CHANEY00002262 |
| March 18, 2024 | W. Chaney, L. Belinkie | CHANEY00002254 |
| March 19, 2024 | W. Chaney, C. Naughton | CHANEY00002316 |
| March 21, 2024 | W. Chaney, L. Hart | CHANEY00002779 |
| March 25, 2024 | W. Chaney, L. Belinkie, C. Sandspoint | CHANEY00002322 |
| March 26, 2024 | W. Chaney, L. Belinkie, C. Sandspoint | CHANEY00002342 |
| March 28, 2024 | W. Chaney, L. Belinkie, C. Sandspoint | CHANEY00002339 |
| April 1, 2024 | W. Chaney, L. Belinkie, C. Sandspoint | CHANEY00002318 |
| April 4, 2024 | W. Chaney, L. Belinkie | CHANEY00002269 |
| April 4, 2024 | W. Chaney, L. Hart | CHANEY00002784 |
| April 5, 2024 | W. Chaney, L. Belinkie | CHANEY00002255 |
| April 10, 2024 | W. Chaney, L. Belinkie, C. Sandspoint | CHANEY00002328 |
| April 10, 2024 | W. Chaney, K. Neal | CHANEY00002412 |
| April 23, 2024 | W. Chaney, L. Belinkie | CHANEY00002253 |
| April 30, 2024 | W. Chaney, L. Belinkie, L. Hart, C. Sandspoint | CHANEY00002392 |
| May 14, 2024 | W. Chaney, L. Belinkie, L. Hart, C. Sandspoint | CHANEY00002385 |
| May 29, 2024 | W. Chaney, L. Belinkie, C. Sandspoint | CHANEY00002334 |
| May 30, 2024 | W. Chaney, L. Belinkie, C. Sandspoint | CHANEY00002331 |
| May 30-31, 2024 | W. Chaney, L. Belinkie | CHANEY00002239 |

| | | |
|---|---|---|
| June 6, 2024 | W. Chaney, R. Hope | CHANEY00002799 |
| July 2, 2024 | W. Chaney, L. Belinkie, L. Hart, C. Sandspoint | CHANEY00002362 |
| July 10, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002761 |
| July 19, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002754 |
| August 5, 2024 | W. Chaney, L. Belinkie, L. Hart, C. Sandspoint | CHANEY00002367 |
| August 8, 2024 | W. Chaney, L. Belinkie, L. Hart, C. Sandspoint | CHANEY00002369 |
| August 8, 2024 | W. Chaney, L. Belinkie, L. Hart, C. Sandspoint | CHANEY00002378 |
| August 9, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002743 |
| August 12, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002731 |
| August 14, 2024 | W. Chaney, L. Belinkie, L. Hart, C. Sandspoint | CHANEY00002356 |
| August 15, 2024 | W. Chaney, L. Belinkie, L. Hart, C. Sandspoint | CHANEY00002349 |
| August 22, 2024 | W. Chaney, L. Belinkie, L. Hart, C. Sandspoint | CHANEY00002353 |
| August 22, 2024 | W. Chaney, L. Hart | CHANEY00002773 |
| August 27, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002728 |
| August 30, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002730 |
| September 30, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002718 |
| October 1, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002698 |
| October 2, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002710 |
| October 9, 2024 | W. Chaney, L. Belinkie | CHANEY00002247 |
| October 15, 2024 | W. Chaney, L. Belinkie | CHANEY00002243 |
| October 15, 2024 | W. Chaney, J. Kaminetsky | CHANEY00002315 |
| October 15, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002787 |
| October 20, 2024 | W. Chaney, R. Hope | CHANEY00002802 |
| October 23, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002647 |
| October 23-24, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002660 |
| October 25, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002638 |
| October 30, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002618 |
| October 31, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002624 |
| November 1, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002688 |
| November 6, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002667 |
| November 7, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002586 |

| | | |
|---|---|---|
| November 7, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002601 |
| November 7, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002651 |
| November 8, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002628 |
| November 11, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002683 |
| November 13, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002564 |
| November 14, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002594 |
| November 18, 2024 | W. Chaney, R. Hope | CHANEY00002805 |
| November 20, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002560 |
| November 21, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002577 |
| November 22, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002674 |
| November 27, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002533 |
| December 2, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002541 |
| December 2, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002555 |
| December 3, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002548 |
| December 3, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002568 |
| December 4, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002511 |
| December 4-5, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002520 |
| December 5, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002531 |
| December 5-6, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002502 |
| December 9, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002500 |
| December 10, 2024 | W. Chaney, R. Hope, P. Callen, K. Neal | CHANEY00002439 |
| December 11, 2024 | W. Chaney, R. Hope, P. Callen, K. Neal | CHANEY00002431 |
| December 13, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002481 |
| December 16, 2024 | W. Chaney, D. Beck | CHANEY00002302 |
| December 17, 2024 | W. Chaney, L. Belinkie | CHANEY00002236 |
| December 17, 2024 | W. Chaney, L. Belinkie, R. Hope & others | CHANEY00002304 |
| December 17-18, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002478 |
| December 18-19, 2024 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002475 |
| December 20-21, 2024 | W. Chaney, R. Hope, P. Callen, K. Neal | CHANEY00002441 |
| December 22, 2024 | W. Chaney, R. Hope, P. Callen, K. Neal | CHANEY00002424 |
| December 25, 2024 | W. Chaney, R. Hope, P. Callen, K. Neal | CHANEY00002419 |

| | | |
|---|---|---|
| December 29, 2024 | W. Chaney, R. Hope, P. Callen | CHANEY00002294 |
| January 7, 2025 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002492 |
| January 9-10, 2025 | W. Chaney, R. Hope, P. Callen, L. Lor, K. Neal | CHANEY00002409 |
| January 10, 2025 | W. Chaney, R. Hope, P. Callen, K. Neal | CHANEY00002421 |
| January 10, 2025 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002454 |
| January 14, 2025 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002470 |
| January 15, 2025 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002608 |
| January 16-17, 2025 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002464 |
| January 17, 2025 | W. Chaney, J. Johnson | CHANEY00002796 |
| March 1, 2025 | W. Chaney, D. Beck | CHANEY00002299 |
| April 2, 2025 | W. Chaney, L. Belinkie, L. Hart | CHANEY00002453 |
| May 3, 2025 | W. Chaney, P. Callen | CHANEY00002452 |
| June 6, 2025 | W. Chaney, L. Belinkie, P. Callen, R. Hope | CHANEY00002280 |
| July 7, 2025 | W. Chaney, L. Belinkie, P. Callen, R. Hope | CHANEY00002282 |
| August 21, 2025 | W. Chaney, L. Hart | CHANEY00002771 |
| October 13, 2025 | W. Chaney, P. Baldwin | CHANEY00002289 |
| October 14, 2025 | W. Chaney, D. Beck | CHANEY00002297 |
| October 28, 2025 | W. Chaney, L. Belinkie | CHANEY00004809 |
| October 29, 2025 | W. Chaney, L. Belinkie | CHANEY00002234 |
| December 6, 2025 | W. Chaney, P. Callen, R. Hope | CHANEY00002291 |
| January 23, 2026 | W. Chaney, L. Patton | CHANEY00002279 |
| February 12, 2026 | W. Chaney, L. Belinkie | CHANEY00002230 |

| ALL TEXT MESSAGES PRODUCED BY DEFENDANT LUCAS BELINKIE | | |
|---|---|---|
| **Date** | **Participants** | **Bates** |
| March 21 – April 11, 2024 | L. Belinkie, L. Peters | BEL00000670 |
| April 23 – May 17, 2024 | L. Belinkie, L. Peters | BEL00000678 |
| May 1 – 22, 2024 | L. Belinkie, S. Bondre | BEL00000666 |
| June 4 – 25, 2024 | L. Belinkie, L. Peters | BEL00000681 |
| July 15 – 24, 2024 | L. Belinkie, A. Mazurek | BEL00000693 |
| October 1 – 22, 2024 | L. Belinkie, A. Mazurek | BEL00000696 |
| October 14 – 31, 2024 | L. Belinkie, L. Peters | BEL00000685 |
| October 22, 2024 | L. Belinkie, S. Vardon | BEL00000704 |
| December 2, 2024 – January 1, 2025 | L. Belinkie, A. Mazurek | BEL00000700 |
| December 3, 2024 | L. Belinkie, B. Tan | BEL00000708 |
| December 3 – 5, 2024 | L. Belinkie, S. Fathima | BEL00000449 |
| December 4 – 5, 2024 | L. Belinkie, D. Luiz | BEL00000706 |
| December 12, 2024 | L. Belinkie, S. Vardon | BEL00000705 |
| March 5 – 8, 2025 | L. Belinkie, S. Bondre | BEL00000668 |
| March 13 – April 4, 2025 | L. Belinkie, L. Hart, C. Ledbetter | BEL00000646 |
| March 22 – April 11, 2025 | L. Belinkie, J. Rothberg | BEL00000664 |
| April 3, 2025 | L. Belinkie, W. Chaney | BEL00000472 |
| April 6 – May 3, 2025 | L. Belinkie, C. Ledbetter, D. Matarazzo & others | BEL00000727 |
| April 9, 2025 | L. Belinkie, D. Patel | BEL00000592 |
| April 9 – 18, 2025 | L. Belinkie, S. Fathima | BEL00000457 |
| April 9 – May 2, 2025 | L. Belinkie, C. Ledbetter | BEL00000538 |
| April 10 – May 9, 2025 | L. Belinkie, B. Jamron | BEL00000709 |
| April 21 – 23, 2025 | L. Belinkie, J. Sheller | BEL00000628 |
| April 25 – May 2, 2025 | L. Belinkie, A. Kawata | BEL00000475 |
| April 28 – May 21, 2025 | L. Belinkie, L. Hart, C. Ledbetter | BEL00000654 |
| May 7 – 20, 2025 | L. Belinkie, W. Chaney, L. Hart | BEL00000473 |
| May 10 – June 3, 2025 | L. Belinkie, C. Ledbetter | BEL00000553 |
| May 13 – 14, 2025 | L. Belinkie, V. Hedrick | BEL00000665 |
| May 23, 2025 | L. Belinkie, D. Belinkie | BEL00000753 |

| | | |
|---|---|---|
| May 28 – June 18, 2025 | L. Belinkie, B. Jamron | BEL00000532 |
| May 30, 2025 | L. Belinkie, Liz | BEL00000883 |
| June 7, 2025 | L. Belinkie, P. Callen, R. Hope | BEL00000751 |
| June 7, 2025 | L. Belinkie, D. Belinkie, P. Belinkie, Liz | BEL00000784 |
| June 16 – July 8, 2025 | L. Belinkie, A. Kawara | BEL00000596 |
| June 24, 2025 | L. Belinkie, D. Belinkie, P. Belinkie, Liz | BEL00000789 |
| June 26, 2025 | L. Belinkie, D. Belinkie | BEL00000755 |
| June 27, 2025 | L. Belinkie, D. Belinkie, P. Belinkie, Liz | BEL00000801 |
| July 1 – 30, 2025 | L. Belinkie, B. Jamron | BEL00000534 |
| July 2, 2025 | L. Belinkie, D. Belinkie, P. Belinkie, Liz | BEL00000815 |
| July 3, 2025 | L. Belinkie, D. Belinkie, P. Belinkie, Liz | BEL00000823 |
| July 7, 2025 | L. Belinkie, D. Belinkie, P. Belinkie, Liz | BEL00000834 |
| July 7, 2025 | L. Belinkie, W. Chaney, P. Callen, R. Hope | BEL00000659 |
| July 8, 2025 | L. Belinkie, D. Belinkie, P. Belinkie, Liz | BEL00000839 |
| July 11, 2025 | L. Belinkie, D. Belinkie | BEL00000764 |
| July 11, 2025 | L. Belinkie, D. Belinkie, P. Belinkie, Liz | BEL00000844 |
| July 17, 2025 | L. Belinkie, A. Conte, J. Conte, B. Nigro | BEL00000866 |
| July 20 – August 11, 2025 | L. Belinkie, E. Chim | BEL00000633 |
| July 28, 2025 | L. Belinkie, D. Belinkie, P. Belinkie, Liz | BEL00000849 |
| July 30, 2025 | L. Belinkie, D. Belinkie | BEL00000778 |
| July 30 – 31, 2025 | L. Belinkie, D. Belinkie, J. Conte | BEL00000616 |
| July 31, 2025 | L. Belinkie, A. Conte, J. Conte, B. Nigro | BEL00000875 |
| August 30, 2025 | L. Belinkie, D. Belinkie, P. Belinkie, Liz | BEL00000852 |
| September 15, 2025 | L. Belinkie, D. Belinkie | BEL00000780 |
| September 16, 2025 | L. Belinkie, D. Belinkie | BEL00000781 |
| September 23, 2025 | L. Belinkie, D. Belinkie, P. Belinkie, Liz | BEL00000859 |
| October 1 – 2, 2025 | L. Belinkie, A. Kawata | BEL00000600 |
| October 2, 2025 | L. Belinkie, L. Peters | BEL00000690 |
| October 8 – 30, 2025 | L. Belinkie, E. Chim | BEL00000642 |
| October 23 – November 18, 2025 | L. Belinkie, B. Jamron | BEL00000710 |
| October 28 – November 18, 2025 | L. Belinkie, W. Chaney | BEL00000723 |

| | | |
|---|---|---|
| November 19 – December 11, 2025 | L. Belinkie, C. Ledbetter | BEL00000560 |
| January 8 – 9, 2026 | L. Belinkie, J. Heyde, A. Kawata | BEL00000618 |
| January 9 – 13, 2026 | L. Belinkie, M. Alcarez | BEL00000626 |
| January 14 – February 12, 2026 | L. Belinkie, A. Kawata | BEL00000603 |
| January 31 – February 19, 2026 | L. Belinkie, C. Ledbetter | BEL00000714 |
| February 12, 2026 | L. Belinkie, J. Heyde, A. Kawata | BEL00000619 |
| March 6, 2026 | L. Belinkie, S. Fathima | BEL00000466 |
| March 6 – April 1, 2026 | L. Belinkie, C. Ledbetter | BEL00000566 |
| March 7, 2026 | L. Belinkie, A. Kawata | BEL00000612 |
| March 11 – 19, 2026 | L. Belinkie, A. Kawata, C. Kawata | BEL00000586 |

| ALL TEXT MESSAGES PRODUCED BY DEFENDANT PRESTON CALLEN | | |
|---|---|---|
| **Date** | **Participants** | **Bates** |
| January 9, 2025 | P. Callen, R. Hope, K. Neal, W. Chaney & others | CAL00426-428 |
| January 9, 2025 | P. Callen, R. Hope, K. Neal, W. Chaney | CAL00437-441 |
| January 9, 2025 | P. Callen, R. Hope, W. Chaney | CAL00479 |
| January 10, 2025 | P. Callen, R. Hope, K. Neal, W. Chaney & others | CAL00429-431 |
| January 10, 2025 | P. Callen, R. Hope, K. Neal, W. Chaney | CAL00442-444 |
| January 11, 2025 | P. Callen, A. Nicastro | CAL00389-401 |
| January 11, 2025 | P. Callen, R. Hope, W. Chaney | CAL00480-481 |
| January 14, 2025 | P. Callen, R. Hope, K. Neal, W. Chaney | CAL00445-447 |
| January 15, 2025 | P. Callen, W. Chaney | CAL00545 |
| January 17, 2025 | P. Callen, "Mom", "Dad" | CAL00018-19 |
| January 17, 2025 | P. Callen, R. Hope | CAL00020-24 |
| January 17, 2025 | P. Callen, W. Chaney | CAL00025 |
| January 17, 2025 | P. Callen, W. Chaney | CAL00026 |
| January 17, 2025 | P. Callen, D. Walsh, J. Barnett | CAL00029-33 |
| January 18, 2025 | P. Callen, K. Neal | CAL00402-405 |
| January 20, 2025 | P. Callen, R. Hope, K. Neal, W. Chaney | CAL00448-450 |
| January 23, 2025 | P. Callen, "Dad" | CAL00027-28 |
| January 23, 2025 | P. Callen. R. Hope, K. Neal, W. Chaney | CAL00451-452 |
| January 25, 2025 | P. Callen, R. Hope, K. Neal, W. Chaney | CAL00453-454 |
| February 3, 2025 | P. Callen, R. Hope, W. Chaney | CAL00482-483 |
| February 4, 2025 | P. Callen, R. Hope, L. Belinkie, W. Chaney | CAL00519-522 |
| February 4, 2025 | P. Callen, L. Hart, W. Chaney | CAL00537-538 |
| February 4, 2025 | P. Callen, R. Hope, L. Hart, W. Chaney | CAL00539-540 |
| February 6, 2025 | P. Callen, R. Hope, L. Belinkie, W. Chaney | CAL00523-524 |
| February 10, 2025 | P. Callen, W. Chaney | CAL00546-547 |
| February 11, 2025 | P. Callen, W. Chaney | CAL00548 |
| February 14, 2025 | P. Callen, R. Hope | CAL00543-544 |
| February 19, 2025 | P. Callen, W. Chaney | CAL00549 |
| February 26, 2025 | P. Callen, R. Hope, L. Belinkie, W. Chaney | CAL00525-527 |

| | | |
|---|---|---|
| March 14, 2025 | P. Callen, W. Chaney | CAL00550-551 |
| March 31, 2025 | P. Callen, R. Hope, K. Neal, W. Chaney | CAL00455 |
| April 10, 2025 | P. Callen, R. Hope, K. Neal, W. Chaney | CAL00456-457 |
| April 11, 2025 | P. Callen, R. Hope, K. Neal, W. Chaney | CAL00458-460 |
| April 13, 2025 | P. Callen, R. Hope, K. Neal, W. Chaney | CAL00461-462 |
| April 15, 2025 | P. Callen, W. Chaney | CAL00552-554 |
| April 16, 2025 | P. Callen, W. Chaney | CAL00555-556 |
| April 18, 2025 | P. Callen, W. Chaney | CAL00557-558 |
| April 23, 2025 | P. Callen, W. Chaney | CAL00559 |
| May 2, 2025 | P. Callen, W. Chaney | CAL00560 |
| May 4, 2025 | P. Callen, W. Chaney | CAL00408 |
| May 12, 2025 | P. Callen, W. Chaney | CAL00561 |
| June 2, 2025 | P. Callen, W. Chaney | CAL00562 |
| June 7, 2025 | P. Callen, R. Hope, L. Belinkie, W. Chaney | CAL00528-529 |
| June 10, 2025 | P. Callen, W. Chaney | CAL00563 |
| July 1, 2025 | P. Callen, W. Chaney | CAL00564 |
| July 3, 2025 | P. Callen, R. Hope, K. Neal, W. Chaney & others | CAL00432-434 |
| July 7, 2025 | P. Callen, R. Hope, L. Belinkie, W. Chaney | CAL00530-536 |
| August 27, 2025 | P. Callen, R. Hope, K. Neal, W. Chaney | CAL00463-464 |
| August 29, 2025 | P. Callen, R. Hope, W. Chaney | CAL00484 |
| August 29, 2025 | P. Callen, W. Chaney | CAL00565 |
| September 2, 2025 | P. Callen, R. Hope, W. Chaney | CAL00485-486 |
| September 6, 2025 | P. Callen, R. Hope, W. Chaney | CAL00487-488 |
| September 19, 2025 | P. Callen, C. Roman | CAL00516-518 |
| September 28, 2025 | P. Callen, R. Hope, W. Chaney | CAL00489-497 |
| September 28, 2025 | P. Callen, W. Chaney | CAL00566-571 |
| September 29, 2025 | P. Callen, R. Hope, W. Chaney | CAL00498-500 |
| September 29, 2025 | P. Callen, W. Chaney | CAL00572-584 |
| October 7, 2025 | P. Callen, W. Chaney | CAL00585-586 |
| October 8, 2025 | P. Callen, R. Hope, K. Neal, W. Chaney | CAL00465-466 |
| October 9, 2025 | P. Callen, R. Hope, K. Neal, W. Chaney | CAL00467-468 |

| | | |
|---|---|---|
| October 9, 2025 | P. Callen, R. Hope, W. Chaney | CAL00501-503 |
| October 9, 2025 | P. Callen, W. Chaney | CAL00587 |
| October 11, 2025 | P. Callen, W. Chaney | CAL00588-589 |
| October 14, 2025 | P. Callen, R. Hope, W. Chaney | CAL00504-505 |
| October 15, 2025 | P. Callen, R. Hope, W. Chaney | CAL00506 |
| October 22, 2025 | P. Callen, R. Hope, W. Chaney | CAL00507-508 |
| October 27, 2025 | P. Callen, W. Chaney | CAL00590-591 |
| October 31, 2025 | P. Callen, R. Hope, K. Neal, W. Chaney | CAL00469-472 |
| November 1, 2025 | P. Callen, R. Hope, K. Neal, W. Chaney | CAL00473-474 |
| November 15, 2025 | P. Callen, R. Hope, W. Chaney | CAL00509 |
| November 29, 2025 | P. Callen, R. Hope, W. Chaney | CAL00510-512 |
| December 6, 2025 | P. Callen, R. Hope, W. Chaney | CAL00513-515 |
| December 10, 2025 | P. Callen, R. Hope, M. Raza, K. Neal, W. Chaney | CAL00541-542 |
| December 15, 2025 | P. Callen, R. Hope, K. Neal, W. Chaney | CAL00475-476 |
| January 1, 2026 | P. Callen, W. Chaney | CAL00592 |
| January 23, 2026 | P. Callen, R. Hope, K. Neal, W. Chaney | CAL00477-478 |
| January 30, 2026 | P. Callen, W. Chaney | CAL00593 |
| March 2, 2026 | P. Callen, R. Hope, K. Neal, W. Chaney & others | CAL00435-436 |
| March 5, 2026 | P. Callen, W. Chaney | CAL00594 |
| March 6, 2026 | P. Callen, W. Chaney | CAL00595-596 |
| March 15, 2026 | P. Callen, W. Chaney | CAL00597-598 |

| ALL TEXT MESSAGES PRODUCED BY DEFENDANT RYAN HOPE | | |
|---|---|---|
| **Date** | **Participants** | **Bates** |
| March 4, 2025 | R. Hope, "Kyle", K. Morrison | HOPE09085-86 |
| April 24, 2025 | R. Hope, "Kyle" | HOPE09088-89 |
| June 7, 2025 | R. Hope, L. Belinkie, P. Callen, W. Chaney | HOPE09087 |