# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **APEX GROUP CAPITAL ADVISORS LLC F/K/A SANDSPOINT CAPITAL ADVISORS LLC,** | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **CIVIL ACTION NO: 3:25-CV-1627** |
| **RELATED FUND MANAGEMENT LLC; JAMES KRAUS; LUCAS BELINKIE; PRESTON CALLEN; WILLIAM C. CHANEY; AND RYAN HOPE,** | § | |
| ***Defendants.*** | § | |

**DEFENDANT PRESTON CALLEN'S PRIVILEGE LOG**

| DATE | AUTHOR | RECIPIENT | GENERAL DESCRIPTION | PRIVILEGE ASSERTED |
|---|---|---|---|---|
| 1/17/2025 | Preston Callen | Carl Seiler, Esq., cc Ben Jamron | Email to counsel regarding third-party correspondence and inviting conference | Attorney-client |
| 1/17/2025 | Ben Jamron | Preston Callen, Carl Seiler, Esq. | Email regarding third-party correspondence and counsel action | Attorney-client |
| 1/17/2025 | Carl Seiler, Esq. | Preston Callen, Ben Jamron | Email from counsel regarding third-party correspondence | Attorney-client |

Dated: July 31, 2026

Respectfully submitted,

*/s/ Wilson E. Wray*
Wilson E. Wray
Texas State Bar No. 00797700
wwray@atwoodmccall.com
**ATWOOD & MCCALL, PLLC**
8150 N. Central Expressway, Suite 1100
Dallas, Texas 75206
T: (972) 665-9600
F: (214) 736-2960

Samuel J. Leiberman
slieberman@sadis.com
Jennifer Amy Rossan
jrossan@sadis.com
Scott Ferrier
sferrier@sadis.com
**SADIS & GOLDBERG LLP**
551 Fifth Avenue, 21st Floor
New York, New York 10176
(212) 573-8164

**COUNSEL FOR DEFENDANT PRESTON CALLEN**

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on July 31, 2026, I caused the foregoing document to be served on all parties to this action via email as follows:

| | |
|---|---|
| Brian Beckerman<br>brian@beckerman@pillsburylaw.com<br>Stephanie M. Coughlan<br>Stephanie.coughlan@pillsburylaw.com<br>Patricia Ann Rothenberg<br>Patricia.rothenberg@pillsburylaw.com<br>**Pillsbury Winthrop Shaw Pittman LLP**<br>31 West 52nd Street<br>New York, New York 10019<br>(212) 858-1000<br><br>Amy Ruhland<br>Amy.ruhland@pillsburylaw.com<br>Ryan J. Sullivan<br>Ryan.sullivan@pillsburylaw.com<br>Abigail L. Griffith<br>Abby.griffith@pillsburylaw.com<br>401 West 4th Street, Suite 3200<br>Austin, Texas 78701<br><br>Sarah Goetz<br>sgoetz@democracyforward.org<br>**Democracy Forward Foundation**<br>P. O. Box 34553<br>Washington, DC 243<br>(202) 383-794<br><br>**Attorneys for Plaintiff** | Nicole Gueron<br>ngueron@cgr-law.com<br>David C. Kimball-Stanley<br>dkimballstanley@cgr-law.com<br>Elizabeth Baggott<br>ebaggott@cgr-law.com<br>**Clarick Gueron Reisbaum LLP**<br>41 Madison Avenue, 23rd Floor<br>New York, New York 10010<br>(212) 633-4310<br><br>John C. C. Sanders, Jr.<br>jsanders@winston.com<br>**Winston & Strawn/Chicago**<br>2121 N. Pearl Street<br>Suite 900<br>Dallas, Texas 75201<br>(214) 453-6462<br><br>**Attorneys for Defendants Related Fund Management LC and James Kraus** |

| | |
|---|---|
| Kunal U. Shah<br>kshah@spencerfane.com<br>Laurie Patton<br>lpatton@spencerfane.com<br>Elizabeth Conway<br>econway@spencerfane.com<br>**Spencer Fane LLP**<br>5700 Granite Parkway, Suite 650<br>Plano, Texas 75024<br>(972) 324-0300<br><br>Joshua L. Hedrick<br>jhedrick@spencerfane.com<br>2200 Ross Avenue, Suite 4800 West<br>Dallas, Texas 75201<br>(214) 750-3610<br><br>**Attorneys for Defendant**<br>**William C. Chaney** | Samuel J. Leiberman<br>slieberman@sadis.com<br>Jennifer Amy Rossan<br>jrossan@sadis.com<br>Scott Ferrier<br>sferrier@sadis.com'<br>Cameron Posillico<br>cposillico@sadis.com<br>**Sadis & Golderg LLP**<br>551 Fifth Avenue, 21st Floor<br>New York, New York 10176<br>(212) 573-8783<br><br>Michael Austin Holmes<br>michael@holmeslg.com<br>Trevor Martin<br>trevor@holmeslg.com<br>**Holmes Law Group, LLC**<br>P. O. Box 38282<br>Dallas, Texas 75238<br>(214) 444-9533<br>**Attorneys for Defendant**<br>**Ryan Hope** |
| Stephanie K. Osteen<br>Stephanie.osteen@fghwlaw.com<br>Caylin Cierra Craig<br>Caylin.craig@fghwlaw.com<br>**Farrow-Gillespie Heath Wilmoth LLP**<br>1900 North St. Paul Street, Suite 2100<br>Dallas, Texas 75201<br>(214) 361-5600<br>**Attorneys for Defendant**<br>**Lucas Belinkie** | |

*/s/ Wilson E. Wray*
Wilson E. Wray

Apex Group Capital Advisors LLC v. Related Fund Management LLC et al.,
No. 25-cv-8892 (VEC)(GS) (S.D.N.Y.)
Defendant Lucas Belinkie's Privilege Log

| Sort Number | Bates Number | Document Typ | File Name | Custodian(s) | Author | Create Date | Last Modified Date | From | Recipients | Email CC | Email BCC | Subject | Sent Date | Received Date | Privilege Note | Privilege Justificaiton |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Text | M1-LB-00016199 | Lucas Belinkie | | 7/9/2025 3:23 | 4/5/2026 18:34 | Lucas Belinkie | [redacted] | | | Text Messages between spouses. | 7/9/2025 3:23 | 8/8/2025 18:10 | Spousal Privilege | Text messages between spouses reflecting a confidential marital communication |
| 2 | | Text | M1-LB-00016198 | Lucas Belinkie | | 6/9/2025 14:01 | 4/5/2026 18:34 | Lucas Belinkie | [redacted] | | | Text Messages between spouses. | 6/9/2025 14:01 | 7/8/2025 23:00 | Spousal Privilege | Text messages between spouses reflecting a confidential marital communication |

| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | | | | [redacted] | [redacted] | [redacted] | [redacted] | | | | | | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | | | | | [redacted] | [redacted] | [redacted] | [redacted] | | | | | | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | | | | [redacted] | [redacted] | [redacted] | [redacted] | | | | | | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | | | | [redacted] | [redacted] | [redacted] | [redacted] | | | | | | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |

| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | | | | | | | [redacted] | [redacted] | [redacted] | [redacted] | | | | | | | [redacted] | [redacted] |