SADIS

Samuel J. Lieberman, Esq,
Sadis & Goldberg LLP
551 Fifth Avenue, 7th Floor
New York, NY 10176
Phone: 212. 573.8164
slieberman@sadis.com

October 20, 2026

**VIA ECF**
Hon. Gary Stein
United States Magistrate Judge
500 Pearl Street, Room 702
United States Courthouse
New York, NY 10007

Re: *Apex Group Capital Advisors LLC v. Related Fund Mgmt. e. al.*, 25-cv-08892 – Update Regarding Resolution of Dispute As to Costs of Forensic Examination of Cell Phones

Dear Judge Stein:

I write on behalf of Defendants Lucas Belinkie, Preston Callen, William Chaney, and Ryan Hope (the "Employee Defendants") to update the Court regarding a resolution of the pending dispute regarding the costs of a forensic examination of the Employee Defendants' personal mobile phones that is the subject of pending motion practice. (Dkt. 190.)

The parties have agreed to split the costs of the forensic examination, with plaintiff covering 50% of the costs, and the Employee Defendants covering the other 50% of the costs.

Accordingly, this dispute has been resolved.

Respectfully submitted,

/s/ Samuel J. Lieberman
Samuel J. Lieberman

cc: All counsel of record