AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Apex Group Capital Advisors LLC
*Plaintiff*
v.
Related Fund Management LLC et al
*Defendant*

Case No. 25-cv-08892 (VEC)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Related Fund Management LLC and James Kraus .

Date: 10/21/2026

/s/ Tolulope Sogade
*Attorney's signature*

Tolulope Sogade (6112510)
*Printed name and bar number*

Clarick Gueron Reisbaum LLP
41 Madison Avenue, 23rd Floor
New York, NY 10010
*Address*

tsogade@cgr-law.com
*E-mail address*

(212) 633-4310
*Telephone number*

(646) 478-9484
*FAX number*