pillsbury

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Brian L. Beckerman
tel: +1.212.858.1228
brian.beckerman@pillsburylaw.com

November 5, 2026

**VIA ECF**
Hon. Gary Stein
United States Courthouse
500 Pearl Street, Room 702
New York, New York 10007

**Re:** ***Apex Group Capital Advisors LLC v Related Fund Management, LLC, et al.*, No. 25-cv-08892 (VEC): Plaintiff's Filing of Related Defendants' Unredacted Privilege Log**

Dear Judge Stein:

We write on behalf of Plaintiff Apex Group Capital Advisors LLC ("Apex"). On November 4 (Dkt. 208), the Court ordered Apex to file the unredacted privilege log of Defendants Related Fund Management, LLC and James Kraus (together, the "Related Defendants") by no later than November 6, 2026. Accordingly, Apex attaches as Exhibit A the Related Defendants' unredacted privilege log.

Respectfully submitted,

*/s/ Brian L. Beckerman*
Brian L. Beckerman

cc: All Counsel of Record (Via ECF)