# EXHIBIT A

Apex Group Capital Advisors LLC v. Related Fund Management LLC et al.,
No. 25-cv-8892 (VEC)(GS) (S.D.N.Y.)
Defendants Related Fund Management and James Kraus's Privilege Log

| BegDoc | Custodian | DeDupe Custodians | PROD_BegDoc | Received Date | Received Time | Sent Date | Sent Time | Last Modified Date | Modified Time | Created Date | Created Time | Author | From | To | CC | BCC | Email Subject | Privilege Asserted | Privilege Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REL0000284894 | Kraus, James | | | 1/11/2024 9:42 | 9:42:02 AM | 1/11/2024 9:42 | 9:42:02 AM | 3/4/2026 17:24 | 5:24:02 PM | 3/4/2026 17:24 | 5:24:02 PM | Kraus, James | Kraus, James [James.Kraus@related.com] | Heiser, Breanna [bheiser@related.com] | | | FW: Insurance Appendix Discussion | Attorney-Client Privilege; Attorney Work Product | Communications requesting and reflecting legal advice regarding RFM's master services agreement with Apex |
| REL0000284895 | Kraus, James | | | | | | | 12/5/2023 16:55 | 4:55 PM | 12/5/2023 16:55 | 4:55 PM | Anuja Poddar | | | | | | Attorney-Client Privilege; Attorney Work Product | Document/attachment provided in connection with obtaining legal advice regarding in RFM's master services agreement with Apex |
| REL0000216904 | Kraus, James | Heiser, Breanna | | 8/22/2024 10:42 | 10:42:17 AM | 8/22/2024 10:42 | 10:42:17 AM | 3/4/2026 17:05 | 5:05:47 PM | 3/4/2026 17:05 | 5:05:47 PM | Heiser, Breanna | Heiser, Breanna [bheiser@related.com] | Kraus, James [James.Kraus@related.com] | Schlosser, Jared [JSchlosser@levittboccio.com] | | RE: Apex contract | Attorney-Client Privilege; Attorney Work Product | Communications requesting legal advice regarding RFM's master services agreement with Apex |
| REL0000216905 | Kraus, James | Heiser, Breanna | | | | | | 1/29/2024 16:41 | 4:41:36 PM | 1/29/2024 17:19 | 5:19:58 PM | | | | | | | Attorney-Client Privilege; Attorney Work Product | Document/attachment provided for purpose of receiving legal advice regarding RFM's master services agreement with Apex |
| REL0000216911 | Kraus, James | Heiser, Breanna | | 8/22/2024 10:53 | 10:53:45 AM | 8/22/2024 10:53 | 10:53:43 AM | 3/4/2026 17:05 | 5:05:47 PM | 3/4/2026 17:05 | 5:05:47 PM | Schlosser, Jared | Schlosser, Jared [JSchlosser@levittboccio.com] | Heiser, Breanna [bheiser@related.com];Kraus, James [James.Kraus@related.com] | | | RE: Apex contract | Attorney-Client Privilege; Attorney Work Product | Communications reflecting legal advice regarding RFM's master services agreement with Apex |
| REL0000678637 | Kraus, James | | | 10/9/2024 10:58 | 10:58:07 AM | 10/9/2024 10:58 | 10:58:07 AM | 3/4/2026 16:32 | 4:32:52 PM | 3/4/2026 16:32 | 4:32:52 PM | Schlosser, Jared | Schlosser, Jared [JSchlosser@levittboccio.com] | Kraus, James [James.Kraus@related.com] | | | RE: Requested Materials | Attorney-Client Privilege; Attorney Work Product | Communications reflecting legal advice regarding terms of agreements between RFM and IQ-EQ |
| REL0000678638 | Kraus, James | | | | | | | 10/9/2024 10:57 | 10:57 AM | 10/9/2024 10:33 | 10:33 AM | Kevin Survance | | | | | | Attorney-Client Privilege; Attorney Work Product | Document/attachment reflecting legal advice regarding terms of agreements between RFM and IQ-EQ |
| REL0000678639 | Kraus, James | | | | | | | 10/9/2024 10:56 | 10:56 AM | 10/9/2024 10:33 | 10:33 AM | Kevin Survance | | | | | | Attorney-Client Privilege; Attorney Work Product | Document/attachment reflecting legal advice regarding terms of agreements between RFM and IQ-EQ |
| REL0000678854 | Kraus, James | | RFM0019737 | 10/10/2024 12:57 | 12:57:04 PM | 10/10/2024 12:57 | 12:57:04 PM | 3/4/2026 16:33 | 4:33:05 PM | 3/4/2026 16:33 | 4:33:05 PM | Kraus, James | Kraus, James [James.Kraus@related.com] | Schlosser, Jared [JSchlosser@levittboccio.com] | | | RE: Requested Materials | Attorney-Client Privilege; Attorney Work Product | Communications seeking and reflecting legal advice regarding terms of agreements between RFM and IQ-EQ |
| REL0000612649 | Kraus, James | | | 1/19/2025 14:08 | 2:08:21 PM | 1/19/2025 14:08 | 2:08:02 PM | 3/4/2026 16:14 | 4:14:54 PM | 3/4/2026 16:14 | 4:14:54 PM | Ben Jamron | Ben Jamron [Ben.Jamron@iqeq.com] | Carl Seiler [Carl.Seiler@iqeq.com];Jim Kraus [James.Kraus@related.com] | | | Call | Attorney-Client Privilege; Common Interest Privilege; Attorney Work Product | Communications reflecting joint legal interest between RFM and IQ-EQ in connection with the negotiation and implementation of fund services administration |
| REL0000615814 | Kraus, James | | | 1/21/2025 10:03 | 10:03:40 AM | 1/21/2025 9:48 | 9:48:41 AM | 3/4/2026 16:16 | 4:16:59 PM | 3/4/2026 16:16 | 4:16:59 PM | Carl Seiler | Carl Seiler [Carl.Seiler@iqeq.com] | Kraus, James [James.Kraus@related.com];Ben Jamron [Ben.Jamron@iqeq.com] | | | RE: Call | Attorney-Client Privilege; Common Interest Privilege; Attorney Work Product | Communications reflecting joint legal interest between RFM and IQ-EQ in connection with the negotiation and implementation of fund services administration |
| REL0000153552 | Kraus, James | | | 1/21/2025 10:05 | 10:05:10 AM | 1/21/2025 9:49 | 9:49:40 AM | 1/21/2025 10:11 | 10:11:54 AM | 1/21/2025 10:11 | 10:11:54 AM | Carl Seiler | Carl Seiler [Carl.Seiler@iqeq.com] | Kraus, James [James.Kraus@related.com];Ben Jamron [Ben.Jamron@iqeq.com] | | | Update Call With IQ-EQ | Attorney-Client Privilege; Common Interest Privilege; Attorney Work Product | Communications reflecting joint legal interest between RFM and IQ-EQ in connection with the negotiation and implementation of fund services administration |
| REL0000093351 | Kraus, James | | | 1/21/2025 14:41 | 2:41:10 PM | 1/21/2025 14:41 | 2:41:10 PM | 3/4/2026 16:36 | 4:36:52 PM | 3/4/2026 16:36 | 4:36:52 PM | Kraus, James | Kraus, James [James.Kraus@related.com] | Kremen, Alexis [Alexis.Kremen@related.com];Blair, Andrew [ABlair@Related.com];Dethlefsen, Brian [Brian.Dethlefsen@related.com] | Zussman, David [david.zussman@related.com];Cambria, Cara [CaCambria@related.com];DiStaso, David [DDiStaso@Related.com] | | RE: Apex (Formerly Sandspoint) | Attorney-Client Privilege; Attorney Work Product | Communication requesting legal advice regarding developments at Apex, including employee turnover |

| BegDoc | Custodian | DeDupe Custodians | PROD_BegDoc | Received Date | Received Time | Sent Date | Sent Time | Last Modified Date | Modified Time | Created Date | Created Time | Author | From | To | CC | BCC | Email Subject | Privilege Asserted | Privilege Justification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REL0000093352 | Kraus, James | | | | | | | 1/21/2025 14:37 | 2:37:47 PM | 1/29/2024 17:19 | 5:19:58 PM | | | | | | | Attorney-Client Privilege; Attorney Work Product | Document/attachment provided for purpose of receiving legal advice regarding developments at Apex, including employee turnover |