Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Brian L. Beckerman
Tel: +1.212.858.1228
brian.beckerman@pillsburylaw.com

November 6, 2026

**VIA ECF**
Hon. Gary Stein
United States Courthouse
500 Pearl Street, Room 702
New York, New York 10007

**Re:** ***Apex Group Capital Advisors LLC v Related Fund Management, LLC, et al.*, No. 25-cv-08892 (VEC): Joint Status Letter**

Dear Judge Stein:

Pursuant to the Court's ruling at the October 23, 2026 discovery conference and the Court's October 29, 2026 Order (Dkt. 205), Plaintiff Apex Group Capital Advisors LLC ("Apex") and Defendants Related Fund Management, LLC, James Kraus, Lucas Belinkie, Preston Callen, William C. Chaney, and Ryan Hope (collectively, the "Defendants," and together with Apex, the "Parties") submit the following joint status report regarding supplementation of Apex's privilege log.

The Parties met and conferred on November 2, 2026, regarding the scope of Apex's supplementation. During that discussion, the parties discussed which entries on the privilege log, including attachments, would and would not require further supplementation. The Parties discussed several examples of those subject lines and attachments. At Defendants' request, Apex agreed to identify the entries it understood, based on that discussion, would require no further supplementation.

Later that day, Apex provided Defendants with a highlighted privilege log identifying those entries. Defendants provided their counterproposal on November 4, 2026, and the Parties reached agreement on November 5, 2026, concerning the entries for which Apex will provide supplemental descriptions. Apex will serve an amended privilege log reflecting the agreed supplementation within 21 days.

Respectfully submitted,

Date: November 6, 2026

*/s/ Brian L. Beckerman*

Amy L. Ruhland
Texas Bar No. 24043561
amy.ruhland@pillsburylaw.com
Abigail Griffith
Texas Bar No. 24113585
abby.griffith@pillsburylaw.com
401 W 4th Street, Suite 3200
Austin, TX 78701
(512) 580-9600

Brian L. Beckerman
Stephanie M. Coughlan
31 West 52nd Street
New York, NY 10019
Telephone: 212.858.1000
Fax: 212.858.1500
brian.beckerman@pillsburylaw.com
stephanie.coughlan@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
*Attorneys for Apex Group Capital Advisors LLC*

*/s/ Samuel J. Lieberman*

Samuel J. Lieberman
Jennifer Rossan
Scott C. Ferrier
SADIS & GOLDBERG LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-6675
*Counsel for Defendant Ryan Hope*

*/s/ Wilson E. Wray*

Wilson E. Wray (pro hac)
Texas State Bar No. 00797700
wwray@atwoodmccall.com
ATWOOD & MCCALL, PLLC
8150 N. Central Expressway, Suite 1100
Dallas, Texas 75206
T: (972) 665-9600
F: (214) 736-2960

Samuel J. Lieberman
Jennifer Rossan
Scott C. Ferrier
SADIS & GOLDBERG LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-6675
*Counsel for Defendant Preston Callen*

*/s/ Laurie N. Patton*
SPENCER FANE LLP
Laurie N. Patton (admitted *pro hac vice*)
Elizabeth C. Conway
711 Third Avenue
New York, NY 10017
(212) 907-7300
lpatton@spencerfane.com
econway@spencerfane.com
*Counsel for Defendant William C. Chaney*

*/s/ Stephanie K. Osteen*
Stephanie K. Osteen (admitted *pro hac vice*)
Caylin Cierra Craig (admitted *pro hac vice*)
FARROW-GILLESPIE HEATH WILMOTH LLP
1900 North St. Paul Street, Suite 2100
Dallas, TX 75201
(214) 361-5600

Samuel J. Lieberman
Jennifer Rossan
Scott C. Ferrier
SADIS & GOLDBERG LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-6675
*Counsel for Defendant Lucas Belinkie*

*/s/ Nicole Gueron*
Nicole Gueron
David Kimball-Stanley
Erin Woodruff
Tolulope Sogade
CLARICK GUERON REISBAUM LLP
41 Madison Avenue, 23rd Floor
New York, NY 10010

Phone: (212) 633-4310
Fax: (646) 478-9484
ngueron@cgr-law.com
dkimballstanley@cgr-law.com
ewoodruff@cgr-law.com
tsogade@cgr-law.com
*Attorneys for Defendants Related Fund Management, LLC and James Kraus*